FILED IN UNITED STATES DISTRICT
COURT, DISTRICT OF UTAH

DEC 10 2004

MARKUS B. ZIMMER, CLERK
BY ______________
DEPUTY CLERK

Erik Strindberg (Bar No. 4154)
Ralph E. Chamness (Bar No. 6511)
**STRINDBERG SCHOLNICK & CHAMNESS, LLC**
44 Exchange Place, 2nd Floor
Salt Lake City, UT 84111
Telephone: (801) 359-4169
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **DAVID ANDREW CALLAWAY**<br><br>Plaintiff,<br><br>vs.<br><br>**SKYWEST AIRLINES, INC.,**<br><br>Defendant. | **MOTION TO QUASH AND FOR SANCTIONS**<br><br>Case No. 2:04CV00179<br><br>Judge Ted Stewart |

Plaintiff David Andrew Callaway ("Mr. Callaway"), by and through his undersigned counsel, hereby moves the Court for an Order pursuant to Federal Rule of Civil Procedure 45 Quashing the subpoena issued by Defendant SkyWest Airlines, Inc. ("SkyWest") to Polar Air and for sanctions based upon SkyWest's disregard for Rule 45. As outlined in the accompanying Memorandum of Points and Authorities in Support of Motion to Quash and for Sanctions, SkyWest issued the Subpoena in blatant violation of Rule 45(b)(1)'s requirement that Mr. Callaway receive "prior notice" of the issuance of

17

the subpoena. Further, the information sought by the subpoena is irrelevant to any issue presented in this lawsuit. Accordingly, the Court should quash the subpoena, preclude SkyWest from seeking information from Polar Air and sanction SkyWest for its blatant violation of Rule 45.

DATED this 10th day of December, 2004.

**STRINDBERG SCHOLNICK & CHAMNESS, LLC**

Erik Strindberg
Ralph E. Chamness
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **Motion to Quash and for Sanctions** was hand delivered and sent via facsimile transmission this 10th day of December, 2004 to:

Scott M. Petersen
David N. Kelley
FABIAN & CLENDENIN
215 South State Street, 12th Floor
Salt Lake City, Utah 84111
Facsimile: 596-2814

The undersigned further certifies that a copy of the foregoing **Motion to Quash and for Sanctions** was sent via first class mail, postage prepaid, and sent via facsimilie transmission this 10th day of December, 2004 to:

Todd C. Emerson
SKYWEST AIRLINES,
444 South River Road
St. George, Utah 84790
Facsimile: (435) 634-3505

U:\current clients\Callaway_DA\Motion_Quash.wpd