BY: DEPUTY CLERK

Erik Strindberg (Bar No. 4154)
Ralph E. Chamness (Bar No. 6511)
**STRINDBERG SCHOLNICK & CHAMNESS, LLC**
44 Exchange Place, 2nd Floor
Salt Lake City, UT 84111
Telephone: (801) 359-4169
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **DAVID ANDREW CALLAWAY**<br><br>Plaintiff,<br><br>vs.<br><br>**SKYWEST AIRLINES, INC.,**<br><br>Defendant. | **MOTION FOR PROTECTIVE ORDER**<br><br>Case No. 2:04CV00179<br><br>Judge Ted Stewart<br>Magistrate Judge Samuel Alba |

Plaintiff David Andrew Callaway ("Mr. Callaway"), by and through his undersigned counsel, hereby moves the Court for a Protective Order prohibiting Defendant SkyWest Airlines, Inc. ("SkyWest") from seeking any information from Polar Air, any of its related entities, or any entity identified by Mr. Callaway as a potential employer, by way of subpoena or any other method of discovery allowed under the Federal Rules of Civil Procedure. As outlined in the Memorandum in Support of Motion for Protective Order, Mr. Callaway has standing to bring this motion and the information SkyWest is seeking to obtain is irrelevant to any issue presented in this litigation.

20

DATED this 14th day of January, 2005.

**STRINDBERG SCHOLNICK & CHAMNESS, LLC**

Erik Strindberg
Ralph E. Chamness
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing **MOTION FOR PROTECTIVE ORDER** was hand delivered this 14th day of January, 2005 to:

Scott M. Petersen
David N. Kelley
FABIAN & CLENDENIN
215 South State Street, 12th Floor
Salt Lake City, Utah 84111
Facsimile: 596-2814

The undersigned further certifies that a copy of the foregoing **MOTION FOR PROTECTIVE ORDER** was sent via first class mail, postage prepaid, this 14th day of January, 2005 to:

Todd C. Emerson
SKYWEST AIRLINES,
444 South River Road
St. George, Utah 84790

U:\current clients\Callaway_DA\Motion_Protective_Order.wpd