2005 JAN 21 A 8:51

RECEIVED CLERK
JAN 14 2005
U.S. DISTRICT COURT

Todd C. Emerson, A8175
SkyWest Airlines, Inc.
444 S. River Road
St. George, UT 84790
Telephone: (435) 634-3530

Scott M. Petersen, A7599
David N. Kelley, A9137
FABIAN & CLENDENIN,
A Professional Corporation
215 South State Street, 12th Floor
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANDREW DAVID CALLAWAY<br><br>Plaintiff,<br><br>vs.<br><br>SKYWEST AIRLINES INC., a Utah Corporation,<br><br>Defendant. | **ORDER DENYING PLAINTIFF'S MOTION TO QUASH SUBPOENA AND FOR SANCTIONS**<br><br>Civil No. 2:04CV00179TS<br><br>Judge Ted Stewart<br><br>Magistrate Samuel Alba |

Plaintiff Andrew Callaway's ("Callaway") Motion to Quash and for Sanctions (Docket No. 17) came on for hearing before the Honorable Samuel Alba on January 12, 2005. Plaintiff was represented by Ralph Chamness of Strindberg, Scholnick, & Chamness, LLC. Defendant Sky West Airlines, Inc. was represented by Scott M. Petersen and David N. Kelley of Fabian &

29

Clendenin. Based upon the arguments presented at the hearing, careful consideration of the memoranda and exhibits filed by both parties, and good cause appearing therefor,

IT IS HEREBY ORDERED as follows:

1. Callaway's Motion to Quash and for Sanctions is denied.

2. Callaway's motion to convert the motion to quash into a motion for a protective order is denied.

3. Callaway may file (and hand-deliver to counsel for SkyWest) a motion for protective order by January 14, 2005 addressing whether SkyWest may appropriately discover evidence from Polar Air.

4. SkyWest shall have to and including January 26, 2005 in which to file and hand-deliver to Callaway's counsel its opposition memorandum.

5. No reply memorandum shall be allowed.

6. The Court shall hear the motion for a protective order on February 1, 2005 at 9:00 a.m.

DATED this 26th day of January 2005.

BY THE COURT:

Honorable Samuel Alba
United States Magistrate

Approved as to form:

Erik Strindberg
Ralph E. Chamness
Attorneys for Callaway

jmr

United States District Court
for the
District of Utah
January 21, 2005

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:04-cv-00179

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

Mr. Erik Strindberg, Esq.
STRINDBERG SCHOLNICK & CHAMNESS LLC
44 EXCHANGE PL 2ND FL
SALT LAKE CITY, UT 84111
EMAIL

Todd C. Emerson, Esq.
SKYWEST AIRLINES
444 S RIVER RD
ST GEORGE, UT 84790
EMAIL

Scott M. Petersen, Esq.
FABIAN & CLENDENIN
215 S STATE STE 1200
PO BOX 510210
SALT LAKE CITY, UT 84151
EMAIL