Erik Strindberg (Bar No. 4154)
Ralph E. Chamness (Bar No. 6511)
**STRINDBERG SCHOLNICK & CHAMNESS, LLC**
44 Exchange Place, 2nd Floor
Salt Lake City, UT 84111
Telephone: (801) 359-4169
Attorneys for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT
2005 FEB 11 P 2:07
DISTRICT OF UTAH
BY: DEPUTY CLERK

RECEIVED CLERK
FEB - 8 2005
U.S. DISTRICT COURT

RECEIVED
FEB 0 2005
SAMUEL ALBA
U.S. MAGISTRATE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **DAVID ANDREW CALLAWAY**<br><br>Plaintiff,<br><br>vs.<br><br>**SKYWEST AIRLINES, INC.,**<br><br>Defendant. | **ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER**<br><br>Case No. 2:04CV00179<br><br>Judge Ted Stewart<br>Magistrate Judge Samuel Alba |

The Court heard oral argument on Plaintiff's Motion for Protective Order on February 1, 2005. Plaintiffs were represented by Ralph E. Chamness and Defendant was represented by Scott M. Petersen and David N. Kelley. The Court having considered the arguments of counsel, the pleadings on file and being otherwise fully advised on this matter:

**IT IS ORDERED**:

1. Plaintiff's Motion for Protective Order is GRANTED.

35

2. Defendant may not seek any information from Polar Air, any of its related entities, or any entity identified by Plaintiff as a potential employer, by way of subpoena or any other method of discovery allowed under the Federal Rules of Civil Procedure.

3. Defendants may file a Motion to Compel seeking the information covered by this Protective Order after re-deposing Plaintiff, deposing Tiffany Cotter and after Plaintiff has provided Defendant with a copy of the taped voice mails in Plaintiff's possession.

DATED this 11th day of February, 2005.

**BY THE COURT**

SAMUEL ALBA
United States District Court Magistrate

Approved as to Form:

FABIAN & CLENDENIN

Scott M. Petersen
David N. Kelley
Attorneys for Defendant

U:\current clients\Callaway_DA\Order_Motion_ProtectiveOrder.wpd

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the foregoing **ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** was sent via U.S.mail, pre-paid postage on the 8TH day of February, 2005, to:

Scott M. Petersen
David N. Kelley
FABIAN & CLENDENIN
215 South State Street, 12th Floor
Salt Lake City, Utah 84111
Facsimile: 596-2814

The undersigned further certifies that a copy of the foregoing **ORDER GRANTING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER** was sent via U.S.mail, pre-paid postage on the 8th day of February, 2005, to:

Todd C. Emerson
SKYWEST AIRLINES,
444 South River Road
St. George, Utah 84790
Facsimile: (435) 634-3505

Terry Rice
_________________________

jmr

United States District Court
for the
District of Utah
February 14, 2005

* * CERTIFICATE OF SERVICE OF CLERK * *

Re: 2:04-cv-00179

True and correct copies of the attached were either mailed, faxed or e-mailed by the clerk to the following:

Mr. Erik Strindberg, Esq.
STRINDBERG SCHOLNICK & CHAMNESS LLC
44 EXCHANGE PL 2ND FL
SALT LAKE CITY, UT 84111
EMAIL

Todd C. Emerson, Esq.
SKYWEST AIRLINES
444 S RIVER RD
ST GEORGE, UT 84790
EMAIL

Scott M. Petersen, Esq.
FABIAN & CLENDENIN
215 S STATE STE 1200
PO BOX 510210
SALT LAKE CITY, UT 84151
EMAIL