Todd C. Emerson, A8175
SkyWest Airlines, Inc.
444 S. River Road
St. George, UT 84790
Telephone: (435) 634-3530

Scott M. Petersen, A7599
David N. Kelley, A9137
FABIAN & CLENDENIN,
A Professional Corporation
215 South State Street, 12th Floor
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900

Attorneys for Defendant

FILED
U.S. DISTRICT COURT
2005 MAR 18 A 11: 20
DISTRICT OF UTAH
BY: DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANDREW DAVID CALLAWAY<br><br>Plaintiff,<br><br>vs.<br><br>SKYWEST AIRLINES INC., a Utah Corporation,<br><br>Defendant. | **MOTION TO VACATE PROTECTIVE ORDER**<br><br>Civil No. 2:04CV00179<br>Judge Ted Stewart<br><br>Magistrate Samuel Alba |

SkyWest Airlines, Inc. hereby moves the Court to vacate the Protective Order entered on February 11, 2005 precluding SkyWest from obtaining discovery from Callaway's prospective employers including Polar Air. The basis for this motion is as follows:

1. The Court previously issued a protective order precluding SkyWest from obtaining



30

information from Callaway's prospective employers, including Polar Air;

2. The Court indicated that it wanted SkyWest to use alternate means, if possible, to obtain the desired information;

3. SkyWest has since that time, made reasonable efforts to obtain the information sought and, despite reasonable efforts, has been unable to obtain the information;

4. The information sought is relevant and necessary for SkyWest (a) to prove its defense that Callaway has failed to properly mitigate his damages, (b) to determine whether Callaway has been truthful with respect to his job efforts and opportunities, and (c) whether Callaway is a credible witness for purposes of his propensity for truthfulness.

This motion is more fully supported by the accompanying memorandum of points and authorities submitted herewith.

DATED this 18th day of March, 2005.

Scott M. Petersen
David N. Kelley
FABIAN & CLENDENIN,
A Professional Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of March, 2005, I caused to be mailed, by first-class mail, postage prepaid, a true and correct copy of the foregoing **MOTION TO VACATE PROTECTIVE ORDER** to:

Erik Strindberg
STRINDBERG SCHOLNICK & CHAMNESS, LLC
44 Exchange Place
Salt Lake City, UT 84111

Susanne Judd