RECEIVED CLERK
MAY 1? 2005
U.S. DISTRICT COURT

Todd C. Emerson, A8175
SkyWest Airlines, Inc.
444 S. River Road
St. George, UT 84790
Telephone: (435) 634-3530

Scott M. Petersen, A7599
David N. Kelley, A9137
FABIAN & CLENDENIN,
A Professional Corporation
215 South State Street, 12th Floor
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900

Attorneys for Defendant

RECEIVED
MAY 23 2005
SAMUEL ALBA
U.S. MAGISTRATE

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANDREW DAVID CALLAWAY<br><br>Plaintiff,<br><br>vs.<br><br>SKYWEST AIRLINES INC., a Utah Corporation,<br><br>Defendant. | **ORDER REGARDING DEFENDANT'S MOTION TO VACATE PROTECTIVE ORDER**<br><br>Civil No. 2:04CV00179TS<br><br>Judge Ted Stewart<br><br>Magistrate Samuel Alba |

Defendant SkyWest Airlines, Inc.'s ("SkyWest") Motion to Vacate Protective Order (Docket No. 36) came on for hearing before the Honorable Samuel Alba on May 5, 2005. Plaintiff was represented by Ralph Chamness and Eric Strindberg of Strindberg, Scholnick, & Chamness, LLC. Defendant Sky West Airlines, Inc. was represented by Scott M. Petersen and David N. Kelley of Fabian & Clendenin. Based upon the arguments presented at the hearing,

careful consideration of the memoranda and exhibits filed by both parties, and good cause appearing therefor,

IT IS HEREBY ORDERED that SkyWest's Motion to Vacate the Protective Order dated March 18, 2005 is hereby granted in part as follows: SkyWest may serve on Polar Air, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, a subpoena for deposition upon written questions to obtain valid responses to (a) why Polar Air has not provided Mr. Callaway any subsequent pilot training and (b) why Polar Air has not hired Mr. Callaway for the position of pilot for which he applied at Polar Air. SkyWest is to provide Mr. Callaway with its proposed questions, allowing sufficient time for Mr. Callaway to object, prior to serving Polar Air with the questions.

DATED this 28th day of May 2005.

BY THE COURT:

Honorable Samuel Alba
United States Magistrate

Approved as to form:

Erik Strindberg
Ralph E. Chamness
Attorneys for Callaway