FILED
U.S. DISTRICT COURT
2005 MAY 24 A 10: 32
DISTRICT OF UTAH
BY: DEPUTY CLERK

Erik Strindberg (Bar No. 4154)
Lauren I. Scholnick (Bar No. 7776)
Ralph E. Chamness (Bar No. 6511)
**STRINDBERG SCHOLNICK & CHAMNESS, LLC**
44 Exchange Place, 2nd Floor
Salt Lake City, UT 84111
Telephone: (801) 359-4169
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| **DAVID ANDREW CALLAWAY**<br><br>Plaintiff,<br><br>vs.<br><br>**SKYWEST AIRLINES, INC.,**<br><br>Defendant. | **PLAINTIFF'S MOTION TO COMPEL DISCOVERY AND FOR ATTORNEY'S FEES AND COSTS**<br><br>Case No. 2:04CV00179<br><br>Judge Ted Stewart<br>Magistrate Judge Samuel Alba |

COMES NOW Plaintiff Andrew Callaway ("Callaway"), by and through undersigned counsel and pursuant to *Federal Rules of Civil Procedure* Rule 37, to move this Court to compel Defendant to answer Plaintiff's Second Set of Discovery Requests propounded to Defendant on December 31, 2004 in compliance with Fed. R. Civ. P., Rules 26, 33, and 34. Callaway, through his counsel, has attempted to resolve the parties' discovery disputes absent Court intervention. Nonetheless, the parties have been unable to resolve Defendant's objections to the discovery requests and its attendant failure to adequately respond to the discovery which is relevant to his prosecution of his claims herein and calculated to lead the discovery of

admissible evidence. Therefore, Plaintiff brings this Motion to Compel Defendant's complete responses to discovery, and he further seeks his attorney's fees and costs which he has incurred related to this Motion pursuant to rule 37(d) of the *Federal Rules of Civil Procedure.*

This Motion is supported by an accompanying Memorandum of Points and Authorities filed of even date with this Motion. A Statement of efforts made to resolve the discovery dispute is also filed of even date herewith in compliance with DUCivR 37-1.

DATED this 23rd day of May, 2005

**STRINDBERG SCHOLNICK & CHAMNESS, LLC**

Ralph E. Chamness
Attorneys for Plaintiff