FILED
2005 [illegible] -6 P 5:32
U.S. [illegible] COURT
DISTRICT OF UTAH

Todd C. Emerson, A8175
SkyWest Airlines, Inc.
444 S. River Road
St. George, UT 84790
Telephone: (435) 634-3530

Scott M. Petersen, A7599
David N. Kelley, A9137
FABIAN & CLENDENIN,
A Professional Corporation
215 South State Street, 12th Floor
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ANDREW DAVID CALLAWAY,<br><br>Plaintiff,<br><br>vs.<br><br>SKYWEST AIRLINES INC., a Utah Corporation,<br><br>Defendant. | **MOTION FOR SUMMARY JUDGMENT**<br><br>Civil No. 2:04CV00179<br><br>Judge Ted Stewart |

Pursuant to Rule 56, Federal Rules of Civil Procedure, Defendant SkyWest Airlines, Inc. hereby moves the Court for summary judgment on all of Plaintiff' Andrew David Callaway's claims. This motion is based on the following grounds:

1. No genuine issue of material fact exists regarding Mr. Callaway's claim for violation of the Wire Communication and Interception of Oral Communication Act (the

"Wiretap Act"). The statute of limitations has run, Mr. Callaway cannot show that an "intercept" took place under the act, and the web site at issue is a public forum.

2. No genuine issue of material fact exists regarding Mr. Callaway's claim for wrongful termination in violation of public policy fails because (1) he fails to identify a clear and substantial public policy that has been violated, (2) his alleged conduct does not, as a matter of law, implicate any such public policy, and (3) his termination was not caused by any alleged exercise of his alleged public policy rights.

3. No genuine issue of material fact exists regarding Mr. Callaway's claim for breach of implied contract. Mr. Callaway admits he is an "at-will" employee, and even if he were not, SkyWest did not commit any implied contract breach.

4. No genuine issue of material fact exists regarding Mr. Callaway's Railway Labor Act claim because (1) SkyWest did not know he was a union organizer, (2) even if SkyWest did have such knowledge, it did not "harbor animus" toward Mr. Callaway's union activities, (3) SkyWest did not terminate Mr. Callaway due to his union activities, and (4) Mr. Callaway's termination was motivated by his arrogant, disrespectful and abusive behavior, regardless of any alleged union activity.

Accordingly, summary judgment in favor of SkyWest on all of Mr. Callaway's claims is appropriate. This motion is more fully supported by the accompanying memorandum of points and authorities.

DATED this 6th day of June, 2005.

Scott M. Petersen
David N. Kelley
FABIAN & CLENDENIN,
a Professional Corporation
Attorneys for Defendant SkyWest Airlines

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the foregoing **MOTION FOR SUMMARY JUDGMENT** to be mailed, postage prepaid, this 6th day of June, 2005, to the following:

Erik Strindberg, Esq.
Lauren I. Scholnick, Esq.
Ralph Chamness, Esq.
STRINDBERG SCHOLNICK & CHAMNESS, LLC
44 Exchange Place, 2nd Floor
Salt Lake City, UT 84111

339306_1.DOC