FILED
U.S. DISTRICT COURT
2005 DEC 12 A 10:49
DISTRICT OF UTAH
BY DEPUTY CLERK

RECEIVED CLERK
NOV 30
U.S. DISTRICT COURT

Erik Strindberg (Bar No. 4154)
Ralph E. Chamness (Bar No. 6511)
**STRINDBERG SCHOLNICK & CHAMNESS, LLC**
44 Exchange Place, 2nd Floor
Salt Lake City, UT 84111
Telephone: (801) 359-4169
Attorneys for Plaintiff

---

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| **DAVID ANDREW CALLAWAY**<br><br>Plaintiff,<br><br>vs.<br><br>**SKYWEST AIRLINES, INC.,**<br><br>Defendant. | **PLAINTIFF'S PROPOSED ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**<br><br>Case No. 2:04CV00179<br><br>Judge Ted Stewart<br>Magistrate Judge Samuel Alba |

The Honorable Magistrate Judge Samuel Alba heard oral argument on Plaintiff's Motion to Compel Discovery and for Attorney's Fees and Costs on August 10, 2005. Plaintiffs were represented by ERIK STRINDBERG of the law firm **STRINDBERG SCHOLNICK & CHAMNESS, LLC** and Defendant was represented by Scott M. Petersen and David N. Kelley of the law firm **FABIAN & CLENDENIN**. The Court having considered the arguments of counsel, the pleadings on file and being otherwise

fully advised on this matter hereby enters the following **ORDER:**

1. Plaintiff's Motion to Compel Discovery and For Attorney's Fees and Costs is **GRANTED** in part, subject to the following:

   A. In regards to the response to Interrogatory no. 3 and Document Request Nos. 1 and 3, Defendant shall make the personnel files available at its corporate office in St. George, Utah;

   B. Plaintiff and Defendant shall arrange for a discrete period of time for Plaintiff to review those files so that the review does not become unduly disruptive to Defendant;

   C. Plaintiff shall be entitled to receive copies of the documents that he has designated, provided that the documents pertain to such things as discipline or other adverse actions, or Union activities; and

   D. The personnel files and other materials that Plaintiff reviews in response to Requests Nos. 1 and 3, and the documents that are subsequently copied and produced to Plaintiff, shall be covered by and subject to the Confidentiality and Protective Order entered by Judge Ted Stewart on August 5, 2005.

   E. Plaintiff is not entitled to recover his attorney's fees and costs

incurred in bringing this Motion because Defendant's position, was not inherently unreasonable.

DATED this 17th day of December, 2005.

**BY THE COURT**

SAMUEL ALBA
United States District Court Magistrate

Approved as to Form:

FABIAN & CLENDENIN

______________________________

Scott M. Petersen
David N. Kelley
Attorneys for Defendant

U:\current clients\Callaway_DA\Pleadings Federal\Order-motion_compel.wpd