FILED
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH 2006 JAN 13 P 1:11

CENTRAL DIVISION

DISTRICT OF UTAH

BY: DEPUTY CLERK

| | | |
|---|---|---|
| DAVID ANDREW CALLAWAY, | ) | |
| | ) | Case No. 2:04-CV-179 TS |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **NOTICE OF RESCISSION OF ORDER** |
| SKYWEST AIRLINES, INC., | ) | **GRANTING IN PART PLAINTIFF'S** |
| | ) | **MOTION TO COMPEL DISCOVERY,** |
| Defendant. | ) | **DOCKET ENTRY 74** |

The Court hereby rescinds the Order Granting in Part Plaintiff's Motion to Compel Discovery, Docket Entry 74, filed December 5, 2005, and REAFFIRMS its Order Granting Plaintiff's Motion to Compel Discovery, Docket Entry 76, filed 12/12/05.

DATED this 13th day of January, 2006.

BY THE COURT:

SAMUEL ALBA
United States Magistrate Judge