FILED
U.S. DISTRICT COURT
2006 MAR 27 P 2:54
DISTRICT OF UTAH
BY: ______
DEPUTY CLERK

Todd C. Emerson, A8175
SkyWest Airlines, Inc.
444 S. River Road
St. George, UT 84790
Telephone: (435) 634-3530

Scott M. Petersen, A7599
David N. Kelley, A9137
FABIAN & CLENDENIN,
A Professional Corporation
215 South State Street, 12th Floor
P.O. Box 510210
Salt Lake City, Utah 84151
Telephone: (801) 531-8900

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| ANDREW DAVID CALLAWAY<br><br>Plaintiff,<br><br>vs.<br><br>SKYWEST AIRLINES INC., a Utah Corporation,<br><br>Defendant. | **EXHIBITS TO REPLY MEMORANDUM SUPPORTING MOTION TO STRIKE THE AFFIDAVIT OF DAVID ANDREW CALLAWAY**<br><br>Civil No. 2:04CV00179<br><br>Judge Ted Stewart |

# Exhibit "A"

# CONDENSED TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

DAVID ANDREW CALLAWAY,

Plaintiff,

vs.

SKYWEST AIRLINES, INC.,

Defendant.

Case No. 2:04CV00179

Judge Ted Stewart

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

VIDEOTAPE DEPOSITION OF DAVID ANDREW CALLAWAY (VOL. I)

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

TAKEN AT: The Law Offices of
Fabian & Clendenin
215 South State Street, Suite 1200
Salt Lake City, Utah

DATE: Wednesday, December 8, 2004

TIME: 9:16 a.m.

REPORTED BY: Scott M. Knight, RPR



Thacker + Co LLC
Court Reporters
*Utah's Leader in Litigation Support*

Salt Lake City Washington, DC New York Los Angeles

Corporate Offices: 50 West Broadway, Suite 900, Salt Lake City, Utah 84101

801-983-2180 Toll Free: 877-441-2180 Fax: 801-983-2181

www.thackerco.com

Page 49

A. Yes.
Q. --and said, I have a meeting with Kelvin--or with Brad Holt on Monday. Will you be there?
A. To the best of my recollection, yes.
Q. And did Mr. Abell tell you, Why are you being summoned?
A. He did not know either.
Q. So you said, I don't know why I'm being summoned, to Mr. Abell.
A. That's what I said, yes.
Q. You guys didn't talk about what you thought it might be about.
A. Well, that was mentioned, but he didn't understand it either.
Q. All right. So when you show up--whose office are you in?
A. Brad Holt's office.
Q. Tell me what happens in that meeting.
A. The meeting started off with--I was presented a calculator, asked to add up some numbers and read those numbers back out. Those numbers then--he referred to those numbers as, This is how many time you pilots call down to crew scheduling and we have a complaint from a

Page 50

crew scheduler.
Q. What was the complaint?
A. I was not given any documentation about the complaint.
Q. You weren't told, though, what the complaint was in crew schedule.
A. There was a complaint, I believe, that the--they said that I--that's when I was told that I had made a comment about Mr. Holt's house.
Q. Did you--did they tell you who at crew scheduling said you made the comment?
A. No, they did not.
Q. Was there a reference to comments made on a company Web site?
A. Yes, there was.
Q. Tell me what that was about.
A. I was asked why I was making posts on the Web site, which was the SAPA Web site, which was not a company Web site.
Q. All right. Tell me about the SAPA Web site.
A. The SAPA Web site was a message forum, message board that the pilots could use to communicate and discuss issues.
Q. You said it's not a company Web site.

Page 51

A. That's correct.
Q. How do you know that?
A. The SAPA site is owned by Bob Novak. It is not part of SkyWest.
Q. Who pays for the hardware? Do you know?
A. Bob Novak does, to my--best of my knowledge. There's also a disclaimer page on there that says it has no affiliation with SkyWest or is not property of SkyWest.
Q. Do you have to--can anybody access this Web site?
A. Only SAPA members. And they are given a pass word by Bob Novak.
Q. Were you given--you had a password in December of 2000.
A. Yes.
Q. And were you regularly posting messages on the message board?
A. Yes, I was.
Q. What kinds of messages were you posting?
A. We were posting messages regarding the ALPA, Airline Pilots Association, union organizing efforts.

Page 52

Q. So you were talking about union organizing in 2000.
A. That's correct.
Q. December of 2000.
A. That's correct.
Q. What kind of things were you saying?
A. I would provide, you know, opinions, research, statistics regarding our contract or lack thereof compared to other airlines and issues that affected the pilots and arguments as to why we should unionize.
Q. Is that Web site in 2000--is that basically solely a place for posting messages about union activity or union organizing?
A. It could be for anything.
Q. But your--did you have other types of messages that you posted other than union-related activity messages?
A. To the best of my knowledge, most of my posts, if not all, were regarding the union organizing.
Q. Were you part of the union drive at all?
A. Yes, I was.
Q. Were you on an organizing committee?



Thacker + Co LLC
Court Reporters
Utah's Leader in Litigation Support
Corporate Offices: 50 West Broadway, Suite 900, Salt Lake City, Utah 84101
801-983-2180 Toll Free: 877-441-2180 Fax: 801-983-2181

Page 53

A. Yes.
Q. Now, help me understand a little bit. In your understanding, when there was a union drive in 2000--this isn't just you're just kind of hanging around saying, It would be nice to be a union. There's actually an organized effort to try to create a union at SkyWest among the pilots.
A. That's correct.
Q. Is that--that's right. And that happens periodically. It happened periodically while you were employed at SkyWest.
A. I--during my time, I believe there was three or four union drives.
Q. Okay. And in the meeting with Mr. Holt and Mr. Breeze and Chris Abell--is it "AB-ell" or "a-BELL"?
A. I think it's "a-BELL."
Q. Okay. "a-BELL." All right. Did they discuss messages that you had posted on this SAPA Web site?
A. They discussed in general terms the messages.
Q. All right. Tell me how it is they discussed in general terms. What do you mean by

Page 54

that?
A. They asked why I was, you know, posting critical comments or what--perhaps maybe derogatory about the company. I don't know if those words were used though.
Q. Did you say, What comments?
A. I did.
Q. And what did they say?
A. To the best of my knowledge, the issue was never discussed any further.
Q. Well, if I ask you--I'll ask you, what comments do you think they were talking about?
A. The only comments I made on there were my union organizing comments.
Q. So was it your understanding in this meeting that they were criticizing you because you were making union comments on the SAPA Web site?
A. Yes.
Q. But it's not your testimony--you couldn't tell me specifically whether either of these three people identified the union postings specifically during this meeting.
A. I don't remember.
Q. So it's possible they could have mentioned it and you just can't recall, or they

Page 55

didn't mention it?
A. It's possible they did mention it.
Q. All right. Did they tell you that you had made comments about Brad Holt's home?
A. Yes.
Q. Did you tell them, No, I didn't make any comments?
A. Yes, I did.
Q. Who was it that said to you, You've made comments about me? Who specifically of these three?
A. Brad Holt asked.
Q. And what did he say?
A. He said, I heard--I believe he said, I heard you're making comments about my house, and what business is it of yours?
Q. And what did you respond?
A. I said, I did not make any comments. I don't know about your house. You know, I just had purchased my own home. I don't have any concern for anyone else's, you know, personal business.
Q. Did Jim Breeze make any comments at the time?
A. No.

Page 56

Q. How about Mr. Abell?
A. Oh, he made comments during the meeting, but not at that particular time.
Q. All right. What comments did Mr. Breeze make at the meeting?
A. Jim asked me if I was happy at SkyWest. And then he also asked if--how Mike Jones was doing.
Q. Did you have any understanding as to why Mr. Breeze was asking you if you were happy at SkyWest?
A. I can--no. I can perhaps maybe imagine that he did not think I was happy because of my posts.
Q. Were--your posts were critical of the company.
A. They were posts, you know, suggesting why we should be unionized.
Q. Did Mr. Abell make any comments?
A. He was not allowed to. He was not allowed to comment, according to him.
Q. So he said at the meeting words to the effect of, I'm just here, I'm not allowed to comment.
A. That's correct. He told me this before



Thacker + Co LLC
Court Reporters
Utah's Leader in Litigation Support
Corporate Offices: 50 West Broadway, Suite 900, Salt Lake City, Utah 84101
801-983-2180 Toll Free: 877-441-2180 Fax: 801-983-2181

a note of it. But, again, I think it's helpful to me if you can send me a request.
BY MR. PETERSEN:
Q. Do you know where she moved from when you said you saw her move?
A. Salt Lake City.
Q. The last time you saw her was here in Salt Lake.
A. Yes.
Q. Where did she live here?
A. I don't know the address or anything like that.
Q. It was in Salt Lake City.
A. Yes.
Q. Do you have the street?
A. No, I don't.
Q. All right. I'm going to show you a huge stack of documents that's 318--or it's 137 to 317.
MR. PETERSEN: Erik, I'm not going to make this an exhibit if you're good that by identifying the numbers we know what it is and we're all okay that it is--it's this (indicating). I just think that's a major pain in the butt to have that kind of an exhibit floating around with



all our others.
MR. STRINDBERG: I don't know if 318 is part of it. 318s an e-mail. That . . .
MR. PETERSEN: You know what? You're right. Take out 318.
MR. STRINDBERG: That's fine. You're handing Mr. Callaway a stack of documents that are marked CAL0137. And the last one is CAL0317.
BY MR. PETERSEN:
Q. All right. Mr. Callaway, just take a quick look at those. These were produced by you or your Counsel in this litigation. And I guess, for starters, tell me what it is. What are these documents?
A. They're blacked out.
MR. STRINDBERG: Yeah, we blacked out names, other individuals.
THE WITNESS: These are posts from the SAPA forum.
BY MR. PETERSEN:
Q. Did you print these off?
A. Yes, I did.
Q. If you look down on the very first page, which is 137, the bottom left says, "1 of 181."



A. That's correct.
Q. My guess is if I do the math that's the amount that I've got here, is 181 pages.
A. Uh-huh (affirmative.)
MR. STRINDBERG: I have no idea.
BY MR. PETERSEN:
Q. How come you copied--printed these off? What's the purpose of this?
MR. STRINDBERG: You requested them, Counsel.
BY MR. PETERSEN:
Q. Well--
A. These are--
Q. What are these intending to respond to?
A. Well, these are posts that I've, you know, in addition to other people, authored on the SAPA pages that relate to our union organizing, in part.
Q. If I look at the first page at the top, I see--it says, "Posted February 3, 2001, 17:51 hours."
A. Uh-huh (affirmative.) Yeah.
Q. And then if I look at the last page, or the second-to-the-last page, these show posted 6/9/2003. Is this--are these all the postings



that you have made on the SAPA site?
A. No.
Q. Okay. What--are these all the postings that you've made on the SAPA site that have anything to do with union organizing?
A. These are all that are still on the computer. There is lots of stuff prior to this that we believe Bob Novak has purged from his server.
Q. So this would go back to the 2000 time period that you talked about earlier--
A. Yes.
Q. --yesterday.
MR. STRINDBERG: No, it goes back to the date that's on there, Counsel. The document speaks for itself.
BY MR. PETERSEN:
Q. I meant your postings.
A. My postings go much farther back, but these papers right here don't.
Q. Tell me what--what do these show?
MR. STRINDBERG: Objection. The document speaks for itself.
BY MR. PETERSEN:
Q. All right. Go ahead. I want you to



Thacker + Co LLC
Court Reporters
Utah's Leader in Litigation Support
Corporate Offices: 50 West Broadway, Suite 900, Salt Lake City, Utah 84101
801-983-2180 Toll Free: 877-441-2180 Fax: 801-983-2181

Page 348

interpret the docs for me. Tell me what it is.
A. I--well--start on page .1 and go to 181.
Q. If that's what you need to do. I don't need a page by page. What I want to know is, what do you believe the significance is in relation to your claims against SkyWest?
A. A lot of these--
MR. STRINDBERG: Counsel--just a second. Counsel, you asked for these documents. We provided them. You asked for all submissions to the SAPA Web site. We--they were printed out. They were in a string of e-mails. Okay? Some of them are from people other than Mr. Callaway. We included those because that's how they--one, how they printed out and you could gather--you know, the threads of conversations about them. So I . . .
BY MR. PETERSEN:
Q. All right. Do you understand my question?
MR. STRINDBERG: Well, I'm going to object to the question. It's unclear and ambiguous. What do you mean?
BY MR. PETERSEN:
Q. Do these 181 or so pages--are they

Page 349

probative of anything--of any of your claims against SkyWest?
MR. STRINDBERG: Objection. Calls for a legal conclusion.
THE WITNESS: These posts are--regard a lot of union organizing activities. Our arguments as to why we should be unionized. There's discussion between other pilots on here.
BY MR. PETERSEN:
Q. Right.
A. That's it.
Q. Okay. Are you saying that SkyWest had copies of this?
A. I'm sure SkyWest has read these, yes.
Q. How do you know that?
A. It's no known secret that management has access to the SAPA boards.
Q. How do they have access to the SAPA boards?
A. You asked that question yesterday. And I answered it.
Q. All right. Refresh my recollection. What was your answer?
A. You know, anybody can, you know, print this stuff out, send it down to St. George. They

Page 350

could gain access to the message boards if they had a, you know, friend that was, let's say, anti-union, decided to give their password to management.
Q. Do you know whether somebody specifically printed out these documents and gave them to somebody at management at SkyWest?
A. I have no idea.
Q. All right. Did you print these off of your home computer?
A. Yes, I did.
Q. And you said that you think that Mr. Novak purged the postings prior to this date or thereabouts.
A. Yes. There's nothing on the current message board that goes prior to these dates.
Q. And do you know why Mr. Novak purged those?
A. I believe it has--is more of an issue of storage capacity.
Q. Okay. So it's just at some point he starts--the memory builds up, or whatever, the storage, and he wants to get rid of them because they're old.
A. That would be my guess. You'd have to

Page 351

ask him.
Q. Do you know whether or not there's a policy that he has about, you know, after X years, I'm purging it?
A. I don't know if he has a policy on that.
Q. Okay.
A. I don't know if he makes a backup or not.
Q. So when you say you print this off, this isn't on your hard drive at home. This is on the SAPA server.
A. This is from the SAPA--skywestpilot.com SAPA, you know, Web page.
Q. You access that SAPA site, and then you download to your home printer, I guess, this stuff. Is that how it works?
A. That's correct.
Q. Okay.
MR. STRINDBERG: One second.
(Attorney-witness discussion held off the record.)
BY MR. PETERSEN:
Q. Other than what you've printed here, do you have downloaded on your home computer any prior e-mails or postings?



Thacker + Co LLC
Court Reporters
Utah's Leader in Litigation Support
Corporate Offices: 50 West Broadway, Suite 900, Salt Lake City, Utah 84101
801-983-2180 Toll Free: 877-441-2180 Fax: 801-983-2181

# Exhibit “B”

SkyWest Forums

my profile login | register | search | faq | forum home

Jump to new posts

» [redacted] log out ]

SkyWest Forums » Flight Ops » SAPA Forum » Contract suggestions for upcoming negotiations

**Author**

[redacted]

**Topic: Contract suggestions for upcoming negotiations**

posted 02-03-2001 17:51

To continue on the thread that [redacted] suggested below; union or no union, we have a contract to negotiate. With that in mind, the following are my suggestions for our new contract.

The idea of tying our pay to other airlines has definite advantages, but there are drawbacks as well. One drawback is that there are already airlines doing this. American Eagle, and Mesa already have programs tying them to other regionals pay, and there are likely to be others considering it. While tying in guarantees that we will be at the top of the industry, the more airlines that do it, the fewer pilot groups are setting industry leading contracts for us to piggy-back on. IE, eventually, the gains per annum will be minimal. In addition, other groups may have work rules or benifits that are superior to ours to compensate for a lower pay that we just matched. In order to overcome those difficulties, and to continue to maintain and better our *standard of living, I suggest that we match the pay of the highest comparable* regional pilot anually as suggested, with the following clause. Assume the date for comparison to be July 1st of each year. We would get the higher of the matched rate, or a 3% increase over the rate received on June 30th of the year in question. It is a known fact that inflation has increased at 3% since 1925, and this formula would ensure that in the absence of an industry leading contract to match, we at least **maintain** whatever pay rate have achieved. This would also keep other regionals honest in their contract negotiations, since one group always uses another to negotiate pay.

In our present situation, we would match ACA's soon to be accepted rates of 1st year RJ Capt pay of $59/18th year of $100. Giving a 16%-22% raise assuming that bonuses are not used to calculate parity. Then, in the unlikely event that no other airline exceeds that contract in the next three years, we would get a 3% cost of living increase each year. When ACA renegotiates in three years, they will try to beat our 9 1/2% increase over them, and will start the process all over.

The intent, of course is that we will both maintain a standard of living, and contribute to industry pay improvements that directly effect us. The company should have no objection, as our growth will easily match or exceed inflation if management continues to run the shop in a responsible manner, and they have assured us of industry leading (matching) pay.

Implicit to that suggestion is that bonusses are just that... bonus. Our pay

EXHIBIT 56

CAL 0137

should be based on hourly rates. I am a strong believer that if the company desires to be efficient, they should continue to distribute a percentage of profits to the employees, but not at the expense of regular wages.

My other suggestion relates to benefits. In specific, the 401K. Several months ago, [redacted] said that he believed our 401K to be on par or better then any in the industry, and that if we didn't feel that way, that we would look at ways to make it better. He reiterated that claim just last week on this board. In November, I sent a copy of Horizon's plan to [redacted], [redacted] and [redacted] along with a copy of [redacted]'s post. I did this at the suggestion of [redacted]. I never received a response from [redacted] or [redacted], and although [redacted] original correspondence indicated he planned to bring it up at the next SAPA meeting (DEC), I have not heard about it since then.

In short, Horizon gives there pilots a 10% match from 90 days of employment. They can contribute up to 15%, like us, and can also contribute part of their year end bonus like us. There is a 5 year vesting program that goes 20/40/60/80/100. This would certainly keep some people around for a little longer, and would still provide a better program then we presently have even if you left after 1 or 2 years. For those of us who may plan to retire here eventually, the 401K is a huge incentive, and improving it to match Horizons would be great for all of Skywest Employees.

Well, sorry to be so long winded. Those are my ideas. Fire away with other suggestions or ideas. Thanks for reading,

[redacted]

Posts: **202** | From: [redacted] Registered: **Sep 2000** | IP: Logged |

[redacted]

Avatar Image

Member

[redacted]

posted 02-03-2001 19:06

Funny you write this....I was proposing same to [redacted] in a no-kidding letter I'm sending him tonight (I actually said raises of 15%, 8%, 5% (successive years) which comes out to 30% over three years--a little easier pill to swallow than lump raises, and tied to the acquisition of RJs). Time for us to be leader by example, not after the fact.
Cheers
[redacted]

[ 02-03-2001: Message edited by [redacted] ]

Posts: **734** | From: [redacted] Registered: **Aug 2000** | IP: Logged |

[redacted]

Member

[redacted]

posted 02-03-2001 20:13

A couple of other items that I didn't mention earlier. If we are to achieve the "leading-edge pay and benefit packages" [redacted] in letter to pilots Sept 11, 00) that we are supposed to have, there are a few things missing.

Acording to Air Inc., both ACA and ASA have better vacation packages then we do. Comparison listed below...

Year -- Skywest -- ASA ---- ACA
1 -------- 7 ----- 14 ------ 7
2-4 ------ 7 ----- 14 ----- 14

CAL 0138

5-6 ----- 14 ----- 14 ----- 21
7-9 ----- 14 ----- 21 ----- 21
10-14 --- 21 ----- 21 ----- 28
15 ------ 22 ----- 28 ----- 28
16 ------ 24 ----- 28 ----- 28
etc until skywest reaches 28 at year 19+

These are their numbers, and I have not verified with our manual, however, *presumably* they used the *same* proceedure in determining vacation at all airlines, so any error should be systematic.

Needless to say, *leading edge* is not the first words that come to mind. (and yes they allow vacation splits too)

Secondly, ACA's per-diem was 1.50 before their new contract. I assume it will be higher now.

I'll keep throwing out ideas as they come up...

[redacted]

[ 02-03-2001: Message edited by: [redacted]]

Posts: **202** | From: [redacted] Registered: **Sep 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 02-04-2001 06:58

*Regarding vacation accrual, if you consider that its based on your credit hours* and in the Brasilia, even on reserve for an entire year, you'd get 900 hrs minimum plus 25 hrs of holiday pay, that equates to 35.6 hrs of vacation time which is closer to 1.5 to 2 weeks worth, even more if you're a line holder (but not much).

Not everyone will agree, but personally I like the idea of getting more vacation time for working more. And that gets in to open time which is another can of worms.

[redacted]

Posts: **91** | From: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 02-04-2001 08:27

[redacted]

I'm not sure whether or not you're saying that the accrual rates need to be changed or not. What I think is that we need to be given the exact same accrual rates based on DUTY time, not flight time. If you think about it that way, we put in WAY longer hours than most other employees.

The other thing that I beleive really needs to be looked at is the way we bid for and receive vacation. The current system is a bit antiquated...it may have worked pretty well back in the days when we were smaller. But we've grown, and therefore need more than two slots in a given week for people to take vacation. I mean have you SEEN the captain vacation list for Fresno? I think there were maybe 6 open slots after the bid.

I'm looking forward to what's on the horizon with our new contract. I know

CAL 0139

*you guys in SAPA will do us well!*

[redacted]

P.S. [redacted] It was good to finally put a name to a face! Glad to have you on my airplane from PSP last week!

Posts: 614 | From: [redacted] USA | Registered: **Jun 2000** | IP: Logged |

[redacted]
Avatar Image
Member
[redacted]

posted 02-04-2001 11:50

[redacted]

Holiday pay should not be included in "your" formula... I don't know of any company which does! Now, if you want to feel better about the little time that you get off, feel free to add them together for yourself, but lets not give management any ideas to squeeze the pilots even more.

[redacted]

Posts: 426 | From: [redacted] SA | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 02-04-2001 21:46

Hello [redacted]

Your idea on matching other airlines plus a certain guaranteed increase if no one is higher, is actually one of the ideas that the SAPA pay committee is working on. Thanks for the suggestion and keep them coming - we do want to hear from the pilots as to what is needed in the next pay agreement.

Terry

P.S. I know I posted that a pay survey was going to be coming out soon, (about 3 weeks ago!) but yes I'm trying to get it pushed out to you guys (and gals!) as quickly as possible.

Posts: **66** | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 02-05-2001 08:43

My earlier post was just intended to point out that for comparison purposes to the other regionals, we actually get more than 7 days vacation per year based on what we accrue. So I'm a little skeptical of Air Inc's numbers, but I don't know how they calculated the other airlines either.

[redacted] I'm not intending to give mgmt any fodder, just noting that, the 4.3 hrs we get for each holiday (25.2/yr) also factor in to how much vacation we accrue. It adds about an hour per year at .0385/flt hr (don't spend it all in one place).

[redacted] I agree with you at the big domiciles like PDX, FAT and SLC, two slots per week are not enough. Everyone ought to be able to take as a minimum the amount of vacation they can accrue in a year. When you have close to 100 pilots in a domicile and only 104 vacation slots per year, on average everyone only gets 1 vacation week per year. With more senior pilots

**CAL 0140**

accruing 2-4 weeks per year, somebody is going to get short-changed.

JD

[redacted]

Member

[redacted]

Posts: 91 | From: [redacted] | Registered: Jun 2000 | IP: Logged |

posted 02-05-2001 09:27

Here are some very generalized goals that I'd like to see us achieve.

RJ Cpt's hitting six figure pay after 6-8 years with the airline

A real pension plan for those that make SkyWest their career. This plan would have to acknowledge that everyone is lucky enough to start their airline careers at age 23. Many people hire on in their 30's and 40's. A decent pension for pilots with 15-25 years of service is in order. A worthwhile retirement plan coupled with good pay will reduce recruitment and training costs by improving retention. A higher experience level in the cockpit may further enhance our admirable safety record.

Management compliance with our contract that was agreed to in 98. There must be some type of oversight committeee staffed by representatives of SAPA and management.

[redacted]

Member

[redacted]

Posts: 1112 | From: [redacted] | Registered: Aug 2000 | IP: Logged |

posted 02-05-2001 10:28

After reading the responses to the vacation accrual, I went back and checked the numbers. AIR Inc. was wrong about our policy, so I decided to ask some ASA/ACA guys what their policies are. They are both based on Date of Hire, and read as such:

ACA Current Contract:

Section 16. VACATION

A. Vacation Accrual

1. During each calendar year, every pilot shall be given a vacation, the length of which shall be determined by the length of the pilot's service from his date of hire by the Company as a pilot to December 31 of the year immediately preceding the calendar year in which the vacation is to be taken. The length of the vacation, which shall be determined from the schedule set forth below, may be prorated for any unpaid break in service of more than thirty (30) consecutive days in the previous year except an unpaid Military Leave of Absence.

The Company agrees to allow every pilot during his first year of employment to bid seven (7) days of vacation to be taken after the anniversary of his date of hire (12 months of employment). These pilots may only bid slots available after their date of hire.

The Company agrees to allow each pilot who, at the time of bid, has more than one year of employment, but has not reached his two-year anniversary, to bid seven (7) days vacation after his date of hire and the amount of days accrued from his date of hire through December of that year to take any time

CAL 0141

throughout the bid year. This also pertains to a pilot who has more than four (4) years
of employment, but who has not reached his five (5) year
anniversary. He too will be allowed to bid seven (7) days vacation after his date of hire and seven (7) days plus the amount of days accrued from his date of hire through December of that year to take any time throughout the bid year. (The accrued time will be determined by the Manager of Flight Operations Administration.)

Length of Service Length of Vacation
in Calendar Days*

1 year 7 days
2 years 14 days
5 years 21 days
10 years 28 days

----------------------

At ASA according to our contract ours accrues:

Less than one year: 1.2 days per month

Beginning the 1st Jan. 1 after a pilots longevity date: 1.2 days per month (max 14)

Beginning the 7th Jan. 1 after a pilots longevity date and 24 months from from DOS, beginning the 6th Jan. 1 after a pilots longevity date: 1.8 days per month (max 21)

Beginning the 15th Jan 1 after a pilots longevity date: 2.3 days per month (max 28)

Clear as mud? I hope that this helps you. All I know is that I have been at ASA for almost two years and I have 14 days this year.

-------------------

Our policy gives:
Year --- Days
1 ------- 7
2-5 ----- 14
6-10 ---- 16.86
11-15 --- 21
16 ------ 23.87
17 ------ 25.26
18 ------ 26.68
19+ ----- 28

Based on the assumption that you work approx the same amount of hours every month, year to year. (Hrs per year * Accrual rate) / (Hrs per year / 365) or simply **Accrual rate * 365 days**

As you can see, matching either policy would increase our vacation days beginning with your 5th year here. There is certainly a need to revisit the issue. Changing accrual rates would be one way to do it. I agree that added vacation slots are a neccesity as well.

Glad to see SAPA is looking at a similar pay plan as an option.

**CAL 0142**

*As to the pension, I would rather see a stronger 401K then a pension.* That way, everyone, including 4 and 5 year guys would benefit, but that's just me. If they want to offer both, I'll sign up...

Lael

*Posts:* **202** | From:[redacted] | *Registered:* **Sep 2000** | *IP:* Logged |

[redacted]

Member

[redacted]

posted 02-05-2001 15:46

Lael,
You mentioned that you would prefer a 401K over a pension. Would you be *willing to trade not being fully vested right away for higher contributions from* the company?
The advantage of the 401K is that it's portable and you can rollover whatever is in there to the 401K at your next company. I feel we need a retirement plan that will focus its benefits on long term employees. By introducing a vesting period pilots that stay here for 2-4 years would lose out compared to the current plan. Typically short timers will leave for a major where they will have a really good retirement plan and in many cases a pension that will offer them up to half their pay when they retire. So perhaps it won't matter that much to those pilots that are looking to move on at the first opportunity. I don't know how feasible a combination of pension and 401K plan really is. Management may be more amenable to weighting the plan(s) in favor of the long term employees and rightfully so (IMHO).
My personal decision to remain at SkyWest or go to a major is several years away. I hope in the next few years that management elects to make this company attractive for us to stay for the long haul. Obviously increased pay and a real retirement plan will make this more viable.
SkyWest is not a small regional airline. We cover an area from PSP-YVR and east to [redacted] and MSP. Soon we'll be serving [redacted]. Our compensation and retirement cannot be loosely based on what worked when the company flew Metros out of a couple of western states.

*Posts:* **1112** | *From:* [redacted] **(20 south of PDX)** | *Registered:* **Aug 2000** | *IP:* Logged |

[redacted]

Member

[redacted]

posted 02-05-2001 20:20

I would think that a vesting program would be a likely addition with a higher match. Weighting the plan toward long term employees is a fair approach. A vesting program such as the one Horizon has would not hurt short timer's 401Ks, but would greatly increase the account value of those folks who may stay longer. We could even extend the vesting period to 10 years instead of 5 and still come out ahead for both groups.

Cheers,

Lael

Posts: **202** | From: [redacted] Registered: **Sep 2000** | IP: Logged |

[redacted]

Avatar Image

posted 02-05-2001 22:39

Fellers --

CAL 0143

[redacted]
Member
Member # 717

1) I know we're a big regional airline, but by financial standards, we're still just a little fish ($550M sales TTM)--especially for a company wanting a pension plan--those things cost a bunch.

2) Here's what I sen[redacted] last night:
Pay increases 15%, 8%, 5% raises over three years (turns out to 30%)--tied to increasing revenues and RJ deliveries--also gives us low figure immediately prior to next negotiation(also implicit are higher profit sharing and 401k match)--I sighted a bunch of numbers in my letter. 401k: 3% match 90days-1yr; 6% 1-5 years, 10% 5-10 yrs; 12% over 10 years--vested in 5 years retroactive to hire date.

3)Also made inputs on open time and jumseating; included minor concessioins too. Working training pay, vacation, user time, et al this week. I'd like to get in on this bargaining process when the time comes--even if it's as a member at large.

Posts: **734** | From: [redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 02-06-2001 07:50

Rob,

I like the 401K suggestions. Pension plans are very expensive as you say, and the costs of a higher 401K plan can be controlled somewhat by a vesting period as discussed. I think the max legal vesting is 5 years and there are specific IRS parameters for it.

As far as the pay plan. The pay increase that you suggest would accomplish the same 30% over three years as the one mentioned above, but would actually reduce the first year increase by 7% or so. That assumes that ACA is the highest contract out there next year. If Comair gets an industry leading contract, as they are likely to, (or ASA or anyone else) then the plan you mention would not allow for us to match it. That would keep us behind the curve. I think that the idea of getting **at least** the rate of the top competitor with potential for a 3% (or some other %) increase if there is no one to match would give us a **much** better contract.

Curious about the concessions you suggest as well. As far as I know, [redacted] has already committed to giving us a better plan, and I have not heard of any work rule concessions that they are looking for in return. Good profits = sharing with the employees...

Cheers,

Lael

Posts: **202** | From: [redacted] | Registered: **Sep 2000** | IP: Logged |

[redacted]
Avatar Image
Member
[redacted]

posted 02-06-2001 11:58

Lael --

Therein, lies the problem of having an industry leading contract---it's only good for one year. Somebody revising their contract in the next year would likely then "be industry leading". The other proble, from what I've seen, is

CAL 0144

that we are industry following, in that we always model our pay scales after *somebody else. If we are industry leading, then we put the first offer and the* table and let the cards fall. If it turns out that we are 1% behind (competitors) after all negoitations are done, so be it for a couple years--we'll eventually get behind, then back in front, then behind. I imagine DL is going to be a bigger raise than the UA folks; next timme UA comes around, I'd be willing to be my small paycheck that they will again be industry leading. I'm just thinking mgmt will be a little more amenable to a bit more gradual raise---especially if we want everything we're asking for. We won't know till we ask, then we could turn flexible.

As for concessions, most of them are little little ones like getting rid of the uniform allowance. Concessions are pretty much status quo in these dealings--you can't expect to get something for nothing. Even UA pilots conceeded a reduction in monthly guarantee from 78 to 75 hours. We just need to be flexible and ready to deal. I think the more answers we have right off the bat, the quicker this deal will happen--as opposed to, "That all sounds good, we'll think about it, so let's meet back here again in two weeks". It's when that happens when we start flying with the logo lights off.

Posts: **734** | From: [redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
*Member*
[redacted]

posted 02-06-2001 14:30

The latest news flash is that ACA / ACJet ratified their latest contract that provides "industry-leading pay rates, significant improvements in retirement, *and provides training guarantees that will enhance career opportunities for* [redacted] and ACJet pilots."

According to the press release [redacted], chairman of the [redacted] and ACJet ALPA unit, stated, ``... this contract ensures that our pilots and our airline will stay at the top of the industry."

So the bar has been raised once again. Looks like the top of the industry may get a little crowded with all this competition.

Check out the full release at http://biz.yahoo.com/prnews/010206/va_alpa_ac.html or I'm sure you can access it at the ALPA website as well.

Posts: **106** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 02-06-2001 14:39

Prepare to ride the coatails of and reap the fruits of the labor and strugles of our (ALPA) counterparts at ACA.

Posts: **532** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]

Member
[redacted]

posted 02-06-2001 15:11

Some of the replies mention that a pension would be "too expensive." My question is too expensive for who? My Dad is a retired truck mechanic who receives a pretty decent pension. The payscale for mechanics tops out lower than our payscale. Is there any reason to discard the pension idea before really exploring it? A good pension plan isn't "too expensive", it's priceless.

**CAL 0145**

[redacted]

Plus you might feel a bit silly 25 years from now when you're working in the local supermarket to make ends meet reminiscing about how you thought a pension was too much to ask for.

Posts: 1112 | From: [redacted] (20 south of PDX) | Registered: Aug 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 02-06-2001 15:28

Too expensive for management my friend. Anything we get to augment our paychecks, lifestyles or workrules takes away from the 6 figure performance based bonuses the upper echelons receive.

Posts: 532 | From: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
Member # 765

posted 02-06-2001 16:07

Andy,
Airline management personnel aren't the only ones that can be errr uhhhh tight fisted. Management in other industries is just as concerned with not *giving anything away. We don't have any chance of getting a pension if we* don't try.
Regards,
Dave Benjamin

Posts: 1112 | From: [redacted] (20 south of PDX) | Registered: Aug 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 02-06-2001 16:54

*I have no argument with folks who want to get a pension.* As I said above, if they offered me one, I'd take it. Everyone has particular issues that they champion, and the intent of the original post was to hear them. That being said, **my** personal choice would be a greater match. The company will not just give on each issue we want. If they give us a pension, the money for it will come out of something else we ask for. Don't fool yourself into thinking they will pay for it out of their bonusses. Because of that fact, I feel that the money would be better utilized in a 401K. That way it's not raidable or subject to concessions in future negotiations, or if Skywest should go out of business. I would rather have control over my own funds, and be responsible for my own retirement. In addition, I think that a 401K is more valuable to the majority of our pilots. That is just my **opinion**, and what I would like to see SAPA work for. *Take it for what it's worth. If you want a pension, all the* more to ya...

[redacted]
The contract you suggest is not industry leading now that ACA signed their new one. Aside from that, the problem with an industry leading contract as *you suggest is that it isn't industry leading within a few months of signing.* What I was suggesting above would *keep us industry leading.* If you want it to be better than that, maybe suggest an annual salary survey where we beat the leader by 1 or 2% instead of match it. Surely you can see that we (and the industry) come out ahead if we **at least match** the top salary out there, and then build on that. As to the concessions; prudent negotiations would say *not to offer anything not asked for. In bad times, making concessions is a* neccesity to maintain or increase pay, but in good times, negotiations should focus on sharing the wealth. There is no need for concession right now.

Management has already promised an industry leading contract, and we are merely asking for our part of the recent prosperity.

Thanks to all for continuing to respond.

Posts: **202** | From: [redacted] | Registered: **Sep 2000** | IP: Logged |

Andrew Callaway
Unregistered User

posted 02-06-2001 17:35

We will get nowhere trying to beat the industry leader by ONLY 1-2%.

Do you realize this only amounts to under $1 at the highest end of the pay scale??

Lets reach for a respectable amount along the lines of 10+% over the leading contract.

None of this nick and dime crap.

IP: Logged |

[redacted]



Member
[redacted]

posted 02-06-2001 19:15

> quote:
>
> Originally posted by [redacted]:
> ***Because of that fact, I feel that the money would be better utilized in a 401K. That way it's not raidable or subject to concessions in future negotiations, or if Skywest should go out of business***

[redacted] and anyone else interested,
Not all pension plans are raidable. Most aren't especially nowadays. 401K contribution levels are just as subject to concessions as anything else. If SkyWest were to go out of business the funds in a properly administered pension fund are totally secure.
I will happily take higher 401K contributions from the company but they will have to be way way higher than the current levels to for me to fund my retirement.
Regards,
[redacted]

Posts: **1112** | From: [redacted] **(20 south of PDX)** | Registered: **Aug 2000** | IP: Logged |

[redacted]

Avatar Image

Member
[redacted]

posted 02-06-2001 20:26

Lael --

I see you frequent w3.flightinfo BBS also....we almost have same moniker....I'm SKYWGuy.

Gotta go grab me some facts about that ratified contract and rework some numbers.

Cheers All...the future just got a little greener.

**CAL 0147**

[redacted]

Posts: 734 | From [redacted] | Registered: **Aug 2000** | IP: Logged |

Andrew Callaway
Unregistered User

posted 02-06-2001 21:49

Dave,

Who do you think oversees our 401k???

*I dont think you will like what you find out!*

IP: Logged |

[redacted]



Member
[redacted]

posted 02-08-2001 13:18

> quote:
>
> Originally posted by Andrew Callaway:
> [redacted]
>
> **Who do you think oversees our 401k???**
>
> **I dont think you will like what you find out!**

[redacted]

Andrew,
I don't want to stir the pot too much but I would love to see us move everything to the American Funds Family. Back when I had my own corporation I set up a pension plan using American Funds and they kick some serious financial butt.
By "overseeing" I think you are referring to the outfit that administers our funds. I have heard that whoever does it sits on our board of directors. Look at the bright side though. That individual would probably be in favor of boosting the SKW contribution level. It would mean greater commissions.
Regards,
[redacted]

Posts: **1112** | From: [redacted] **(20 south of PDX)** | Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 02-08-2001 22:23

Dave, having a board member look after 401K funds for employees of the corporation who's board they sit on is as ludicrous as W Bush asking Al Gore to be vice president.

This reaks of nepotism if not blatant conflict of interest.

Posts: **532** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Avatar Image
Member

[redacted]

posted 02-09-2001 07:58

How about just letting us freely manage OUR OWN money? Let us choose our own investments as allowed by Federal law, including stocks, bonds, virtually any mutual fund, and even some options strategies. If this is to be my only source of retirement money, then why can't I manage it as I see fit? Or, in

CAL 0148

Member # 28

other words, if I am to be responsible for funding my own retirement, then shouldn't I have the right to manage the investments?

Posts: **283** | From:[redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]



Member
[redacted]

posted 02-09-2001 08:59

> quote:
>
> Originally posted by Andy Bharath:
> **Dave, having a board member look after 401K funds for employees of the corporation who's board they sit on is as ludicrous as W Bush asking Al Gore to be vice president.**
>
> **This reaks of nepotism if not blatant conflict of interest.**

Andy,
I too question the propriety of allowing a member of our board of directors to reap all of the commissions that come out of our retirement investments. One thing to keep in mind though is that whoever that boardmember is benefits more if our funds perform well and the company increases their contribution. Personally I wouldn't be as annoyed about the issue if the funds we're offered performed nearly as well as the American Funds that I use for my other retirement.
Regards,
[redacted]

I'm all for your proposal. The trick here is having access to our money on a pre-tax basis. There may very well be some 401K plans out there that have many more funds and the kind of flexibility you're after. Here's an idea to consider. Perhaps SAPA should form a committee to decide where our retirement dollars should be going or if the current arrangement is satisfactory. The challenge of course will be getting mgmt to allow us to chart our own financial course. There would be no adverse financial impact to the company. The only loser would be the person who currently handles our 401K. I think this committee should meet on a biennial basis to evaluate the performance of our retirement monies and to evaluate other alternatives.
Thoughts anyone?
Regards,
[redacted]

Posts: **1112** | From: [redacted] **(20 south of PDX)** | Registered: **Aug 2000** | IP: Logged |

[redacted]

Avatar Image

Member
[redacted]

posted 02-09-2001 11:31

Fellers, it's the back scratching good 'ole boy network. Two words: Fidelity Investments.

Posts: **734** | From:[redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]

posted 02-11-2001 11:34

Another item to discuss with mgmt, is the reserve pay. Since anyone on

CAL 0149

Avatar Image

Member

[redacted]

reserve is sitting around to receive a phonecall from scheduling, that in itself is worth the 3:45. However, if one were to get called in for a trip that requires a 13 hour duty day and has a credit of nearly 8 hours, you get screwed if you don't work the rest of the month. We should have a policy is based on a day to day pay schedule rather than the monthly deal that we currently have.

[redacted]

Posts: 426 | From: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]

Member

[redacted]

posted 02-11-2001 15:18

[redacted]

I second your opinion regarding reserve pay.
There are a lot of folks out there who don't realise how our reserve pay is structured:
If a crewmember works 10 shifts with a pay value of 6 hours each during the first half of the month, followed by 10 days of reserve at a credit of 3.75 hours each, he/she would expect a paycheck for 97.5 hours. But wait a minute!: credit for actual time flown did not exceed 75 hours!. Sorry you lost, chum.
The extra 22.5 hours this person was available for work ARE NOT COMPENSATED IN ANY WAY!!.
A much more equitable way of compensating reserve status would be to pay the highest of: 3.75 hours(minimum guarantee) or time flown for EACH DAY spent on reserve, rather then calculate on a monthly basis.
(FOOD FOR THE SAPA PAY NEGOTIATING COMMITTEE???????)

Regards,

[redacted]

Posts: 31 | From: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]

Avatar Image

Member

[redacted]

posted 02-13-2001 08:33

The reserve pay 75 hour guarantee was interpreted by management the same way that they interpreted training pay. The policy manual clearly stated that there was a daily minimum of 3:45 AND a monthly minimum of 75, but somewhere it was interpreted as a 75 hour maximum, unless a pilot actually flew more than 75 hours. In that case the pilot gets paid his actual flight time but still doesn't get compensated for the non-flying days he sat reserve. There are several other issues with reserve that could also use attention at the next negotiations. For example, reserves can currently be called outside of their normal on-call period and are required to report for work, but are not paid junior man for that portion of the trip that occurs outside of their normal on-call period. I don't think that a reserve pilot should be called outside of his on-call period because that effectively puts us on 24 hr call. Also, the policy manual does not say that junior man does not apply to reserves, but the company interprets that junior man does not apply to reserves. This should be clarified in writing in the next agreement.

I'd also like to see mandatory junior man disappear. Other carriers do not have it, so to be industry leading we should get rid of it, too.

CAL 0150

Posts: **283** | From: **Sandy, UT** | Registered: **Jun 2000** | IP: Logged |

[redacted] posted 02-15-2001 08:55

Member
[redacted]

While we're at it, how about a "commuter clause" for the new "contract". You give yourself a preset number of chances(flights)to commute to work. If you can't get there, call crew scheduling and become a mustride or your released. ACA has this in their work rules and I'd love it if we could get it.

[redacted]

Posts: 122 | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted] posted 02-15-2001 13:27

Avatar Image

Member
[redacted]

How about a "resident pilot" clause...If I hit the snooze 3 times and still don't feel like getting up, then a reserve pilot comes to my house, within 30 minutes, drives my kids to school and flies my shift!!!

Keep the shiny side up

[redacted]

Posts: 660 | From: **Taylorsville, UT USA** | Registered: **Jun 2000** | IP: Logged |

[redacted] posted 02-16-2001 01:17

Avatar Image

Member
[redacted]

[redacted]

Do I get to raid your fridge for breakfast?

Posts: **131** | From: **Taylorsville, UT** | Registered: **Jun 2000** | IP: Logged |

[redacted] posted 02-17-2001 08:32

Avatar Image

Member
[redacted]

No, that's why we pay you per diem...

[redacted]

Posts: 660 | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted] posted 02-22-2001 10:34

[redacted]

Workin more gets you more vacation? If you work more doesn't that make less time available to take a vacation?

Yes vacation pay needs to be fixed, not the way the system works, but the accrual rate, which used to be shown on our check stubs.

I think that after 18 years I should be able to accrue more than 73 hours for the year! This is the maximum that a 121 pilot can accrue with the current FARs @ 1000 hours per year. With an average 20 flight hours per week that doesn't equal the package we used to have, which I can't find right now.

**CAL 0151**

Someone correct me if I am wrong but I remember 6 weeks @ 15 years under a previous policy manual.

I fully agree with a change in reserve pay. This issue couls be helped if we went back to a bi-monthly paycheck, instead of bi-weekly. The bi-monthy would fit the way we bid.

Well good luck to SAPA! I just hope we can protect what we have now!

Posts: 629 | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

Printer-friendly view of this topic

**Hop To:** SAPA Forum Go

Contact Us | SkyWest Forums

SkyWestForums.Com is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.
© 2003 BoNo Communications
All Rights Reserved.

SkyWest Forums

my profile login | register | search | faq | forum home

Jump to new posts

**» Hello, [redacted]** log out ]

**SkyWest Forums » Flight Ops » SAPA Forum » Upcoming negotiations**

**Author**

[redacted]

Avatar Image

Member

[redacted]

**Topic: Upcoming negotiations**

posted 03-02-2001 20:07

As everyone knows by now, Comair and ACA are finalizing contracts that are opening new territory as far as hourly pay and even retirements. The company has indicated that they may match the hourly pay, and for the first time, seems to be open to the possibility of a pension plan.

We have varied interest within our ranks; short timers, lifers, people who want nothing but 401k's and people who'd like a 401k and a pension to mention a few. A number of pilots feel that the upcoming pay package will be pivotal for pilot/management relations. While this forum is a good informational tool, there are many pilots who don't participate, but who deserve to be included. We feel that it is time for SAPA to "take the show on the road" and start conducting face to face meetings at the different

**CAL 0152**

domiciles. No doubt there will be some give and take, and SAPA needs to be aware of the pilots' position and at the same time, we need to know what is being proposed and what the company wants in return. These informational meetings need to take place BEFORE we get too far into the discussions.

Keep the shiny side up,

[redacted]

Posts: 660 | From [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 03-02-2001 21:27

Good call [redacted]

Posts: **328** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 03-03-2001 11:37

[redacted]

I second the motion!

[redacted]

Posts: 614 | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

Andrew Callaway
Unregistered User

posted 03-04-2001 17:45

It appears tha [redacted] was recently greeting the current RJ class the other day and told them flat out that SkyWest will never be industry leading.

?????????????

IP: Logged |

[redacted]

posted 03-04-2001 19:53

Is Comair raising the bar to high for management to jump over?

Member
[redacted]

Posts: **68** | Fron [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 03-04-2001 20:05

Talked to more than one Comair Pilot in MSP this weekend and they all said the same thing......the proposal offered to them will go down in flames! The "fully funded retirement" is apparently just a 401K. They are also not happy about the top end being 18 years.

Posts: 137 | From: **out there....way out there** | Registered: **Jun 2000** | IP: Logged |

**CAL 0153**

[redacted]

Member
[redacted]

posted 03-05-2001 08:32

> quote:
>
> Originally posted by Andrew Callaway:
> **It appears that [redacted] was recently greeting the current RJ class the other day and told them flat out that SkyWest will never be industry leading.**
>
> **??????????????**

Andrew,
Did you hear that from someone who was physically present when [redacted] greeted the class?

Posts: **1112** | From: [redacted] **(20 south of PDX)** | Registered: **Aug 2000** | IP: Logged |

Andrew Callaway
Unregistered User

posted 03-05-2001 09:05

[redacted]

*Yes. In fact I was told this by several of the guys in that RJ class.*

IP: Logged |

[redacted]

Member
[redacted]

posted 03-05-2001 13:12

> quote:
>
> Originally posted by Andrew Callaway:
> [redacted]
>
> **Yes. In fact I was told this by several of the guys in that RJ class.**

Yikes, that doesn't sound too good. I assume he made the comment referring to compensation?

Posts: **1112** | From: [redacted] **(20 south of PDX)** | Registered: **Aug 2000** | IP: Logged |

[redacted]

Avatar Image

Member
[redacted]

posted 03-06-2001 08:23

Back to the original thought, [redacted] how about putting together a "road show" so that everyone's input is considered?

Again, a lot of our senior pilots are coming up on mandatory retirement and the 401k's just aren't going to do it!!!

[redacted]

CAL 0154

Posts: 660 | From: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 03-08-2001 21:00

[redacted]

Sounds like Jerry is going to do the road show. I heard he has been talking it up in the crew lounges and jumpseats lately.

Posts: 629 | From: [redacted] | Registered: Jun 2000 | IP: Logged |

**Marshall Woodford**
Avatar Image
Member
[redacted]

posted 03-14-2001 11:22

[redacted] get that telescope to work yet?

I agree SAPA needs to get input from other domicles. Since we really don't have a dedicated rep in Portland/Seattle we always feel that were left in the cold.

Posts: 123 | From: **RJ = Real Job** | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 03-14-2001 17:31

> quote:
>
> Originally posted by [redacted]
> **Back to the original thought... [redacted] how about putting together a "road show" so that everyone's input is considered?**
>
> **Again, a lot of our senior pilots are coming up on mandatory retirement and the 401k's just aren't going to do it!!!**
>
> [redacted]

Posts: 256 | From: [redacted] | Registered: Mar 2001 | IP: Logged |

[redacted]
Member
[redacted]

posted 03-14-2001 17:54

> quote:
>
> Originally posted by [redacted]:
> ***As everyone knows by now, Comair and ACA are finalizing contracts that are opening new territory as far as hourly pay and even retirements. The company has indicated that they may match the hourly pay, and for the first time, seems to be open to the possibility of a pension plan.***
>
> ***We have varied interest within our ranks; short timers, lifers, people who want nothing but 401k's and people who'd like a 401k and a pension to mention a few. A number of pilots feel that the upcoming pay package will***

**CAL 0155**

**be pivotal for pilot/management relations. While this forum is a good informational tool, there are many pilots who don't participate, but who deserve to be included. We feel that it is time for SAPA to "take the show on the road" and start conducting face to face meetings at the different domiciles. No doubt there will be some give and take, and SAPA needs to be aware of the pilots' position and at the same time, we need to know what is being proposed and what the company wants in return. These informational meetings need to take place BEFORE we get too far into the discussions.**

**Keep the shiny side up,**

[redacted]

[redacted]

Skywest does not want to pay leading wages,I think mostly because the hi cost of taxes.
Every dollar we get as a raise,losses about 32/42 cents to taxes and Skywest has to pay corporate taxes and Social Security on that money.
I bet if we approached managment about increASING 401k and garanteeing a *minimum yearly yield per retired pilot ,Skywest would be interested.*
Any extra money that goes to 401k is not taxed and Skywest does not have to show those liabilities on the books,where as a pention or Defined benefits has to show on the books.
My question then is:
Would Skywest be willing to garantee about $55,000 per year per pilot,inflation adjusted, when such pilot has been contributing to his/her 401 k as required ,but that due to age,that person cannot count on $55,000per year?
Yonger pilots that have 30 or more years to go ,should be able to secure a nice nest egg with present plan.
A little help with Medigap could be helpful,also.
These are just some ideas.
I feel that the resent PEB will set ALPA back many years and like you suggested,maybe we need to do a road show.
*As long as we remain profitable and do our best,Skywest will have no excuse* but to help set up a nice safety net ,so tha nobody has to collect sada pop cans,so to speak, in order to enjoy the last 1/4 of a person,s lifetime after *having worked at Skywest.*
Sorry for the errors,but I think we can make a difference

Kindly
[redacted]

Posts: **256** | From: [redacted] | Registered: **Mar 2001** | IP: Logged |

---

[redacted]
Member
[redacted]

posted 03-15-2001 00:18

What do you mean SkyWest has to pay taxes on payroll? Payroll is an expense, not an asset, and is deducted from the company's taxable income. They do have to pay the FICA match, but that's a deduction too.

Posts: **1021** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

**CAL 0156**

[redacted]
Member
[redacted]

posted 03-22-2001 11:10

I was filling out the compensation survey, and got to thinking, specifically about the question "would you stay for X amount of compensation." I'm sort-of playing devils advocate now.

Management/Recruiters are looking for pilots who want to be here forever, right?

Why? The longer someone stays, the more expensive that expense becomes. A 10 year RJ Captain costs around $10-$15 more per hour than a 4 year RJ Captain. Yes, the experience, wisdom, and commitment is valuable. Is there any financial reason SkyWest would want a pilot to stay here for 10, 20, 30 years.

I feel that there is a point, where SkyWest is better off financially when pilots leave. Somewhere between 5-10 years (to offset training costs.) Since managements job is to make money, why increase salaries to make 50, 60, 70, 80% of the pilots hang their hat a SkyWest?

Anyone care to comment or enlighten me?

Posts: 119 | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Avatar Image
Member
[redacted]

posted 03-22-2001 11:34

I would call that **LOYALTY...**
It is not all about the money after all...

Posts: **74** | From [redacted] | Registered: **Jun 2000** | IP: Logged |

Printer-friendly view of this topic

**Hop To:** SAPA Forum Go

Contact Us | SkyWest Forums

SkyWestForums.Com is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.
© 2003 BoNo Communications
All Rights Reserved

UBB.classic™ 6.6.1

**CAL 0157**

SkyWest Forums



**Author** **Topic: Comair to Strike....**

Andrew Callaway
Unregistered User

posted 03-19-2001 15:53

Comair Pilots Reject Settlement Offer, Prepare to Strike, Announces Air Line Pilots Association

CINCINNATI, March 19 /PRNewswire/ -- The pilots of Comair, Inc., represented by the Air Line Pilots Association, have voted down Comair management's negotiations settlement offer, setting the stage for a strike at 12:01 AM on March 26 if the parties fail to achieve a tentative agreement prior to that date.

Of the 1,133 Comair pilots eligible to vote, 1096 (96.7 percent) did so. Of those who returned their ballots, pilots voted by an overwhelming 99.5 percent margin against the proposal, 1090 rejecting the offer and only 6 voting to accept.

On February 23, the National Mediation Board released Comair pilots and management into a 30-day cooling-off period that is scheduled to expire at midnight on Sunday, March 25. The NMB released the parties from federal mediation on the condition that ALPA submit Comair management's settlement offer to the pilot membership for a vote.

The Comair pilots' Master Executive Council (MEC), the ALPA leadership body at Comair, was required by the NMB to submit the settlement offer to the pilot group with either a positive recommendation or a neutral stance. The MEC declined to endorse the settlement offer, and instead presented it to the members neutrally.

``With seven days left to a possible strike," said [redacted], chairman of the Comair MEC, ``I hope that our management is ready to get real in these negotiations. Our goal remains to achieve a negotiated settlement that rewards pilots fairly and at the same time preserves our future,' [redacted] said.

``However, our management should understand from the overwhelming rejection of their settlement offer that Comair pilots will continue to demand reasonable improvements in the areas that most affect our jobs, our careers, and our families," [redacted] said. The primary unresolved issues include retirement, scheduling rules, job security, and compensation.

Funding for the Comair pilots' strike preparations come from an initial $2 million allocation made in September 1998 from ALPA's Major Contingency Fund, which currently has a balance of $70 million. Using these funds, Comair

pilots have established strike centers in [redacted] and [redacted] and initiated a full range of strike preparation activities.

In addition, ALPA's Executive Council recently voted to recommend that the Association's Board of Directors provide expedited strike benefits to the Comair pilots in the event that they fail to achieve a negotiated settlement before strike deadline. The action would cut the normal 35-day waiting period for strike benefits to 14 days from the beginning of a Comair strike, if a contract is not achieved. The proposal would provide approximately $2 million per month in strike benefits.

Comair pilots have been in contract negotiations since June 1998 and in mediation since July 1999. After the 30-day cooling off period, pilots could strike. Contract talks could continue during the cooling off period, and neither side is required to take self-help action after the 30 days.

In July 2000, the Comair pilots approved a strike ballot, giving their pilot leadership the discretion to call a strike if the mandatory 30-day cooling-off period lapses without a contract agreement. Nearly 97 percent of the Comair pilots voted on the strike ballot issue and, of that group, more than 99 percent voted to authorize their pilot leadership to call a strike if necessary.

ALPA represents more than 59,000 airline pilots at 49 airlines in the U.S. and Canada. Its Web site is at http://www.alpa.org .

*SOURCE: Air Line Pilots Association*

IP: Logged |

[redacted]
Member
[redacted]

posted 03-19-2001 23:41

Let's see... two millon a month in strike benefits, divided by 1,133 pilots, works out to $1,765 per pilot. That's about $1,100 a month take home. Being on strike sounds a lot like sitting FO reserve

Posts: **1021** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 03-20-2001 09:43

quote:

Originally posted by Andrew Callaway:
**Comair Pilots Reject Settlement Offer, Prepare to Strike, Announces Air Line Pilots Association**

**CINCINNATI, March 19 /PRNewswire/ -- The pilots of Comair, Inc., represented by the Air Line Pilots Association, have voted down Comair management's negotiations settlement offer, setting the stage for a strike at 12:01 AM on March 26 if the parties fail to achieve a tentative agreement prior to that date.**

**Of the 1,133 Comair pilots eligible to vote, 1096 (96.7 percent) did so. Of those who returned their ballots, pilots voted by an overwhelming 99.5 percent margin against the proposal, 1090 rejecting the offer and only 6 voting to**

CAL 0159

accept.

On February 23, the National Mediation Board released Comair pilots and management into a 30-day cooling-off period that is scheduled to expire at midnight on Sunday, March 25. The NMB released the parties from federal mediation on the condition that ALPA submit Comair management's settlement offer to the pilot membership for a vote.

The Comair pilots' Master Executive Council (MEC), the ALPA leadership body at Comair, was required by the NMB to submit the settlement offer to the pilot group with either a positive recommendation or a neutral stance. The MEC declined to endorse the settlement offer, and instead presented it to the members neutrally.

``With seven days left to a possible strike,'' said Captain [redacted], chairman of the Comair MEC, ``I hope that our management is ready to get real in these negotiations. Our goal remains to achieve a negotiated settlement that rewards pilots fairly and at the same time preserves our future,'' [redacted] said.

``However, our management should understand from the overwhelming rejection of their settlement offer that Comair pilots will continue to demand reasonable improvements in the areas that most affect our jobs, our careers, and our families,'' [redacted] said. The primary unresolved issues include retirement, scheduling rules, job security, and compensation.

Funding for the Comair pilots' strike preparations come from an initial $2 million allocation made in September 1998 from ALPA's Major Contingency Fund, which currently has a balance of $70 million. Using these funds, Comair pilots have established strike centers in Cincinnati and Orlando and initiated a full range of strike preparation activities.

In addition, ALPA's Executive Council recently voted to recommend that the Association's Board of Directors provide expedited strike benefits to the Comair pilots in the event that they fail to achieve a negotiated settlement before strike deadline. The action would cut the normal 35-day waiting period for strike benefits to 14 days from the beginning of a Comair strike, if a contract is not achieved. The proposal would provide approximately $2 million per month in strike benefits.

Comair pilots have been in contract negotiations since June 1998 and in mediation since July 1999. After the 30-day cooling off period, pilots could strike. Contract talks could continue during the cooling off period, and neither side is required to take self-help action after the 30 days.

In July 2000, the Comair pilots approved a strike ballot, giving their pilot leadership the discretion to call a strike if

CAL 0160

**the mandatory 30-day cooling-off period lapses without a contract agreement. Nearly 97 percent of the Comair pilots voted on the strike ballot issue and, of that group, more than 99 percent voted to authorize their pilot leadership to call a strike if necessary.**

**ALPA represents more than 59,000 airline pilots at 49 airlines in the U.S. and Canada. Its Web site is at http://www.alpa.org .**

**SOURCE: Air Line Pilots Association**

Posts: **256** | From: [redacted] | Registered: **Mar 2001** | IP: Logged |

Andrew Callaway
Unregistered User

posted 03-20-2001 09:49

Fred,

That's $2 million and 99.5% more UNITY than we would ever get at SkyWest.

[ 03-20-2001: Message edited by: Andrew Callaway ]

IP: Logged |

[redacted]
Member
[redacted]

posted 03-20-2001 10:35

> quote:
>
> Originally posted by Andrew Callaway:
> [redacted]
>
> **That's $2 million and 99.5% more UNITY than we would ever get at SkyWest.**
>
> **[ 03-20-2001: Message edited by: Andrew Callaway ]**

I think the pilots at SkyWest are United (no pun intended). That is why SAPA is still here. Just because there is not 99% support for ALPA does not mean pilots at SkyWest are not United. I have always seen the pilot group support one another. That does not mean we may not disagree on subjects.

Regards

[redacted]

Posts: 419 | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 03-20-2001 14:16

Okay so we have unity. What about two million bucks?

Posts: **421** | Registered: **Jun 2000** | IP: Logged |

CAL 0161

[redacted]
Member
[redacted]

posted 03-20-2001 14:30

I guess you could say the $2 million is in our collective pockets after 3-4 years without union dues. (1.9% of 1100 pilots' pay averaging $30,000/yr)

Posts: **470** | From [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 03-20-2001 19:01

You tell 'em Andy. That 2 million thing is my whole point about why new FOs don't get paid very much. You can see from my original post that 2 million bucks doesn't go very far when split among a large group of people. How much do you think our entire payroll is every month? I bet we have to sell a lot of seats to cover it and all the other expenses of running an airline.

And Andrew, wouldn't you rather work and get full pay while coming to an agreement with managment. My dad was a union carpenter and I remember how devastating strikes were to our family's well being.

Posts: **1021** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Avatar Image
Member
[redacted]

posted 03-21-2001 07:14

And they are going on with this negotiations from July 1999( that was last millenium !!! ). Sure ALPA got there demands really fast...( I know, there a lot of issues to work out!!!)
I know this is not funny; but the way it looks to me: having a third party involved brings a lot of delay in resolving this matter.
Strike is not fun: "been there done that".

Posts: **74** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 03-21-2001 14:35

What I'm wondering is whether all the United and American and Delta pilots are thinking about what such a high pay scale will do to their company in the long run. I mean, aren't United's a BIT on the ridiculous side?? They just may have bitten the hand that feeds them with THAT deal and not even known it.

Posts: **614** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 03-21-2001 16:00

No doubt [redacted] You know, I went to that www.airlinepilots.com site and I couldn't believe the editorials and articles posted there. These guys sound like they absolutely **HATE** their employers. It's as if they are at war. Not a very pleasant way to work.
By the way, I applied for a password and user ID to enter their forum. I have yet to hear back from them. Could it be because we are "scabs?"

Posts: **1021** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted] posted 03-22-2001 06:08

**CAL 0162**

Avatar Image

Member

[redacted]

I am wondering Fred [since you seem to be anti-union] are you not going to accept a raise that we get because the guys at Comair negotiated a higher pay rate? You seem to miss the point that those guys [Comair] are carrying the spear, leading the charge while we sit on the sidelines saying "We are *behind you 100%"*

[redacted]

Posts: **102** | Registered: **Jun 2000** | IP: Logged |

[redacted]

Member

[redacted]

posted 03-22-2001 07:12

[redacted]

Why are we always discussing the whole "coat tails" thing? That seems utterly ABSURD to me. We have NO idea who had the best contract first. Maybe THEY are trying to out-do US?

Union or not, that is the nature of the game anyway. If we get a better contract than "they" have, the next one "they" get will be better than ours. This is just the way things go.

The raise we get will come from negotiations between SAPA and management. I don't believe it will stem from petty "keeping-up-with-the-Jones'" attitudes. Thankfully, I don't see much of that attitude around these parts lately.

[ 03-22-2001: Message edited by: [redacted] ]

Posts: **614** | From: **North Hills, CA USA** | Registered: **Jun 2000** | IP: Logged |

[redacted]

Avatar Image

Member

[redacted]

posted 03-22-2001 07:32

**"Those guys (Comair) are carrying the spear, leading the charge while we sit on the sidelines saying " we are behind you 100%"**
The pilots at Comair do what they think it will work for them and their families; I don't think they do it because they want to carry a spear( that's a war tool, isn,t it?)so the guys from Skywest can use it as leverage for their *pay issues.*
On the other hand we are doing whatever we think works for us; is it that wrong? I strongly belive that the pilots at Skywest can get the job done with diplomacy, in the same time keeping a cool relationship with the Company; we all need each other at all levels to keep this company running smooth.
1cent worth....

Posts: **74** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]

Member

[redacted]

posted 03-22-2001 13:21

Okay Fred I try very hard at times not to get very worked up over what people post here on these boards. Sometimes they're rude, insulting, and down right stupid.

But I must take issue with you on your use of the term SCAB. I hope it was an off-the cuff remark, for anyone to think of us (Skywest Pilots) as Scabs mearly because we are non-union is very short sighted and uneducated. Working for a non-union company does not make you a Scab, crossing a

**CAL 0163**

picket line during a strike and working as a replacement for a striking employee does make you a scab.

I'll apologize in advance if I miss took your statement but be very careful using that term. Having myself never worked in a company that had a union I still respect thier right to strike, when safeway employees strike I don't shop there either.

Just go look and the Aviation Interview and Aviation Message boards and see how that term gets thrown around sometimes toward Sky West in light of the possible Comair Strike.

regards

I'm sorry I was on the Land line, say again?

Posts: **93** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 03-22-2001 13:25

[redacted]

I think you misinterpreted the thrust o[redacted]scab use. As you said, for someone to use it referring to us IS uneducated and short sighted. I believe [redacted] was implying there ARE such die hard union activists out there who would see us as such, mistaken though they might be.

Posts: **470** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 03-22-2001 19:57

That's exactly right Andy. I was trying to point out that the moderator of the www.airlinepilot.comm web site would not grant me, a SkyWest employee, access to their site because we are non-union and "in their eyes" scabs. I agree with you Mark, I certainly don't see us that way, but apparently, the owners of this very pro-union web site do. Sorry if you misunderstood my comment.

Posts: **1021** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

Andrew Callaway
Unregistered User

posted 03-22-2001 21:37

[redacted]

I have access to the forums on www.airlinepilots.

By the way, the "owners" of that web site are FedEx pilots, who are not ALPA!

IP: Logged |

[redacted]
Member
[redacted]

posted 03-24-2001 22:29

In response to[redacted]you can be dang sure that whatever SAPA comes up with in the near future has "everything" to do with the COMAIR contract. Right now all we can hope for is ACA plus a buck, that is why Jerry wants a

CAL 0164

new contract as soon as possible, so that if Comair does come up with a lucrative contract, he would have us locked for another year at the ACA scale instead. As much as we would love SAPA to come up with some ground breaking regional airline contract, the fact is they don't have the power to push anything through other than what is the going rate plus a little. Comair on the other hand could be on the vurge of a ground breaking contract. They have the power to do it we don't. If they get what they are asking for all of us will benefit here at SkyWest because of their sacrafice. SAPA will now have a mandate thanks to COMAIR, [redacted] *is still willing as of two weeks ago to use* Comair as a viable comparison for compensation. Let us all be grateful that we may vicariously benefit from the unity of the ALPA pilots of COMAIR.

Posts: **40** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 03-25-2001 10:03

> quote:
>
> Originally posted by [redacted]
> **I am wondering Fred [since you seem to be anti-union] are you not going to accept a raise that we get because the *guys at Comair negotiated a higher pay rate?* You seem to miss the point that those guys [Comair] are carrying the spear, leading the charge while we sit on the sidelines saying "We are behind you 100%"**
>
> [redacted]

Soooooo.........................

*You would also agree that United carried the spear for* Delta? And Delta sat and waited for United to do the work.

Regards

[redacted]

Posts: 419 | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 03-26-2001 00:17

[redacted]

After I thought about what I wrote I realized and thought more about what you wrote and wished I had could remove it, but I had a show time to make the next day.

*I apologize for my* "outburst" *I just* hate the "S" word like many women who hate the "C" word.

Sorry

Posts: **93** | From: [redacted] | Registered: **Jun 2000** |
IP: Logged |

CAL 0165

[redacted]

Member

[redacted]

posted 03-26-2001 14:18

[redacted] No problem dude, I can see how you might have misunderstood my comment.

Andrew: Thanks for setting me straight on the web site. Maybe they just over looked my request for access. You must admit though, it is a pretty militant site.

As for Comair, I wish their pilot group well and hope they recoup some of the cash they spent on training at the company "store." My only questions are: If ALPA is such a **great** bargaining tool, why have their negotiations dragged on for three years?. Shouldn't a world class bargaining team be able to move the most stubborn management group?

[ 03-26-2001: Message edited by: [redacted] ]

Posts: **1021** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]

Member

[redacted]

posted 03-26-2001 16:36

Originally posted by [redacted]:

> quote:
>
> **If ALPA is such a great bargaining tool, why have their negotiations dragged on for three years?. Shouldn't a world class bargaining team be able to move the most stubborn management group?**

That would depend on the management, don't you think? Look at the bargaining history of different airlines and the differences in negotiating contracts.... the worse the relationship, the longer the process.... How stubborn can a management group be??? Ask some ex Eastern pilots.... I bet they know...

Here is a Quote from ALPA....In the news...

> quote:
>
> **``For more than 60 years, ALPA and Delta have had an unbroken history of successfully reaching agreements through collective bargaining and mediation. We believe the process does work if both parties are willing to engage in it and seek mutually acceptable solutions. The traveling public is best served by these negotiations being resolved in the near term.**

[redacted]

[ 03-29-2001: Message edited by: [redacted] ]

Posts: **157** | [redacted] | Registered: **Feb 2001** | IP: Logged |

CAL 0166

[redacted]
Avatar Image
Member
[redacted]

posted 03-26-2001 20:00

[redacted]at least they actually do negotiate. While others in the industry must accept what is offered by management.

[redacted]

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

Printer-friendly view of this topic **Hop To:** SAPA Forum Go

Contact Us | SkyWest Forums

SkyWestForums.Com is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.
© 2003 BoNo Communications
All Rights Reserved

UBB.classic™ 6.6.1.

SkyWest Forums

my profile login | register | search | faq | forum home

Jump to new posts

» **Hello,** [redacted] **SkyWest Forums** » **Flight Ops** » **SAPA Forum** » **Andrew Callaway**

**Author** **Topic: Andrew Callaway**

[redacted]
Member
[redacted]

posted 11-24-2001 10:42

Hey, has anybody heard what's happening to Andrew Callaway? Last I heard was bad, I hope things have turned for the better.

Posts: 183 [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 11-26-2001 11:08

Two weeks ago comrade Callaway had aircraft flight training in Butte. He was attempting to ride home to SLC that morning since his type ride/final checkride was scheduled to be in GJT that night. He was unfamiliar with the gestapo type treatment of crew-members as they tried to get through

**CAL 0167**

*security.* He's been *in ground school and sim* training since the attacks. His response and expression of surprise to the way the security personel in Butte treated crew-members like violent crime suspects was percieved as arrogant. He was subsequently written up and somehow the write ups made their way to SGU. As a result, his final type/checkride was cancelled. He was told that an investigation of the incident was still ongoing. It's been over 2 weeks now.

Peace.

Posts: 532 | From [redacted] | Registered: **Jun 2000** | IP: Logged |

Printer-friendly view of this topic **Hop To:** SAPA Forum Go

Contact Us | SkyWest Forums

SkyWestForums.Com is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.
© 2003 BoNo Communications
All Rights Reserved

UBB.classic™ 6.6.1

*SkyWest Forums*

my profile login | register | search | faq | forum home

Jump to new posts

» Hello [redacted] **SkyWest Forums » Flight Ops » SAPA Forum » Some helpful figures**

**Author** **Topic: Some helpful figures**

[redacted]
Member
[redacted]

posted 05-30-2002 12:02

I thought it might be useful to compile the results of 3 recent polls in one place. All of these polls had sufficient response to be statistically relevant and an accurate predictor for an election.

54% would like a union
62% would not vote for ALPA
75% would vote to certify SAPA

Posts: **1112** | From: [redacted]) | Registered: **Aug 2000** | IP:

**CAL 0168**

Logged |

Andy Callaway
Unregistered User

posted 05-30-2002 12:57

How could these polls have a sufficient response to be statistically relevant and an accurate predictor for an election when on average only **18%** of the pilot seniority list have responded???

Of 1207 pilots on the May seniority list, only 219 pilots on average responded:

15% responded to the "Who wants a Union" poll,
21% responded to the "ALPA" poll,
19% responded to the "SAPA" poll.

This is not an accurate predictor of an election outcome in my opinion!

IP: Logged |

[redacted]
Member
[redacted]

posted 05-30-2002 13:18

Just a thought,
National polls are in the single digits (3% to 7% averaging) and get used with some assurity. Also, it has been pointed out to me that the USAir poll figures (roughly 18% of the pilots) exactly matched the USAir vote (roughly 80% of the pilots). Just a thought.

[redacted]

Posts:[redacted] [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 05-30-2002 20:15

> quote:
>
> Originally posted by Andy Callaway:
> **How could these polls have a sufficient response to be statistically relevant and an accurate predictor for an election when on average only 18% of the pilot seniority list have responded???**

Andy,
I took a couple of statistics classes plus quantitative analysis. I know it sounds strange but it works out. Look how early the networks call the elections based on exit polling of 10% or less.
You might also look back to the outcome of the Jets for Jobs vote versus the poll.

Posts: **1112** | From:[redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 05-30-2002 22:33

Andy,

What these guys are saying conforms to basic statistics courses. You don't need to poll 100% of the subjects to obtain a reliable statistical sample. If you

CAL 0169

kept an eye on the percentages, you problably noticed that the percentages changed little with the increase in voters. But...hey...what I'm saying?! You probably knew this stuff all along.

My sincerest apologies if this was basic knowledge to you. Otherwise, if you are interested, I can recomend a few textbooks in statistics.

Pos[redacted]From: [redacted] | Registered: Jun 2000 | IP: Logged |

Andy Callaway
Unregistered User

posted 05-30-2002 23:30

[redacted]

Took those courses over 8 years ago, but thanks.

Looking at who posts on these boards, I still do not believe the opinions represented here reflect what the rest of this pilot group thinks, or does not think for that matter.

Cheers,

IP: Logged |

[redacted]
Member
[redacted]

posted 05-31-2002 08:19

Andy -

I tend to agree with you on this subject. A random sample of 10% is not the same as asking as many pilots as possible that read the post to vote. If you randomly picked 10% of the pilot group and then asked them the question then I might go along with the results. We all know that only a small percentage of pilots either read or respond to these posts. Any small group of pilots with an ax to grind can really throw the vote one way or the other.

Posts[redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 05-31-2002 08:20

Andy -

I tend to agree with you on this subject. A random sample of 10% is not the same as asking as many pilots as possible that read the post to vote. If you randomly picked 10% of the pilot group and then asked them the question then I might go along with the results. We all know that only a small percentage of pilots either read or respond to these posts. Any small group of pilots with an ax to grind can really throw the vote one way or the other.

Posts[redacted]| Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 05-31-2002 08:57

i took a year of stats in college and the first thing out of the professor's mouth was the old adage...
"there are lies, damn lies, and then statistics."

Posts[redacted] From[redacted]... | Registered: Feb 2001 | IP: Logged |

CAL 0170

[redacted]
Member
[redacted]

posted 05-31-2002 10:54

I read the title.... Read the post..... Still trying to figure out how this is "helpful"

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 05-31-2002 16:01

quote:

Originally posted by tjreishus:
**I read the title.... Read the post..... Still trying to figure out how this is "helpful"**

[redacted]
If you haven't noticed another union drive is upon us. The polling data indicates that ALPA is not acceptable to the majority of our pilots. So if the union proponents really want a union they should come up with one that most pilots could agree on.
In other threads [redacted] and [redacted] have suggested certifying SAPA as an official union. That may be the most viable option.

Posts: [redacted] From: [redacted]) | Registered: Aug 2000 | IP: Logged |

Andy Callaway
Unregistered User

posted 05-31-2002 16:54

*quote:*

**if the union proponents really want a union they should come up with one that most pilots could agree on.**

*Here's an idea, why dont the anti-union, or anti-ALPA proponents come up* with a "union" most pilots could agree on and start a drive!

Let's see how far that one goes!

IP: Logged |

[redacted]
Member
[redacted]

[redacted]

IM a non union guy, so it still is not helpful! And no, I really didn't notice much. Did you happen to see your number of posts vs. mine. Considering I've been here almost 3 years longer.... WOW! I guess I enjoy too many things outside of my work. Looking at your "stats", you ought to think about asking for your own forum though. Just a thought. The [redacted] forum!

Posts [redacted] | From: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]

posted 06-01-2002 10:01

quote:

CAL 0171

[redacted]

[redacted] Member [redacted]

Originally posted b[redacted]:
**IM a non union guy, so it still is not helpful! And no, I really didn't notice much. Did you happen to see your number of posts vs. mine. Considering I've been here almost 3 years longer.... WOW! I guess I enjoy too many things outside of my work. Looking at your "stats", you ought to think about asking for your own forum though. Just a thought. The [redacted] forum!**

[redacted]

I too am a non-union guy when it comes to SkyWest. If I was working somewhere else it would probably be a different story.
As far as the number of posts go.......I actually have a bit more free time than you do since I don't have to commute although many of my recent posts were directed at pushing SAPA towards getting a commuter policy. What can I say? I care about the company I work for and the people I work with.

Posts:[redacted] | From: [redacted] | Registered: **Aug 2000** | IP: Logged | |

Printer-friendly view of this topic **Hop To:** SAPA Forum Go

Contact Us | SkyWest Forums

SkyWestForums.Com is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.
© 2003 BoNo Communications
All Rights Reserved

UBB.classic™ 6.6.1

SkyWest Forums

my profile login | register | search | faq | forum home

Jump to new posts

» H[redacted] **SkyWest Forums » Flight Ops » SAPA Forum » To APLA with love!**

**Author** **Topic: To [redacted]**

[redacted]

posted 05-27-2002 12:48

Someone droped an ALPA card in my box the other day. Had no idea that we

**CAL 0172**

Avatar Image

Member

[redacted]

were in an ALPA drive again...Here is my position in this matter:
Three and a half years ago I drove 6 times from LAS to SGU to get an interview, it was in the middle of the summer with out A/C in my old car. Being from Europe where everything has a Union, I CHOSE Skywest because of the simple fact that there was no union. A family owned business that had a lot to offer. (Enzo Ferrari, Dr. Ferry Porsche had a similar dream 65 years ago...)but that's not the issue. The issue is this: NO MATTER HOW BIG SKYWEST WILL GET, IT WILL ALWAYS BE A SMALL COMPANY. A company being run by a family, a family business that is doing the best they can and in my opinion they have succeded. A Union in Europe is mandatory to protect you from Government owned airlines and their CEO's. When the government changes every four years, so do the CEO's.
To ask for a union here in an insalt to the face of this family. It's like telling them that they don't know how to run their business and we need help from the outside. ALPA is made for Delta and United, the majors, not the Regionals like us. We are doing REALLY good under the circumstances. We have been the first one's to try new things, new markets, and the response has been good so far. What I would like to see is this: Create a National Organization, the equivelant of ALPA for the Regionals only. Let's be the first ones to attempt the big step. I think we have the man power to investigate if something like this is even possible. I would also like to see a Legal Department, I went through our telephone book and found every department, but Legal. It would be nice knowing that if that time ever comes we are been taken care off by "company employees" and not someone from the outside.
If you have seen the worst, had to learn a completely new language, leave your family overseas and come to work for a place that reminds you of home, then you would understand how lucky you are, having a work enviroment like the one we have.
That's my humble opinion, and you all know what they say about opinions...My ALPA card is in the "file cabinet"

[redacted]

Posts: [redacted] | Registered: **Nov 2000** | IP: Logged |

Andrew Callaway
Unregistered User

posted 05-27-2002 14:56

*"To ask for a union here in an insalt to the face of this family.* It's like telling them that they don't know how to run their business and we need help from the outside"

"What I would like to see is this: Create a National Organization, the equivelant of ALPA for the Regionals only"

Which is it?

IP: Logged |

[redacted]

Avatar Image

Member [redacted]

posted 05-27-2002 21:02

SAPA does it good with both the company and the pilots. By saying a "National Organization the equivelant of ALPA" all I mean is to show the rest of the regionals out there that we realize there is a problem with ALPA and us, the regional carriers, and step forward and lead the way, like we always have. Skywest is leading the way to show the Nationals that we have our own "deal" going on and we don't need them. Things work fine for us the way they are now amd again this is my opinion and my opinion only.

**CAL 0173**

Posts: **12** | From: **Hania, Crete** | Registered: **Nov 2000** | IP: Logged |

[redacted]

[redacted] posted 05-27-2002 21:18

Very well put [redacted] My thoughts exactly.

Member [redacted]

Posts: [redacted] | Fro[redacted] **..but livin' the good life i[redacted]** |
Registered: **Mar 2001** | IP: Logged |

[redacted]

Avatar Image

Member [redacted]

posted 05-28-2002 09:37

"I would also like to see a Legal Department, I went through our telephone book and found every department, but Legal. It would be nice knowing that if that time ever comes we are been taken care off by "company employees" and not someone from the outside."

[redacted] this would be fine if you were, say, an accountant, buyer, or manager. In those cases, you would be in one of 2 legal situations. First, you *might be named in some type of law suit against the company.* The company would be defending itself by defending you. The second scenario that I can think of is that you intentionally commit a white collar crime, such as embezzlement or fraud. In that case the company would dump you and you'd be on your own to defend against a criminal charge.

But, as a pilot, the situation is totally different. You may find yourself charged with a non-criminal violation of a Federal Regulation. That puts it in the realm of Administrative Law, a very different animal. In this case, the company will not necessarily be defending itself when it defends you. In fact, your interests and those of the company may well be mutually exclusive. Lots of possible scenarios come to mind. The last thing that you want as a pilot is to have a company lawyer represent you - there are just too many chances for conflict of interest and mingling of your legal situation with your employment situation.

I respectfully suggest that an independant 3rd party legal defense is vastly superior, even if it isn't free.

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]

Member [redacted]

posted 05-28-2002 10:04

> quote:
>
> Originally posted by [redacted]
> [QBI respectfully suggest that an independant 3rd party legal defense is vastly superior, even if it isn't free.[/QB]

As I've stated previously we can get a legal plan without joining ALPA. There are two ways we can accomplish this.

1. We identify the law firm(s) that we wish to retain and we simply have the company collect the fees and pay the firm like they do with any other benefit. The lawyers will not be able to discuss your case with mgmt without your knowledge.

2. We certify SAPA and they administer the plan by using a portion of our

CAL 0174

dues money to fund the plan.

Which method would you prefer?
I'm getting tired of guys using paranoia as a means of advancing the ALPA campaign. If we want a legal plan let's get a legal plan.
One other thought. Keep a NASA form handy. The FAA has the power to amend, suspend, modify, or revoke your pilot certificate if and only if the violation was deliberate and you forgot to file a NASA form. You will still have the finding within your record though.

Posts: [redacted] | From: [redacted] | Registered: **Aug 2000** | IP: Logged | |

[redacted]
Member
[redacted]

posted 05-29-2002 09:20

ALPA ain't the greatest thing on the planet. It may not be right for Skywest. You find it insulting to want to bring a union on the property given your idea that this is a "family owned" business. I find it insulting that pilots get reprimanded or fired without all the facts which forces the pilot to go to great expense and stress to get his or her job back.
We really do need something written that is legally binding and a large chunk of money to back that up.

Posts: [redacted] | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

Andy Callaway
Unregistered User

posted 05-29-2002 11:07

[redacted]

I find it insulting that we have pilots here who have the "as long as it is not happening to me" attitude!

*Good point though, but I doubt it will get across to anyone.*

Cheers,

IP: Logged |

[redacted]
Member
[redacted]

posted 05-29-2002 13:20

You guys are a scream, trying to re-invent the wheel!

Lots of whinning, but no action! Paper Tigers / Paper SIMS are great for knowing switch postions, but real flying is altogether a different animal!

Fact is we stopped being a "family" run business long ago! Fact, "politiaclly correct" and other forces at work today have cheapened the profession, irrespective of SkyWest. Like losing your 4th Amendment privileges? Fact, SAPA is a paper Tiger, they will admit to this themselves, and I know of several pilot defenses that were done by pilots other than SAPA Reps. While SAPA was ...... ?

Action gentlemen will win the day, not talk. You want a new regional only union for legal representation, then get about the business of doing just that and call the NMB!

Hey, what the heck do you find reasuring about being a non-union family

**CAL 0175**

business "at will" with no legal protection, employee!

SkyWest is a great company, but there is more than one way to the street!

Posts:[redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 05-29-2002 20:39

[redacted]

Posts: [redacted] | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 05-30-2002 11:00

I nominate [redacted] and [redacted] to get a Regional airline Pilots association off and running. You guys can plan on spending all your days off for the next three or four years camped out in crew lounges around the country trying to talk all the regional pilots into to giving up their contract, their legal protection, their merger policy, and everything that Alpa provides to come over and hook up with your new organization that has---nothing. No money, no lawyers, no contract experience.
You will also be doing this on your own dollar. Just a mass mailing to the Skywest pilots will cost you $600 to $700 bucks. Maybe you can get donations. Good luck. you won't be getting any of my money.

Posts: [redacted] | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 05-30-2002 11:42

> quote:
>
> Originally posted by [redacted]
> **We really do need something written that is legally binding and a large chunk of money to back that up.**

If we want that then why don't we seek a form of representation that pilots will accept. ALPA drives failed in the past and that was before all the problems that ALPA is causing for our fellow regional pilots. ALPA will fail again. Then it will be a couple of years before another union drive can take place.
*If you really want the union then find one that the majority of pilots can stomach.*

Posts: [redacted] From: [redacted] | Registered: **Aug 2000** | IP: Logged |

Andy Callaway
Unregistered User

posted 05-30-2002 12:47

> quote:
>
> **Just a mass mailing to the Skywest pilots will cost you *$600 to $700 bucks***

[redacted]

**CAL 0176**

That's a good one!!! Little do they know how long we have been trying to get an accurate address list!

Has it been 2 or 3 years now?

IP: Logged |

[redacted]
Member
[redacted]

posted 05-31-2002 13:00

[redacted]
Perhaps you could explain to those of us who are not as knowledgeable in this union stuff as you are exactly what are the "problems" that Alpa is causing for our fellow regional Airline pilots.
Thanks
green
Just looking to be enlightened

Posts: 22 | From: **santa clara, utah usa** | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 05-31-2002 15:53

[redacted]
You might want to speak personally with some of our former WestAir or TSA pilots to hear about their firsthand experiences with ALPA.
Then to get up to date on recent issues I'd suggest taking a look at the RJ Defense website.
Do you know anyone at Piedmont, PSA, or Allegheny? If not, try stopping by a Wal-Mart near their domiciles. You'll probably find some of those furloughed to make room for mainline pilots working there.
I know you might want to blame it all on the MEC's but I don't hear anyone from ALPA national voicing disappointment over how regional pilots are being furloughed so their mainline counterparts can stay employed.
One of the primary reasons for a union is to protect jobs. ALPA has chosen only to protect mainline jobs. It's quite understandable since they derive the bulk of their income from mainline pilots.

Posts: [redacted] From: [redacted] | Registered: **Aug 2000** | IP: Logged |

Andy Callaway
Unregistered User

posted 05-31-2002 16:57

[redacted]

I can't wait to hear this one again.

Honestly though, what did ALPA do to Westair pilots?

IP: Logged |

[redacted]
Member
[redacted]

posted 06-01-2002 06:33

[redacted]
I also would like to know exactly what happened at westair, but the problem is, other than [redacted] (who is a fine man by the way)(and a man with whom I have discussed this for several hours)
you can't find any Westair guys that were actually involved in Westair Alpa.
What you find are guys who are in a spittle emitting rage over how bad they

CAL 0177

got screwed but they either weren't there when it happened or they were not involved in Alpa so they are not quite sure what happened.

So why don't YOU tell us what happened at Westair. Tell us why Alpa didn't save Westair from [redacted] any more than it saved Eastern from [redacted].
Thanks green
P.S. As I reread this post it sounds to me sort of like I am trying to pick a fight. That is not the case. I have to go work so I don't have time to rewrite it.
fly brothers forever

Posts: [redacted] | From: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 06-01-2002 09:50

[redacted]
We have many pilots that have flown for other regionals that were represented by ALPA. Do you find it odd that none of them are clamoring for ALPA on the property at SkyWest? How come we never see a post stating something on the order of "we had ALPA at XYZ airlines and they improved.....yada yada yada."
There must be a reason that few or none who worked for an ALPA regional want ALPA here at SkyWest.

There are also broader implications to consider. If we do go ALPA how will our growth and expansion plans be effected? DAL and UAL seem to like the fact that we're not union. The more flying SkyWest gets assigned the quicker we move up the seniority list, upgrade, perhaps even find ourselves in 70 seaters, etc.
Do you really think that ALPA will improve our relationship with mgmt? Will ALPA really give us that much more bargaining power? Right now many of us are complaining about unannounced policy changes and reserve manning issues. Do you think none of that occurs at an ALPA carrier?

Posts: [redacted] | From: [redacted] | Registered: Aug 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 06-01-2002 10:46

Dear Andy (Callaway) [redacted]

I think that you both are fine aviators with valuable experience in the subject. However - your method for drumming support for ALPA is not the best. In fact, you might be driving the support away. Try a more positive approach instead. A good salesman will always give you all the positive aspects of their product intead of trying to point out the negative aspects of the competition.

Just some helpful ideas.

Posts: 954 | From: **Picturesque Gig Harbor, WA** | Registered: **Jun 2000** | IP: Logged |

[redacted]
Avatar Image
[redacted]

posted 06-01-2002 14:35

ALPA or no ALPA. I can give you an example of how ALPA helped us at WestAir. WestAir pilots were making considerably more money flying airplanes than Mesa(non-union) pilots were. The exact difference escapes me

**CAL 0178**

[redacted]

but it was about $10/hr difference. The day Mesa bought WestAir, they were compelled by law to acknowledge the ALPA contract and pay us our current wage including the scheduled pay raises. Had we not had a contract, all WestAir employees would have taken a huge pay cut overnight.

Mesa eventually became an ALPA carrier but their contract still reflected a lower pay rate / benefits level than our "old" contract. Since WestAir negotiated their contract with respectable leaders...the quality of that contract was much better compared to what we would have had had we waited and negotiated with [redacted]

Sales pitch for ALPA? Not really...more of a sales pitch for a contract. I guess the relevance of my pitch depends depends on how valuable you think SkyWest Airlines is and how attractive it is to potential buyers. Is it likely that we are sold sometime in the next 5 years? Who knows...when you figure it out, call me.

[redacted]

Posts [redacted] From [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 06-01-2002 21:31

> quote:
>
> Originally posted by Al Negron:
> **Dear Andy (Callaway)** [redacted]
>
> **I think that you both are fine aviators with valuable experience in the subject. However - your method for drumming support for ALPA is not the best. In fact, you might be driving the support away. Try a more positive approach instead. A good salesman will always give you all the positive aspects of their product intead of trying to point out the negative aspects of the competition.**
>
> **Just some helpful ideas.**

[redacted]

Go bang your head up against a brick wall for a few years and then we will see how positive you become......I don't think it's negativity.....I think it's frustration. These guys put there careers on the line to fight for something they feel will benefit the pilot group as a whole and that's a hell of a lot more than your SAPA rep can or will do....

Some Helpful Ideas for you [redacted]

ALPA IS RUN BY PILOTS FOR PILOTS. DECISIONS ARE DRIVEN FROM THE BOTTOM UP BY THE MEMBERSHIP AT EACH AIRLINE, NOT FROM THE TOP DOWN BY THE ALPA PRESIDENT OR OTHER NATIONAL OFFICERS. EACH PILOT GROUP DECIDES HOW IT WILL BEST CONDUCT ITS OWN BUSINESS, INCLUDING NEGOTIATING GOALS, OBJECTIVES, AND STRATEGIES. IT THEN UTILIZES ALPA RESOURCES AND EXPERTISE TO ACHIEVE ITS OBJECTIVES.

ALPA MEMBERS ARE ENCOURAGED TO BE ACTIVE PARTICIPANTS IN (key

CAL 0179

word)THEIR UNION; THEREFORE, ALPA OFFERS NUMEROUS TRAINING PROGRAMS TO DEVELOP SKILLS FOR VOLUNTEER POSITIONS. FROM THE MULTI-DIMENSIONAL DEMANDS OF LEADERSHIP POSTIONS TO THE TECHNOLOGICAL COMPLEXITIES OF WEB TRAINING, ALPA OFFERS SEMINARS AND CLASSES IN VIRTUALLY ALL AREAS OF SUPPORT FOR VOLUNTEER WORK.

.....Let's do a side by side comparison

ALPA Departments

1)Representation Department - ALPA's **professional** negotiators support every pilot group throughout the negotiations, including coordinating highly specialized resources.

2)Economic & Financial Analysis Department - ALPA is the only airline union that has a dedicated department of professionals whose function is to support members by thoroughly researching and analyzing all economic areas of their contract.

3)Retirement and Insurance Department - A primary benefit of ALPA membership is access to experts in the area of pilot employee benefits.

4) **LEGAL** - ALPA's legal Department is comprised of the best collection of laywers anywhere dedicated to the professional pilot.

5) **Communications** - Communications is fundametal to the successful operation of an individual pilot group, as well as the entire Association.

6) Crisis Support - ALPA is uniquely postioned to assemble the extensive resources required to wage all-out campaigns on behalf of individual pilot groups or the entire profession.

7)Engineering and Air Safety "Schedule with Safety" - For almost 70 years, ALPA has been instrumental in effecting safety improvements in every segment of commercial aviation.

8)Goverment Relations / Contigency Fund / Administrative support

COST.....JUNIOR RJ CAPT. approx $100 per month / 1200 per year TAX DEDUCTABLE.

SAPA

Does SAPA have departments? Who pays SAPA? Who does SAPA REALLY REPRESENT? What kind of training, background or resources do our SAPA reps have? Do we REALLY have a LEGAL plan? Does Jerry, Jim, or Brad really love me?

Gee, I guess SAPA needs a communications dept?

COST......$0....I guess you get what you pay for?

*IS ALPA THE END TO ALL OF THE ISSUES WE FACE ON A DAILY BASIS.....NO?* Is ALPA better than SAPA...You decide.....

---

Posts: [redacted] Registered: **Jun 2000** | IP: Logged |

**CAL 0180**

[redacted]

Avatar Image

Member [redacted]

posted 06-02-2002 11:27

[redacted]

I believe that [redacted] was trying to point out that it is the "aggressive" approach that some of you guys tend to use that may be driving people away. All of you are fighting for what you feel is right, and I commend you for that. It now just comes down to a matter of technique that you have to use with each person to help them understand the pros and cons of ALPA/SAPA, so that they may then be able to make an informed decision.

[redacted]

Posts: [redacted] | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]

Member [redacted]

posted 06-02-2002 11:32

For what it's worth... I believe whether you are for or against ALPA is a mute point. There are aspects of this union I dislike. Point is this, we are the odd man out. We're the largest unrepresented. Yea, great, phenomenal, what a tribute. I believe the day will come when we will collectively have to pay the price. I also believe that the junior folks here will pay the highest price. It will then be too late. Everyone thought the Titanic was unsinkable. What do I know anyway? I'm just a knucklehead whose been here for seventeen (17) years.

Posts: [redacted] | From [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]

Member [redacted]

posted 06-02-2002 16:03

> *quote:*
>
> Originally posted by [redacted]
>
> **[QUOTE]ALPA IS RUN BY PILOTS FOR PILOTS. DECISIONS ARE DRIVEN FROM THE BOTTOM UP BY THE MEMBERSHIP AT EACH AIRLINE, NOT FROM THE TOP DOWN BY THE ALPA PRESIDENT OR OTHER NATIONAL OFFICERS**

So I suppose all these regional ALPA members at all the USAirways and Delta regional carriers just decided out of the goodness of their hearts to voluntarily give up their jobs and seniority to make room for their furloughed mainlain brethren, and it had nothing to do with their "national officers" or the "ALPA president"?

ALPA is currently being sued precisely because it is abrogating its responsibility to protect the jobs of its regional pilots. All the other benefits you mentioned do absolutely nothing if you have no job anyway because it's been given away to other members of your own "union". And to add insult to injury, you get to pay dues for the privilege! That's representation? No thanks.

Posts: [redacted] | From [redacted] |
Registered: **Mar 2001** | IP: Logged |

**CAL 0181**

[redacted]
Member
[redacted]

posted 06-02-2002 23:59

"So I suppose all these regional ALPA members at all the USAirways and Delta regional carriers just decided out of the goodness of their hearts to voluntarily give up their jobs and seniority to make room for their furloughed mainlain brethren, and it had nothing to do with their "national officers" or the "ALPA president"?"

[redacted] it seems you've been drinking a bit too much of the davebenjamin kool-aid. Moving more toward something factual, I'd like to suggest that if your management elects to fly fewer airplanes, they will indeed furlough surplus pilots.

It is only because the Express pilot groups have collectively bargained contracts (by ALPA, btw) that their furlough was required to be accomplished in order of reverse seniority, not coincidently starting with furloughed US Airways pilots who had been hired at the wholly-owneds, after their own furlough. (Also in order of reverse seniority)

And as a Delta Connection Carrier enjoying 20+ units of RJ growth in the next few years, I have a hard time seeing how those ALPA bastards at Delta are holding US down, especially in the light of plans to furlough over 1200 mainline pilots. Comair and ASA I could see, but ONLY because they're represented by the same union.

Again, I point out that no regional carrier has voted to de-certify ALPA.

SkyWest didn't furlough any pilots over the last year simply because they needed us all to go fly. Or sit reserve. It had nothing to do with the size of their hearts, or how much [redacted] love us, only the size of their EPS goals.

There is no protection from market forces, and if your airline sucks enough to shrink or go out of business, you'll likey be out of a job. Nonetheless, being employed by a growing and profitable airline is job protection only according to [redacted] definition.

Just because everybody else is in a tight spot doesn't mean your own career is safe.

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 06-03-2002 09:48

> quote:
>
> Originally posted by preston davis:
> [QB
> [redacted] it seems you've been drinking a bit too much of the davebenjamin kool-aid. Moving more toward something factual, I'd like to suggest that if your management elects to fly fewer airplanes, they will indeed furlough surplus pilots.
>
> [redacted]

Preston,

CAL 0182

Perhaps Allen prefers my kool-aid to the ALPA grain alchohol.
Skywest prematurely retired 6 or 7 Brasilias in the wake of 9/11 raising reserve staffing at some domiciles as high as 100%. Management could have easily done a short term furlough and saved some money for the shareholders.
My contention was that we may not have been spared the axe if we had ALPA on the property. I think our management is wary of doing anything that would really encourage us to go union. Additional support for this argument is the fact that we were able to make the US Air scam go away with a simple vote. There is obviously no way of knowing one way or the other.
Allen worked for a unionized airline for several years. How many years have you put in at a union carrier?

Posts: [redacted] | From [redacted] | Registered: **Aug 2000** | IP: Logged | |

[redacted]
Member
[redacted]

posted 06-03-2002 10:27

> quote:
>
> HELLO, THIS IS THE ALLEGHENY MEC CODE A PHONE FOR MAY 30, 2002.
>
> THE DELAY IN RECORDING THIS ANNOUNCEMENT WAS DUE TO THE COMPANY'S MEETING WITH THE NEGOTIATING COMMITTEE YESTERDAY, AND A SUBSEQUENT MEC CONFERENCE CALL LAST NIGHT.
>
> THE MIXED MESSAGES SURROUNDING US AIRWAYS LETTER OF AGREEMENT / EXTORTION 81, CONTINUED TUESDAY MORNING, AT THE MAIN LINE ROAD SHOW HELD AT THE PHILADELPHIA AIRPORT MARIOTT. IN ATTENDANCE FROM ALLEGHENY WERE MEC CHAIRMAN [redacted], GRIEVANCE CHAIRMAN RICK O'LEARY, AND SEVERAL ALLEGHENY PILOTS, ALONG WITH SEVERAL HUNDRED AIRWAYS EMPLOYEES. THE HOUR LONG PRESENTATION, FOLLOWED BY A QUESTION AND ANSWER SESSION, WAS GIVEN BY AIRWAYS PRESIDENT AND CEO DAVID SIEGEL, WHO OUTLINED AIRWAYS' ABYSMAL FINANCIAL CONDITION AND IT'S OPERATIONAL DYSFUNCTION, PARTICULARLY WITH REGARD TO IT'S LACK OF REGIONAL JET FEED. [redacted]. OFFERED THE FOLLOWING STATISTICS REGARDING REGIONAL JET OPERATION BY AIRWAYS COMPETITORS. THESE NUMBERS REFLECT NOT ONLY CURRENTLY OPERATED REGIONAL JETS, BUT ALSO FIRM ORDERS FOR ADDITIONAL AIRCRAFT. CONTINENTAL EXPRESS: 374 DELTA: 930 AMERICAN AIRLINES: 393. AND US AIRWAYS, A DISTANT LAST, WITH ONLY 70 RJS CURRENTLY BEING FLOWN BY CONTRACT CARRIERS, AND IF LOA 81 IS EVER APPROVED BY THE ALPA PRESIDENT, AN ADDITIONAL 70 RJS WHO'S OPERATORS REMAIN UNKNOWN, HOWEVER MR. SIEGEL STATED THAT IT WAS HIS DESIRE TO PLACE THEM AT POTOMAC, AND STAFF THEM WITH AIRWAYS FURLOUGHEES.
>
> AT THE START OF THE QUESTION AND ANSWER SESSION THAT FOLLOWED THE PRESENTATION, [redacted] EXPRESSED HIS DISPLEASURE AND DISAPPOINTMENT, REGARDING COMMENTS [redacted] HAD MADE AT PREVIOUS ROAD SHOWS,

**CAL 0183**

WITH REFERENCE TO THE WHOLLY OWNED PILOTS ABILITY TO OPERATE REGIONAL JETS, AND THE SUPPOSED TECHNICAL SUPERIORITY OF AIRWAYS PILOTS. HE WENT ON TO GIVE THE ROOM AN OVERVIEW OF THE NEGATIVE ASPECTS OF LOA 81, AND WHY IT WAS UNFAIR TO THE ALLEGHENY PILOT GROUP. IN RESPONSE TO A QUESTION POSED TO HIM BY [redacted], [redacted], CHARACTERIZED PIEDMONT'S COUNTER OFFER TO LOA 81 AS QUOTE: INADEQUATE, UN QUOTE, AND STATED THAT AIRWAYS HAD COME CLOSE TO MAKING A DEAL WITH PSA, HOWEVER THEY DIDN'T QUOTE: DELIVER WITH RATES END QUOTE, AND HE CHIDED ALLEGHENY FOR REFUSING TO EVEN COME TO THE TABLE. [redacted] THEN MADE IT CLEAR TO [redacted] THAT THE ALLEGHENY MEC HAD MERELY REJECTED LOA 81 IN IT'S CURRENT FORM, AND IT WAS NOT OPPOSED TO COMING TO THE TABLE WITH ALL OF THE PARTIES INVOLVED, IN AN EFFORT TO REACH A FAIR AND EQUITABLE SOLUTION TO THE JETS FOR JOBS PROGRAM, BUT TO SIMPLY BE PROVIDED A DOCUMENT AND TOLD TO TAKE IT OR LEAVE IT, WAS, AND IS, ABSOLUTELY UNACCEPTABLE.

OTHER AIRWAYS WORK GROUPS TOOK THEIR TURN QUESTIONING [redacted], EXPRESSING THEIR DISPLEASURE WITH PROPOSED PENSION CUTS TO CURRENT WORKERS AND RETIREES. [redacted] WAS ASKED BY A RAMP EMPLOYEE WHAT AIRWAYS MANAGEMENT'S FINANCIAL PARTICIPATION IN THE CONCESSIONS WOULD BE, AND HIS RESPONSE WAS MET FIRST, WITH JEERS AND BOOS, THEN THE WALKOUT OF 60 DISGRUNTLED EMPLOYEES. LATER AS THE MEETING ADJOURNED, [redacted] WAS ASKED WHY HE WOULDN'T SIMPLY ADD MORE THAN 70 ADDITIONAL RJS, TO WHICH RESPONDED: QUOTE: "THAT'S ALL THEY'LL LET ME HAVE" END QUOTE, (A REMARK WHICH CUTS TO THE CORE OF THE PROBLEM AT AIRWAYS: SCOPE LANGUAGE, DESTRUCTIVELY EMPLOYED, HAS BROUGHT THE COMPANY TO IT'S KNEES.) THE PHILADELPHIA INQUIRER RAN A STORY ON THE PHL MEETING IN IT'S MAY 29TH EDITION'S BUSINESS SECTION, WHICH MAY BE ACCESSED ON LINE AT WWW.PHILLY.COM.

IT IS IMPORTANT TO RECALL THAT AIRWAYS FIRST LOA 81 RELATED OFFER, WHICH REQUIRED THAT 100% OF NEW RJ JOBS WERE TO BE GIVEN TO AIRWAYS FURLOUGHEES, WAS MADE TO ANYONE WHO WOULD LISTEN; FROM THE WHOLLY OWNED SUBSIDIARIES TO THE CHEAPEST NON-UNION CARRIERS, AND WAS SOUNDLY REJECTED. DEVOID OF ANY REGARD FOR THE QUALITY OF JOBS THEY APPEARED TO ATTEMPT TO SECURE, THE AIRWAYS MEC AND NEGOTIATING COMMITTEE MADE THE ROUNDS. CONTRARY TO ALPA NATIONAL'S STATED GOAL TO RAISE THE BAR OF WAGES AND BENEFITS, THEY OPENLY SOLICITED CARRIERS WITH THE WORST PAY SCALES AND WORK RULES IN THE INDUSTRY. NEXT WAS THE 50% PLAN, WHICH MET THE SAME FATE.

A NUMBER OF WEEKS AGO, LOA 81 SURFACED AGAIN, THE ONLY SUBSTANTIVE DIFFERENCE BEING, THAT THIS TIME IT HAD BEEN ALLEGEDLY SIGNED BY AIRWAYS MANAGEMENT, AND THE AIRWAYS NEGOTIATING COMMITTEE, YET NO ONE HAS BEEN ABLE TO PRODUCE A COPY OF THE DOCUMENT.

**CAL 0184**

NOW TO REPORT ON THE EVENTS OF YESTERDAY'S MEETING WITH THE COMPANY. MEC CHAIRMAN [redacted], THE NEGOTIATING COMMITTEE, OUR ALPA ATTORNEY AND ALPA FINANCIAL ANALYST, MET WITH ALLEGHENY PRESIDENT KEITH HOUK, DIRECTOR OF FLIGHT OPERATIONS [redacted], AND THE COMPANY ATTORNEY, AND WERE PRESENTED WITH A NUMBER OF PROPOSED CONCESSIONS. CONCESSIONS THAT ALLEGEDLY REPRESENT OUR SHARE OF THE COST SAVINGS WE ARE TO BEAR, TO AID IN THE MAIN LINE'S APPLICATION FOR A $1 BILLION DOLLAR FEDERAL LOAN.

THE COMPANY'S PROPOSAL SUGGESTS THAT WE AGREE TO IMMEDIATE REDUCTIONS TO OUR CURRENT DASH EIGHT PAY SCALES, REDUCED 401K PARTICIPATION BY THE COMPANY, FREEZING OF THE PENSION PLAN, THE REDUCTION OF OUR CURRENT PER DIEM RATE, THE REDUCTION OF OUR CURRENT SICK LEAVE ACCRUAL, AND AN INCREASE IN HEALTH PLAN PREMIUMS. THE EXACT NUMBERS OF THESE PROPOSED GIVE BACKS MAY BE OBTAINED FROM YOUR LOCAL COUNCIL REPRESENTATIVES.

OUR REQUEST FOR ALL OF THE FINANCIAL DATA RELEVANT TO ALLEGHENY AIRLINES INC, HAS YET TO BE HONORED. UNTIL SUCH TIME THAT WE HAVE AN OPPORTUNITY TO EXAMINE THAT DATA, THE MEC CANNOT CONSIDER ANY PROPOSAL.

LOCAL COUNCILS WILL BE HOLDING INFORMATIONAL MEETINGS IN THE NEXT DAYS AND WEEKS TO ADDRESS THESE ISSUES. BE SURE TO CHECK THIS HOTLINE FOR THE LATEST INFORMATION.

COMAIR HAS IMPLEMENTED A PREFERENTIAL INTERVIEW PLAN FOR FURLOUGHED ALG PILOTS. CHECK OUR WEBSITE FOR APPLICATION DETAILS. THE MEC WISHES TO THANK COMAIR MEC CHAIRMAN [redacted] AND THE ENTIRE COMAIR MEC FOR THEIR CONSIDERATION.

---

Posts: [redacted] From: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]

Avatar Image

Member

[redacted]

posted 06-03-2002 15:06

[redacted]

Com'on... do you really think that we're all that gullible?? How much of a cost savings is there for this or any other company to furlough pilots, and to subsequently have to train them again to come back on line? I'm neither pro, nor anti union at this time. What really irks me is when someone gives only half of the information. It sort of follows the saying that figures don't lie, but liers can figure.

Enjoy your kool-aid or grain alcohol, or whatever your pleasure may be.

[redacted]

---

Posts: [redacted] From [redacted] | Registered: Jun 2000 | IP: Logged |

CAL 0185

[redacted]
Member
[redacted]

posted 06-03-2002 20:41

Posted by davebenjamin:
[redacted] worked for a unionized airline for several years. How many years have you put in at a union carrier?"

Actually, [redacted] that'd be more than one, at Air Midwest. Nice try, though.

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged | |

[redacted]
Member
[redacted]

posted 06-04-2002 10:48

> quote:
>
> Originally posted by Bart Wensink:
> **Dave,**
>
> **Com'on... do you really think that we're all that gullible?? How much of a cost savings is there for this or any other company to furlough pilots, and to subsequently have to train them again to come back on line?**

So then why all the furloughs? Look at Horizon which is already beyond 9/11 flying levels but something like 70 pilots on the street. UAL has had to cancel flights because they furloughed too many. Do you think furloughs were not discussed by management here? Ask your chief pilot.

I find it interesting that airlines like SkyWest and Southwest that have never furloughed a pilot are non-ALPA.

[redacted]

Posts: [redacted] | From: [redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 06-04-2002 13:05

> quote:
>
> Originally posted by [redacted]
>
> > **quote:**
> >
> > **Originally posted by [redacted]**
> >
> > **[QUOTE]ALPA IS RUN BY PILOTS FOR PILOTS. DECISIONS ARE DRIVEN FROM THE BOTTOM UP BY THE MEMBERSHIP AT EACH AIRLINE, NOT FROM THE TOP DOWN BY THE ALPA PRESIDENT OR OTHER NATIONAL OFFICERS**
>
> **So I suppose all these regional ALPA members at all the USAirways and Delta regional carriers just decided out of the goodness of their hearts to voluntarily give up their jobs and seniority to make room for their furloughed mainlain brethren, and it had nothing to do with their "national officers" or the "ALPA president"?**

[redacted]

CAL 0186

**ALPA is currently being sued precisely because it is abrogating its responsibility to protect the jobs of its regional pilots. All the other benefits you mentioned do absolutely nothing if you have no job anyway because it's been given away to other members of your own "union". And to add insult to injury, you get to pay dues for the privilege! That's representation? No thanks.**

Well [redacted], as usual folks that bad mouth ALPA only have half the story if that much! I have talked to [redacted] at length on the phone and to [redacted] at length about this regional airline pilot issue. I have asked both gentlemen about forming a new union for regional pilots and both have said they are not interested! They cannot match the resources and gain back the ground they might lose by joining such a union even if they could get their Comair membeship to accept it!

[redacted] and the RJDC are working within the ALPA Constitution and By-Laws to affect change and resolve the differences between "major" airline pilots and "regional" airline pilots. ALPA works period, no if ands or butts about that fact! Witness 70 + years of success, and the great contracts in place at the majors, and the ground be gained at the regionals. Can you find non-involved pilots at ALPA carriers both major and regional that don't like OR understand what unions are and ALPA in particiuar, ..... yes! Does that mean we can't benefit from ALPA membership,........NO!

I cannot understand with all the negative pressure on our profession why any thinking pilot would reject such a great tool for protecting their job and family's welfare! Sure ALPA is not perfect, yes they have made mistakes, but so have many Presidents, and this great nation! Does that mean that you go join al Qaeda?

Simply put ALPA provides us with the "legal" tools, for us to unite and collectively watch each others backs. Concrete mutual support gentelmen! The legal ability to solve our own labor problems, enter into legal agreements with other pilot groups, and have and hold a legally binding contract with SkyWest. We woud have the ability to help affect change in the industry and add our voices to those of our fellow airmen around the world.

Should a group of you decide however that you want to form a new union, then get busy! Stop talking and take action! I am sure that you can count on advice & information from myself and from anyone else on the former ALPA Organizing Committee. You'll probalbly have to form a turst fund or something and ask for money from the pilot group to move things along, for as [redacted] said it takes money and a good accurate address list to even begin the process. I wish you luck, for if your efforts help us to unite and function as brothers instead of the separatist attitudes that prevail now then I would be 110% for it!!

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted] Member

posted 06-04-2002 13:11

One more thing.

The problem isn't with ALPA national it is with the rank and file pilots at ALPA

CAL 0187