[redacted]

carriers, that have some kind of eletist attitudes once they become major airline pilots. SInce they do set ALPA tone and policy we have to win their hearts and minds by sitting across the table from them and getting to know them and they us! The politics of inclusion works much better, and there is much less carnage involved!

Oh [redacted] you have to understand that Alleghany at least has the legal ability to deal with their problems, we do not!

Dave, the reason for the no furlough at SkyWest is because we are taking other's route so to speak. One also has to remember that there was a plan to furlough all the CA pilots at SkyWest in the months just before UAL sturck the UAX deal with SkyWest. The concerted effrot of ATA members to break unions, if sccessful, will only wreak havoc and carnage on airline employees. Just like de-regulation did. The unions made the adjustments, and airline managments continue to try and destroy labor. This divide and conquer method works eventually if we let them.

Why managements view labor as the enemy escapes me! The two parties should respect each other and go arm in arm to build and better future, but they don't. The rich simply do not want to share and recognize that without labor there is no capital, and the only way to make us work for nothing is to take away our freedom and ability to refuse to work for nothing. Many mining companies did that in the past, and even some airlines tried just that in the 20s & 30s. Take a look at Century Airline with [redacted] at the helm, or [redacted] with [redacted] replacing long term employees with minimum wage employees (which is basically working for nothing). Yeah this may be 2002, but the old class war rages on with various smoke screens thrown up for good measure to misdirect our attentions. Pending bad economy? Throw in some war on terrorists. Labor getting uppity thrown some polically correct mumbo jumbo out there, and force people to think in a certain way. That sounds like pre-war Germany!

Isolationist policies have never worked, except for the Swiss since they don't have much in the way of resources except secret bank accounts, so why do we think that we can bar the door and remain safe in such a dynamic industry?

---

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 06-05-2002 09:59

---

Hey this is fun!!
Thanks to [redacted] for giving us some factual info concerning Westair.

Sorry [redacted] if I come on to strong, all I am looking for is facts concerning the Westair deal.
Not emotion.

Now there seems to be a huge misunderstanding of what Alpa does and does not do. I am going to try to explain it but keep in mind, I'm a moron.

There has been a tendency on these forums to blame the MECs of the major airlines for being the bad guys of the industry. You would think these guys wield huge power over us little regional guys. So lets play guess the bad guy.

Each Alpa pilot group is certified by the NMB. That gives them the authority to

CAL 0188

negotiate a contract with their own management. Period. Thats it. They will negotiate into their contract whatever they feel is necessary to deal with their management. If they feel like they need to address retirement they will focus on that. If its money issues they will focus on that. If their management has a history of trying to go around the pilot contract and hire cheaper pilots they will go for a scope clause to prevent the company from outsourcing their flying. You will notice that Airlines that have a long history of screwing their work force have much more restrictive scope clauses (United, USair).
as opposed to somebody like Delta who had an excellent relationship with their management until pilot hater [redacted] took the helm in the 90s and then the Delta pilots began to learn about the greedy side of the industry.

So each pilot group has a contract with its own management,
Delta Alpa with Delta
United Alpa with United
USAIR Alpa with USair

Now as a side benefit with Alpa membership you also get some additional benefits provided simply because of the buying power. Legal, insurance, medical, retirement etc.

Now, the contracts that major airlines sign with its code share partners are not the same contracts that the Airline signs with its pilots.
When Delta signs a code share agreement with Skywest that is absolutely, totally outside the realm of the pilot contract.

So heres the sitation.

Piedmont Alpa has a contract with Piedmont, not USair. Because piedmont management has elected to code share with USair that means the Piedmont pilots have been placed; by their own management, under the scope clause at USair.
So when the order comes down to put USair pilots in those jets, the order is not coming from the USair Mec. He has no control over Piedmont, his contract is with USair. The order to put USair pilots in those planes is coming from management at USair and its being carried out by Piedmont management.

If Delta or United comes to Skywest and says we want our pilots to fly your planes or you lose your cushy codeshare.
Who flys and who cleans urinals at Walmart?

Sold out by those who love you.

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 06-05-2002 11:54

[redacted]

Will you agree that USAir MEC was one of the parties that agreed to loosen scope on USAir if AND ONLY IF USAir pilots would be in the additional jets? That was NOT a unilateral decision of US Airways management. Had it been just US Airways making the decision, wouldn't they have chosen the cheaper labor force available at the wholly owneds?

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

**CAL 0189**

[redacted]

Member

[redacted]

posted 06-05-2002 14:42

Well, as usual, this thread has taken on the hostile, name-calling tone that has become so prevalent among ALPA proponents -- so I'll just bow out before someone slashes my tires while they're at it.

I've worked at and been around an ALPA carrier for nearly five years and I saw first-hand the lack of protection it provided to that particular regional carrier. It may be a good deal for a major airline, but not for the regionals: they will always pay the price in terms of jobs and salary, as the RJDC situation clearly demonstrates to any "thinking pilot", as one previous poster so aptly put. ALPA may provide "legal tools" to the majors, but those same tools don't seem so effective at the regional ALPA carriers, do they? And yes, I too have spoken at length to pilots at several ALPA regionals and none of them are too happy with their prospects for "protection" from their major partners.

As for those of us who "bad mouth" ALPA, we don't know what we're talking about do we? Whatever. I'm sure you know best, as usual.

"Separatist"?? That accusation is the most ludicrous of all (except perhaps the Al-Qaeda comparison), seeing as we can't "separate" from something we're not affiliated with.

This company has a 30-year non-union history of dealing with its employees in a fair, equitable and respectful manner -- and I have absolutely no reason to believe it's going to change. And if we should lose our "cushy codeshare"? I'm sure it won't be the end of the world; SkyWest has plenty of opportunity available to it and we'll survive. We don't need ALPA to make it.

It's truly sad that some folks can't tolerate a dissenting opinion without resorting to personal insults, so I'll leave you to it. Have fun.

Posts [redacted] |
Registered: **Mar 2001** | IP: Logged |

[redacted]

Member

[redacted]

posted 06-05-2002 16:15

[redacted]

Aside from those of us that publicly voice our opinions for or againts, there's a lot of silent readers (the majority of the pilots here at Skywest) who agree with your opinion. Just look at the polls posted here.

I don't hold any grudge againts those that are pro-ALPA because I highly respect them even if we have differing opinions. Most of them are part of the organizing committe and it's their job to impart those ideas on us. It's OUR job to research and learn more about (good and bad) ALPA.

IMHO ALPA is not regional airline friendly at this time because the majority members (major airline MEC's) are in a self presevation mode. Right now THEY are using all of the tools available to them to save their jobs and return their peers back to work. Nothing wrong with that!! The problem is that this is a "dog-eat-dog" time.

Done.

Fire away!!!!

CAL 0190

[redacted]
Member
[redacted]

Posts: 954 | From: Picturesque Gig Harbor, WA | Registered: Jun 2000 | IP: Logged |

posted 06-05-2002 21:14

This thread is becoming more and more like wrestling with a pig in the mud. Below is posted a thought provoking commentary from [redacted] and the RJDC. It was written in response to the question - "Would SkyWest pilots joining ALPA help or hinder the RJDC?"

[redacted]

The ASA and Comair pilots have serious disagreements with ALPA's leadership concerning the practice of predatory mainline bargaining and the harm that inflicts upon the "regional" members of ALPA. Since the mission of the RJDC is to compel ALPA to uphold its legal obligations to the ASA and Comair pilots, we believe that taking positions "for" or "against" unionization or affiliating with ALPA to be outside of the "scope" of our mission (pardon the pun).

While the ASA and Comair pilots would certainly welcome the SkyWest pilots into the ALPA fold, the decision to unionize and/or affiliate with ALPA should be based upon your needs as a pilot group, and not whether youbelieve your affiliation with ALPA would help or hinder the effort of ALPA's other members to address the union's problems. The RJDC has received numerous inquires from other pilots and pilot groups wondering if (1) they should unionize, and (2) whether they should affiliate with ALPA. These are very serious questions that must be decided by the affected pilot group after weighing their needs and evaluating all the relevant factors.

With that said, our advice is to consider each question separately.
The first question is whether or not you need the tools that unionization offers and the second question is deciding which "brand" of union you should purchase.
On the first question, the RJDC's leadership has been active in various union leadership positions. My background is ALPA air safety work and [redacted] (ASA) served two terms as Master Executive Council Chairman for the entire ASA pilot group. Given our backgrounds, we're not anti-union and we recognize the many benefits union membership has to offer.
Likewise, we've seen the failures of unionization first hand as well.
As for which brand of union to consider, there are many different opinions on that subject. An in-house union has the luxury of only being responsible for the needs of one pilot group and all dues moneys are collected and spent locally. However, in-house unions typically don't have the resources of a national organization to draw upon. Two examples to consider would be the *Allied Pilots Association (American)* and the *Southwest Pilots Association* (SWPA). From what I hear from friends at Southwest, the SWPA meets the needs of the Southwest pilots, but on the other hand, the APA is technically bankrupt and is seriously considering re-affiliating with ALPA.
As for joining ALPA, that's a very difficult question. As we've said before, ALPA's support of mainline predatory bargaining has created a serious conflict of interest for ALPA and it will have to be resolved.
ALPA's support and negotiation of the "Jet for Jobs" protocol is a sad commentary on the prevailing views within ALPA of "regional" flying and the pilots who depend upon it for their livelihoods. Whether ALPA is earning

CAL 0191

its keep at ASA and Comair is often the subject of debate, however, it's the RJDC's position that leaving ALPA would not fix the scope problem and our leaving would actually aid the mainline interests in their efforts to engage in predatory bargaining.

To sum up this e-mail, all I can say is that the SkyWest pilots are faced with some very difficult questions and your decisions should be made only after considering all the relevant facts. If the SkyWest pilots wish, the RJDC leadership can attend one of your pilot meetings in the future and answer your questions in person. Until then, feel free to drop us a note anytime.

Sincerely,

[redacted]

P.S. Feel free to post or forward this message.

Posts: [redacted] | Registered: Aug 2000 | IP: Logged |

[redacted]

posted 06-07-2002 18:33

> quote:
>
> Originally posted by [redacted]
>
> **Will you agree that USAir MEC was one of the parties that agreed to loosen scope on USAir if AND ONLY IF USAir pilots would be in the additional jets? That was NOT a unilateral decision of US Airways management. Had it been just US Airways making the decision, wouldn't they have chosen the cheaper labor force available at the wholly owneds?**

[redacted]

Wha[redacted] is saying is that a code share agreement is sought and singed by the regional airlines not the regional pilots. The regional pilots are included in scope situations not of their chosing by default. USAir management was looking to appease the USAir MEC and get around scope. The price of the labor is only part of the equation. Maybe you know what they were going to pay the diplaced USAir pilots, I don't, so maybe it was/is a factor here and maybe not.

In USAirs case or in any major airline pilot groups case, the MEC of that group will seek a way to represent their pilots in the best way they possibly can. Should they be able to procure seats at the regaionals for furloughed pilots then that is what they will do. We would do no less! We could have agreed to the USAIR proposal IF we had had a way to negotiate the deal ourselves without management involvement except to make stipulations on the terms that SkyWest would hire furoughed pilots. We could have helped

CAL 0192

those pilots out only under our terms not theirs. The USAir MEC tried to end run around us because we are not union and not ALPA.

We were fortunate that our management really did not want the deal and looked to the pilot group to kill the deal. The USAir deal had negatives to it that SkyWest did not like and simply got us t kill the deal to save face with USAir management in case of future deals.

The only thing anyone needs to understand about scope clauses in any airline pilot contract is that because of lessons learned in the past (read Flying the Line I & II) ALPA seeks to protect the flying jobs of its pilots with legal language negotiated and agreed to by BOTH management and the union. Scope is never specifically directed at any other pilot group. Scope is just a way to help keep jobs. We would and may do the same thing.

The rich and powerful have always used the law & lawmakers to get their way. They would force us to work for zero compensation if they could. Strong scope helps unions prevent that from happening by thowing up legal road blocks inthe way of management that seek to errode the job improvements that have be negotiated for over the years. Airline Managements have always been able to work with ALPA when they really need relief from any or all aspects of an ALPA contract in bad times. Witness UAL & DAL. Both pilot groups gave back concessions to help their respective carrier through hard times in the last ten years and all through their histories. The qualifier is that with a contract and especially with an ALPA contract, ALPA MEC get to set the terms under which concessions are made.

So again I put it to this pilot group, when are we going to buy the policy!?

---------------

Here is another from [redacted]

[redacted]

The thought of a new union is a frequent subject. While ALPA deserves to be fired, we are opposed to any sort of decertification for the simple reason that it would not address the scope issue. Whomever negotiates scope with the parent company will call the shots. If we were to decertify ALPA, then they would have no legal obligations to the "regional" pilots and they could negotiate whatever scope they wanted.

This is the situation at Alaskan (Horizon) and American (American Eagle). Because of their economic clout, the mainline pilots negotiate scope with senior management and the "regionals" get to bargain for the leftovers. Eagle's situation is a prime example.

I get e-mail from time to time from "regional" pilots who say they don't have a scope problem. My standard response is that if another pilot group, or union, determines what aircraft your company can fly, how many they can operate, and were they can go, you have a scope problem.

But in any case, the key to "cracking the code" and resolving the scope problem is to legally compel ALPA to uphold their obligations to the "regional" pilots. When that happens, changes will take place, for the better.

Thanks

**CAL 0193**

[redacted]

---

Again the politics of inclusion is seen as the way to solve these issues.

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted] posted 06-09-2002 02:23

Member

[redacted]

Hi, My name's [redacted] and I worked for Trans States Airlines. Alpa improved pay and work rules for the pilots. Alpa provided mentors for all new-hire pilots. Alpa got at least one pilot that I knew of his job back when fired unfairly. Alpa provided assitance with legal issues, SAFETY issues, and work related issues. Yes, it could have been a lot better, the group is only as strong as it's MEC. An MEC drowning in a sinking ship is not the picture of health.

You ask if people think that ALPA will improve our relationship with mgt. No, but it does not necessarily have to destabilize our relationship either. In some cases it would actually finally provide a base line of rules that both sides realized were not to be messed with too much.

Do any of us think that pilots at other airlines aren't whining about work issues (that'll be the day..) :-) Of course they are, the BIG difference is that once you are past your probationary status in the union, you can actually say "NO" when asked to fly against your work rules without fear of retribution.

We ALL like to think of Skywest as one big "family", but how many of us know who the last person we talked to on the phone was, and how much do you really believe that they care about your carreer?.

I am not trying to tell you that I think you are wrong. I believe we work for the best regional in the country, but IT is changing, if we are unwilling to change with it we may not like the results in the long run. There are many of us that came from TSA and other airlines that were ALPA, I think that we are all Thrilled to be here, and I know of quite a few that are not against ALPA. (and not all in SLC, OK?).

Take Care, fly safe,
and remember...."DON'T MAKE ANY MISTAKES". :-)

[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted] posted 06-29-2002 09:25

To add on to wha[redacted] was saying above...

The MEC and the MEMEBERSHIP is only as good as the people that occupy

CAL 0194

Member # 2159

those positions. That said, here's my experience with ALPA-

I recently flew for American Eagle. Eagle is an ALPA carrier.

Enter "Sept 11th"... The plan comes up to furlough 100 pilots a month, after some initial cuts right off the bat (guys still in the schoolhouse). The cuts place me in the 3rd round of layoffs. Here I am sitting reserve, 150-200 guys out on the street, and the remaining pilots PICKING UP OPEN TIME!!! Company thinks, "hey, we don't need to recall, every trip is getting covered and in fact, we can furlough some more!!!"
Furloughs continue... The previous YEAR of hiring is now negated and where is our faithful MEC?!?!? Off getting our jobs back, right?
Wrong... they "stepped down". Just flat out disappeared. Hmmm....

Informal poll done by ALPA recently to see how many of the hundreds of furloughs will come back to Eagle - 12%.

*Post on an internet site in regards to a question as to why people won't go* back - An Eagle pilot with 2 years seniority is giving it all up to come here. To SKYWEST. Sounds like a hopeful situation over there, huh?

Now, the last thing I want to do is get on the "black list" that unions are so accustomed to before a union is even formed here. I just wanted to share my experience and why I am SOOOO in favor of a Regional Airline equivilent. Too many conflict of interest issues with a union that also takes dues from our major airline partners (who do you think pays more dues, us or the United membership?)

That said, I will be 100% behind the vehicle that COMPLETELY supports our issues and TRULY has our interests at heart. I just don't know if it exsists yet.

PS - In all this that is going on, PLEASE don't forget that we have the GREATEST job on the planet!!! You've got it good, whether it looks that way to you or not...

Posts: [redacted] | Registered: **Mar 2002** | IP: Logged |

Printer-friendly view of this topic

**Hop To:** SAPA Forum Go

Contact Us | SkyWest Forums

SkyWestForums.Com is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.
© 2003 BoNo Communications
All Rights Reserved

UBB.classic™ 6.6.1

CAL 0195

SkyWest Forums

my profile login | register | search | faq | forum home

Jump to new posts

» Hello, [redacted] out ]

SkyWest Forums » Flight Ops » SAPA Forum » Can Anyone Confirm or Deny This Practice?

**Author** | **Topic: Can Anyone Confirm or Deny This Practice?**

[redacted]
Member
[redacted]

posted 10-18-2002 15:15

I got feedback from some folks recently involved in the CRJ upgrade/qualification course. They told me there is at least one CRJ captain out there who is implying rather strongly that their ride home in the jumpseat is dependent upon them filling out a Certification Vote card. I found that hard to believe. Is this really going on out there???

This seems a pretty big abuse of authority and exceptionally coercive.

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
[redacted]ember
[redacted]

posted 10-19-2002 10:28

Andy,
It's a pretty sad state of affairs when we haven't even reached the point of a vote and the strong arm tactics and coercion have already begun.
The campaign has not started particularly well. The certification folks misappropriated the SAPA nametag and used pilot good will towards SAPA to enhance their efforts. It doesn't do much for credibility, does it?
Truth in advertising - it's not just for businesses.

Pos[redacted]) | Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-19-2002 11:27

Andy, I hope that is not happening. Of course that would do more damage than good toward certifying an in house union. Just out of curiosity have you ever seen instructors (ground/flight) extolling the evils of a union (certified SAPA, ALPA...) during required training? I hope that doesn't happen either, as it would also be an inappropriate venue for discussing ones personal opinions on such a sensitive subject.

Posts: 182 | From: **Probably airborne** | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-19-2002 13:36

When i was in upgrade several years ago during a prior union drive, a management representative spent a great deal of time in my class extolling the values of skywest and denigrating the benefit of a union to us.

CAL 0196

Posts:[redacted]Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-19-2002 17:32

Gee....I seem to remembe[redacted]coming to my initial class during the "GOOD" Alpa drive to tell me about the evils of a union.

Managment's been Union busting for years, to the point of not giving out current mailing list etc.

Posts: [redacted]Registered: **Jun 2000** | IP: Logged |

Andy Callaway
Unregistered User

posted 10-20-2002 01:19

I thought it was SAPA's position to remain NEUTRAL during an organizing drive?

Listening t[redacted]persuasion tactics makes us wonder who the current SAPA really represents!

IP: Logged |

[redacted]
Moderator
[redacted]

posted 10-20-2002 01:33

CPT Callaway:

[redacted] not a SAPA rep.

[redacted]

Posts:[redacted] Registered: **Jun 2000** | IP: Logged |

Andy Callaway
Unregistered User

posted 10-20-2002 11:05

Excuse me! One would think otherwise judging by the number of his posts on this subject.

IP: Logged |

[redacted]
Member
[redacted]

posted 10-20-2002 11:36

> quote:
>
> Originally posted by Andy Callaway:
> **Excuse me! One would think otherwise judging by the number of his posts on this subject.**

Since I may have to live with the results of a union for the next 22 years you can call me a concerned SAPA member.
If my views were in line with yours would you still comment about the number of posts?

Posts:[redacted]| Registered: **Aug 2000** | IP: Logged |

CAL 0197

[redacted]
Member
[redacted]

posted 10-20-2002 12:06

[redacted]

I was responding to [redacted] post...agreeing with his point. I Am not the Captain in question, however I have some ideas on who may be.....

The fact is personal views are not welcome at work. If someone bumped me off the jump for being pro-union, I would walk off the plane and call the MOD or Holt from the ramp.

This practice is just not happening. WE CAN'T EVEN BUMP A DELTA GUY OUT OF THE JUMP FOR A GOOD REASON.....What the hell makes you think we could bump a Skywest guy for a really stupid reason?? Captain discretion...my ass...you still have to explain yourself to someone!!

I personally have never bumped anyone out of the jump for any reason (including the United guy in flip-flops and the Delta Captain with a three-legged cat).

If you want to express views, do it here on the internet not in the cockpit.

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-20-2002 18:32

> quote:
>
> Originally posted by [redacted]:
> [redacted]
> **If someone bumped me off the jump for being pro-union, I would walk off the plane and call the MOD or Holt from the ramp.**
> **If you want to express views, do it here on the internet not in the cockpit.**

[redacted]

Looks like you and I are in agreement on this part.

Posts [redacted] | From: [redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-21-2002 07:37

[redacted]

I have not, in fact seen any ground instructor extolling the virutes of a union nor of a non-union environment. I have extolled the virtues of SAPA as providing a voice to the pilots. I have extolled management's committment to keeping pilot pay on the leading edge of the industry. I have observed that managment and SAPA seem to have a very successful history of working through policy disputes. I have expressed my union views OUTSIDE the classroom among my peers (not newhires).

I have NOT in any way implied (nor have I seen from any other instructor or managmeent representative) that a student's success in getting through the course had any link at all with their union views. I believe this is the critical

CAL 0198

difference in behavior here.

Posts[redacted]Registered: Jun 2000 | IP: Logged | |

[redacted]

Member

[redacted]

posted 10-21-2002 10:07

quote:

Originally posted by[redacted]

[redacted]

**I have not, in fact seen any ground instructor extolling the virutes of a union nor of a non-union environment. I have extolled the virtues of SAPA as providing a voice to the pilots. I have extolled management's committment to keeping pilot pay on the leading edge of the industry. I have observed that managment and SAPA seem to have a very successful history of working through policy disputes. I have expressed my union views OUTSIDE the classroom among my peers (not newhires).**

**I have NOT in any way implied (nor have I seen from any other instructor or managmeent representative) that a student's success in getting through the course had any link at all with their union views. I believe this is the critical difference in behavior here.**

I was fortunate to have[redacted] as my primary instructor in initial. I concur 100% with his statement regarding his conduct as an instructor.

Posts:[redacted]From:[redacted] | Registered: **Aug 2000** | IP: Logged | |

[redacted]

Member

[redacted]

posted 10-21-2002 14:54

It seems that there are a lot of brave comments and finger pointing going on. Don't you guys have families to attend to. Who[redacted]. you might want to check yourself into the internet-aholics center. You seem to have a lot of opinions on things you don't seem to know anything about. What kind of crap is it to point your finger at someone and partially accuse them of being the culprit of this topic. If someone is doing this they are going about it the wrong way and shouldn't be forcing someone to fill out a card. In any case why don't you just state your opinion and keep the finger pointing to yourself.

Whoa!

[redacted]

Posts[redacted] From:[redacted] | Registered: **Oct 2001** | IP: Logged |

[redacted]

Member

[redacted]

posted 10-22-2002 01:52

I do not beleive that anyone in this pilot group would deny a fellow pilot a jumpseat ride home because of his/her personal feelings or opinions. I think this story is most likely an exageration of what actually transpired and was posted on here to vilify this current drive.

CAL 0199

Peace
[redacted]

Posts: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-22-2002 07:34

That was not my intent. Perhaps those involved could step forward and tell us what REALLY happened. Would you agree that, IF it is as I had described, that it would be a breach of professional practice?

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-22-2002 09:42

[redacted] I know who you are and I believe you know who I am. I also believe that you already know my answer to your question. I will refrain from stating the obvious.

Peace
[redacted]

Posts: **532** | From: **Newport Beach CA 92663** | Registered: **Jun 2000** | IP: Logged |

Andy Callaway
Unregistered User

posted 10-25-2002 16:15

[redacted]

Have you ever considered that perhaps this "accuser", who I heard is a new hire, misinterpreted what this captain was saying, or implying?

I do not know anyone on the organizing committee that would resort to such tactics.

I am tired of hearing about fellow crewmembers being accused of alleged wrongdoings,incidents that never happened, or events that were grossly exaggerated and immediately being treated as though they are "guilty until proven innocent." (kd)

If this jumpseater had a dispute with a captain, then he should have discussed it right then and there to clear up any misunderstanding, rather than report back to management behind someone's back and jeopardize one's career.

IP: Logged |

[redacted]
Member
[redacted]

posted 10-25-2002 17:04

Hey!!! Let's just call this the [redacted]!

Posts: **74** | From: **Draper, Utah** | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-28-2002 06:40

[redacted]

CAL 0200

Yes, I have considered that this was an exagerration or a misunderstanding. That is why I presented it here, out of management's eyes, to get clarification from the pilot group. I am pleased to hear that the group consensus is that such action, if it were true, would consitute behavior beyond the limits of fair play and professionalism.

I have seen a lot of class behavior among the organizing committee on the current effort. Had they endorsed THIS ploy, they would have dropped considerably in my estimation. I'm glad this is not an accepted practice.

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

Printer-friendly view of this topic **Hop To:** SAPA Forum Go

Contact Us | SkyWest Forums

SkyWestForums.Com is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.
© 2003 BoNo Communications
All Rights Reserved

UBB.classic™ 6.6.1

SkyWest Forums

my profile login | register | search | faq | forum home

Jump to new posts

**» Hello,** [redacted] **SkyWest Forums » Flight Ops » SAPA Forum » SAPA Drive (Page 1)**

**This topic comprises 2 pages: 1 2**

| **Author** | **Topic: SAPA Drive** |
| --- | --- |
| [redacted] Member [redacted] | posted 10-22-2002 01:37 |

To my fellow Pilots.

We have received to date just over 500 petition cards. 90% of the pilots in SLC have returned signed cards. The problems we are experiencing are,

1) Managements reluctance to provide organizers with a pilot's mailing list.

2) A great number of pilots are unaware of this latest attempt to certify SAPA.

**CAL 0201**

3) Pilots on the west coast and [redacted] seem to have a problem locating the blank cards sent to them. Some how they mysteriousiy disappear. This is tragic since it prevents individual pilots from making their own decision. Unknown forces make this decision for them. This is worse than the [redacted] election fiasco.

We need key people from each of our domiciles to spearhead the distribution and collection of these cards. I realize that there are some of us who are steadfastly opposed to having legal representation for our pilot group. Personally, I am ok with that. My only wish is that the entire pilot group has a chance to decide for themselves. The only ways to make that happen is to fill out the cards and get this thing to a vote.

Try to ignore the subtle attempts being made on this board to vilify the organizers. It is fact that a lot of our supporters are ALPA advocates. These people have shifted gears and care more about unifying this pilot group than getting ALPA on the property. It is why they now advocate-certifying SAPA, an organization detached from ALPA, ran and funded by Skywest pilots with reps voted in by Skywest pilots. No longer will there be a question as to the allegiance of any SAPA rep. They would not be guaranteed 105 hours of pay per month as is now the arrangement they have with management. The reps will be funded by the pilot group and as such we expect them to represent us without prejudice and with vigor should the need arise. (Disclaimer) I am not suggesting that the current arrangement between SAPA and Management impedes their ability to represent our interests.

We need to mature as a pilot group, embrace each other and start looking out for ourselves. We need to control our own destiny. We should refrain from imposing on the generosity of our management group. They have more important things to worry about like keeping Skywest profitable. Not meddling in pilot business. So keep sending the cards in, if you can get your hands on one.

Peace

[redacted]

---

Posts: 532 | From: **Newport Beach CA 92663** | Registered: **Jun 2000** | IP: Logged |

[redacted]

posted 10-22-2002 06:52

[redacted]

Member

[redacted]

---

Several of us feel misled since you have usurped the SAPA name and the new organization will have no connection with the current SAPA.
Why not change the name to something like Regional Pilot Association and redo the cards so you will have a more legitimate organization?

---

Post[redacted] | Registered: **Aug 2000** | IP: Logged

[redacted]

Member

[redacted]

posted 10-22-2002 08:21

---

...but those of us who tend toward gathering facts before forming an opinion DON'T feel misled. Please carry on, Andy.

"Usurp" the SAPA name. Puh-lease.

---

CAL 0202

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged | |

[redacted]
Member
[redacted]

posted 10-22-2002 09:36

Dave we are not trying to misslead the pilot group as you so opined. I cannot understand how you or others could be confused since there were numerous posts by Phil explaining the fundamental aspects behind this drive. These posts coupled with David Cain's constant reminders that SAPA as we know it today is not behind this drive invalidates your claim.

Secondly, our attorneys see nothing wrong with using SAPA. We are calling this the way we see it. A legal representative body for Skywest pilots voted in by Skywest pilots. There is no patent to the name SAPA so we are free to use it.

Peace

[redacted]

Posts [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-22-2002 09:53

[redacted]

*So the insinuation is that folks like* [redacted] *and myself who have legitimate concerns about the effectiveness of a union here at SkyWest* **don't** *gather facts before forming an opinion?* No offense to you, but that kind of blanket assertion is insulting and untrue.

I'm still waiting for someone to explain simply and clearly how a union will make life here **specifically at SkyWest Airlines** better than the current arrangement we have, and will justify the paying of dues for something that will be completely ineffective at this carrier as long as our management is beholden to codeshare partners for our routes, seats, and jobs. If United and/or Delta decide to stop doing business with us, how will a union protect us against that? United has closed stations in Yakima and Bellingham WA, among others. How would a SkyWest union have prevented the loss of those routes? We've been very fortunate to avoid furloughs due to the flexible nature of our company.

If it's job protection that most guys are concerned about, then I might ask why ALPA with all its financial resources and political clout hasn't been able to do squat for the furloughed pilots it represents. There are pilots at United, Delta, and USAir (to name a few) who are on furlough and were paying dues for the privilege. If a major national airline union with the financial and legal resources of several flagship airlines' pilots does not have the power to do anything except grieve a violation, how will this new SAPA with the limited resources of about 1200 pilots be any more effective?

I know I can expect flames for this post, but these are legitimate concerns, and those of us who share them will not be silenced through intimidation, bullying, or insults. We are not anti-union; I myself have worked at a union carrier, but we were dealing directly with those whose decisions affected our jobs, not a codeshare partner who made the decisions. We want to be convinced why this proposed arrangement, which I suspect will cost much more than expected while doing nothing but locking us into an unflexible,

CAL 0203

counterproductive relationship with management, is such a panacea for SkyWest Airlines pilots.

Respectfully,

[redacted]

Posts: [redacted] | Registered: Mar 2001 | IP: Logged |

[redacted]
Member
[redacted]

posted 10-22-2002 10:20

[redacted]

True the intent to mislead the pilot group might not be there.

> quote:
>
> I cannot understand how you or others could be confused since there were numerous posts by Phil explaining the fundamental aspects behind this drive. **These posts coupled with [redacted] constant reminders that SAPA as we know it today is not behind this drive invalidates your claim.**

It amazes me the number of pilots that do not access this site. Unfortunately for them and us, they are not getting accurate information. Whether it is pro or con union.

[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 10-22-2002 11:57

[redacted]- As you may have noticed I have refrained from entering the fray on this subject for some time. However, the time has come for me to step up to the plate. In your latest post you stated "It is fact that a lot of our supporters are ALPA advocates. These people have shifted gears and care more about unifying this pilot group than getting ALPA on the property. " I find this very hard if not impossible to believe. This is only a back door approach to ALPA. Let's run the trap line. SAPA gets voted in, SAPA finds that they don't have the $ or enough lawyers to negotiate a proper contract. What's the next alternative? Why ALPA of course! "Unifying" the pilot group is just a codeword for union representation. Who are they going to represent? They certainly won't represent the pilots who don't want a union. They will only represent the pilots who do. So much for unification. If the vote comes down on the union side I will do everything I can to prevent the taking of union dues from anyone who doesn't want to join the union. You guys have never represented me and never will.

Posts: [redacted] Registered: Jun 2000 | IP: Logged |

[redacted]

posted 10-22-2002 12:03

Bottom Line:
We vote the union in and we are stuck with our current contract until a new one is in place.

CAL 0204

[redacted]
Member
[redacted]

Realistically this could take years. I can assure you that mgmt will drag out the process.

What makes any of you union advocates expect that you will be able to negotiate a better contract than we have right now? Our current work rules and pay were negotiated when the industry was booming. We'd be lucky to keep 70% of what we have now. And those of you leading the drive will have to answer for that. Why do you want to put yourself in that position?

Posts: [redacted]) | Registered: Aug 2000 | IP: Logged | |

[redacted]
Member
[redacted]

posted 10-22-2002 14:37

Don I will refrain from engaging you in some hostile verbal dialogue. I will simply retort to your absurd implications by stating that the only objective the members of this committee have is to preserve and enhance our working conditions here at Skywest Airlines. We all love our jobs and this company. It is not our intent to destroy Skywest or make it a horrible place to work. We are simply trying to obtain a legally binding contract, not one that is constantly subject t interpretation or that can be superseded by the company manual. We are simply trying to exercise our rights and working citizens in the United States. We have a right to seek the protection and benefits that the RLA offers. It is like having the right to vote. If you are like the 50 plus percentage of Americans that do not vote and you do not feel we need a certified group representing the interests of Skywest pilots, if you choose not to exercise your right as a worker in the USA, then state so when or if you decide to vote. No one is forcing you or anyone to choose one way or the other. Again this is not some conspiracy to get ALPA on our property.

Southwest Airlines seem to have a great working relationship with their pilot group, which happens to be represented by a certified in house union. They are the only major carrier today that is making money and expanding. To those of you that believe certifying SAPA is bad for business, take a look at Southwest. Unions do not run or bankrupt airlines. Greedy people do.

We have close to 1200 pilots here and I do not expect us all to agree on everything, especially this SAPA certification issue. To those of you that oppose this, fine. Lets agree to disagree shake hands and move on. Let us not personalize our differences of opinions. To those of you that are on the fence and seek additional information, numerous links to various web sites have already been posted so I will not duplicate that effort. If you cannot find these links, send me e-mail and I will forward one to you or answer any question you may have.

Thank you
Peace

[redacted]

Po[redacted]| Registered: Jun 2000 | IP: Logged |

[redacted]

posted 10-22-2002 14:40

*"Pilots on the west coast and Denver seem to have a problem locating the blank cards sent to them. Some how they mysteriously disappear. This is*

CAL 0205

Member
[redacted]

*tragic since it prevents individual pilots from making their own decision. Unknown forces make this decision for them. This is worse than the Florida election fiasco."*

Huh? Any evidence of this? Maybe the 600 or so pilots whom have not replied don't want to send in cards. Why would anyone send in a card if they would choose not to vote for a union in the first place? The card drive is a form of primary election isn't it?

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Avatar Image
Member
[redacted]

posted 10-22-2002 14:56

Once again, I would like to clarify a point about SAPA Reps' compensation.

There are only two people who are paid approx. 105 hours/month for their work with SAPA - they are the SAPA President and the Secretary. They are the only ones who tend to SAPA business full time. I have seen their work, the constant barrage of mobile phone calls, etc... In my mind, they're worth every penny.

The rest of us reps (and I would like to point out once again that five of us ran UNOPPOSED last election) are paid for meetings only if they fall on days off, in a manner similar to recurrent training pay (1 for 2). If we are taken off a trip, we are pay protected for whatever part of the trip is missed. I think this is an important distinction, because most of the work reps do is outside of the meetings. We do it on our own time, and for free.

We have what I would characterize as "extrememly low" levels of general pilot input, in the form of Policy Interpretation Complaints (PICs) or formal policy proposals. For all the banter that goes on in this forum and in the crew lounges, very few pilots take the time to see their complaints addressed at a SAPA meeting, because they do not take the time to put it in writing and submit it to any SAPA rep.

I think this speaks to the degree that pilots here are content, or perhaps to their level of motivation to use the tools available to them to initiate change. I question how much this level of participation would change with SAPA certification.

Just food for thought...

Respectfully,

[redacted]

Posts: [redacted] Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 10-22-2002 15:10

posted by [redacted]
"So the insinuation is that folks like [redacted] and myself who have legitimate concerns about the effectiveness of a union here at SkyWest don't gather facts before forming an opinion? No offense to you, but that kind of blanket assertion is insulting and untrue."

CAL 0206

I, too, would find such a blanket assertion to be insulting. I wholly support your quest to find how a union can be of a benefit to the pilots at SkyWest, and I find it encouraging that you at least have not given up.

My assertion, if you'll re-read it, is that those who think the organizing effort provided misleading information on this or any other forum related to its use of the SAPA name are ignorant of other related facts, also posted on this forum.

Thankfully [redacted] idetified to some of them.

If you'd like me to dig them up to prove my case, you'll be waiting a long time. I've already done my research in this area, which is why I get a bit heated when reading posts by people who obviously haven't done theirs.

I have no problem with those who hold opinions different from mine. Please don't try to bend this little issue into one of tolerance. What I have a problem with is those going off half-cocked when the rest of us have made the effort to be well informed.

[redacted]
Supporter of the evil, deceitful, underhanded union effort

[redacted]
I understand your skepticism. Speaking only for myself, given a choice, I would always take unity over a union. In choosing to support an in-house union by the name of SAPA, I believe that the benefits of both can be maximized, as the divisiveness ALPA would bring would be absent.

I believe that some of the needs of SkyWest pilots exceed the limitations of the current SAPA framework. I consider in-house certification a way to give SAPA the "teeth" it needs to flourish, and be more things to more people. That's all. Not trying to rule the world, or use scare tactics to get what I want, nor do I think that ANY solution will, through the magic of pixie dust, instantly improve everybody's lot in life.

And if you disagree, that's fine. If you'd like to talk a bit more, drop me your ph# and I'll call on my nickel. If you'd not care to do so, that's fine, too. Either way, we're still on the same team.

---

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]

Avatar Image

Member

[redacted]

posted 10-22-2002 19:25

---

[redacted]

Never underestimate the power of pixie dust.

[redacted]

---

Posts [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]

posted 10-22-2002 21:34

---

[redacted] know a card was in my box one day and the next day I came back it was gone. But before the cards were thrown away the thief pinned one up on

CAL 0207

[redacted] Member [redacted]

the bulletin board with some graffiti on it.
happy flying,
[redacted]

Po[redacted] Registered: Jun 2000 | IP: Logged |

[redacted] Member [redacted]

posted 10-22-2002 21:46

[redacted] I sent cards to certain pilots in different domiciles. These pilots asked me via e-mail to send blank cards. I sent these cards to the respective domiciles and somehow they mysteriously dissapeared.

[redacted] perhaps the reason pilots are not as vigilant as you would like with the complaints and policy interpretation grieviances is they lack the confidence in your ability to effectively resolve these grieviances. You guys operate on resources furnished by management. SAPA as we know it today representing a pilot in need is like O J Simpson hiring Marcia Clark to head up his defense. You guys caved on issues like a commuter clause policy to name a few because management did not want to discuss that issue at that time.

Peace
[redacted]

Posts[redacted] | Registered: Jun 2000 | IP: Logged |

[redacted] Member [redacted]

posted 10-22-2002 22:54

[redacted]

[redacted] is right. There is little if any imput to SAPA from the pilot group. As I have posted before, there was only ONE complaint about proficency flying and it was mine. Of all the bantering on the message boards, I thought that SAPA would be swamped with complaints. Guess what, there is no more improper intrepretations by managememt about proficency flying at SkyWest. All because of ONE complaint to SAPA. Looks like
SAPA worked....

I don't have a problem with a legal binding contract (and I actually advocate it). Just don't knock the present SAPA with improper alligations.

[redacted] The commuter clause was crap and would hinder the pilot group on the west coast more than help it. Case in point, A pilot from LAX would like to commute to FAT for a trip that starts at 1300. There is only 2 flights in the morning to FAT. So that pilot would have to list for the last flight of the night on the previous day. If that flight was open, that pilot would have to go a day early to work (and crash) even if the next 2 flights (the next day) were open to nonrevs or risk a SAD. YUP, I don't like it. How about a proposal on a new and different commuter policy? Any different suggestions?

If we are going to unionify the Skywest pilot group, let's do it right. (gulp) ALPA is our best bet.

WOW, you have no idea how hard that was to say...........

[redacted]

CAL 0208

Then we could legally sue ALPA.... :-) Jump on the RJDC. yehaw

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 10-23-2002 08:44

[redacted]

I think [redacted] has a valid point. On Aug 22, you were supporting ALPA. See the link below.

[redacted] last pro-ALPA post

I think the gears shifted too quick from claiming all the great things ALPA has to offer to support for an in-house union.

By the way, do you have a budget for the new-SAPA? What about individuals with bargining experience?

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 10-23-2002 09:53

[redacted] you are correct. I personally feel that ALPA is what is best for this pilot group. When we first started this thing back in August, the feed back from the pilot group was mixed. The majority of pilots seemed more receptive to SAPA certification than ALPA. As I said before, I care more about this pilot group and Skywest than getting ALPA on the property. If the majority of us prefer to set up our own certified body, then I am all for that. The members of this committe beleive or not care a great deal about their jobs, your jobs and the sucess of this company. We are only trying to do what we think is best for the pilots. If you disagree with our strategy, that is your right. No one is forcing you to vote one way or the other.

[redacted] I agree that SAPA has been effective at times. There are numerous times where SAPA was unable to prevent pilot suspensions/dismissals. SAPA is an organization funded by the very people you are charged with protecting the pilot group from. As long as that is the case there will always be the perception that your potency as a representative body is compromised.

1: RJ captain (DW )tried to get on a Skywest flight to PSP from LA. Gate agents boarded United employees before him. It was a full flight and he was not getting on. He questioned their actions and was denied boarding on all future flights. MOD told him to rent a car and drive to PSP and that the situation will be addressed later. Result he was suspended without pay because the agents in LA claimed he made a scene at the gate. He was only able to return to flying status after making a phone call to Ron Reber who happened to be a friend of his. There are many of us that do not have this luxary.

2 RJ Capt (R C) fired on the spot because of some hear say accusations made by someone. The pilot was returned to flying status only after he hired his own attorney and threatned to sue the company.

3 RJ Capt (A C) suspended for 6 weeks without pay and was almost denied upgrade because of again hear-say accusations made by someone in Butte just after 9/11 last year.

CAL 0209

4: [redacted]) suspended for allegedly saying something inapropriate to a ramper in SLC.

5: Last winter an RJ capt was reprimanded because someone thought his decision to use de-icing fluid was extravagant.

I could go on but then this post would be way too long. Now I am not implying that our managers are tyrants. All of us are employed in an "at will" situation. We can be fired at anytime for any reason and crap happens. Just because it hasn't happend to you doesn't mean it can't. It has happened to others and they've paid the price.

Peace
[redacted]

Post[redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

Icon 18 posted 10-23-2002 12:50

To all,

All of the cases [redacted] mentioned are well known in SLC. This is one of the reasons why SLC is more unified than the rest of the pilot group. Think...just because is it not happening where you are does not mean that it won't happen there.

The issue of using de-ice fluid happened to a friend of mine as well. He didn't get fired or suspended over it but he did get a letter from the chief pilot asking to explain why he was wasting company resources when they "the company" didn't think it was justified. I know this guy well and follow his logic all the way. If there are snow showers in the area, I would (and have) requested deicing in case it starts to snow by the time I reach the end of the runway.

Other cases [redacted] mentioned:

- Captain accused by hotel clerk of abusing OUR crew car...chief pilot takes the clerks version as fact. Captain is consider guilty before all the facts are presented.
- FO makes a comment to his Captain regarding a ground instructor (not here anymore)...Captain tells instructor...instructor calls Chief pilot. FO is suspended...upgrade delayed...letter about the incident in his file.

As I mentioned before, scare tactics? NO. Just facts. Things are not as rosy as they appear. Why do you think the system's largest domicile is so pro-union? Hmmm...

Posts:[redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Avatar Image
Member
[redacted]

posted 10-23-2002 15:09

[redacted] entitled to change his opinion on unions (whether to have one, which one, etc...) as many times as he feels like. I know I have, as I learn more and more about the issue. I don't think that should be used to insinuate that the SAPA certification drive is a trojan horse designed to sneak ALPA onto the property.

CAL 0210

As far as SAPA caving on the "commuter policy and others", I don't think that's accurate at all. We have received one (1) complaint from a pilot who felt they were reprimanded for a failed commute. I think people misunderstand the meaning of SADs on their schedules. They are used to document when someone doesn't show up for work, regardless of how they travel to work. When many SADs start occuring often, it documents a pilot's relative reliability. This would happen to a pilot who drives to work and has the unfortunate luck to get stuck in traffic behind multiple vehicle accidents and have recurring dual axle failures on their way to work. It might also happen to a pilot who flies to work. If SADs don't occur often or regularly with an individual pilot (and I don't think it's neccesarily a good idea to specifically define "often" or "regularly"), then there is no disciplinary action taken against pilots. SAPA does not see a problem here. If you disagree, and know of a specific instance where a pilot was disciplined for a SAD that was not part of a regularly occuring pattern, then SAPA is dying to hear from you. Bottom line, it's not about caving in, it's about prioritizing what we put effort into.

If you believe we don't make progress on issues because management doesn't want to discuss them, watch what happens when a union comes on the property. That resounding booming sound you hear will be [redacted] door slamming in your newly elected representatives' faces.

That's just my opinion, I could be wrong.

[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 10-23-2002 18:48

quote:

Originally posted by [redacted]:
**What makes any of you union advocates expect that you will be able to negotiate a better contract than we have right now? Our current work rules and pay were negotiated when the industry was booming. We'd be lucky to keep 70% of what we have now. And those of you leading the drive will have to answer for that. Why do you want to put yourself in that position?**

[redacted]

Since you are closer to Horizon's ~~pilot's~~, maybe you can find out for us answers to the following:

1)How long did it take them to secure a new contract.
2)How much better or worse was the new contract.
3)How is the level of satisfaction

From my recollection, I remember that jet drivers got faily nice pay increases while the turbo-prop crowd stayed the same or lost. This is similar to we saw during the last pay agreement.

I'll ask the Horizon pilots at Seatac.

CAL 0211

[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 10-23-2002 20:33

[redacted]
If these cards are disappearing and being used by graffiti artist then I'm appalled. I always thought that we were all professionals. If you don't want to send in a card then don't, but let's not resort to such childish sabotage.

Posts [redacted] | Registered: Jun 2000 | IP: Logged | |

[redacted]
Member
[redacted]

posted 10-24-2002 08:27

> quote:
>
> Originally posted by [redacted]
> Since you are closer to Horizon's pilot's, maybe you can find out for us answers to the following:
>
> 1)How long did it take them to secure a new contract.
> 2)How much better or worse was the new contract.
> 3)How is the level of satisfaction
>
> From my recollection, I remember that jet drivers got faily nice pay increases while the turbo-prop crowd stayed the same or lost. This is similar to we saw during the last pay agreement.
>
> I'll ask the Horizon pilots at Seatac.
>
> [redacted]

[redacted]
I have not met any Horizontal pilots that are pleased with the new contract. Some of their work rules bite. I'll try to get some specifics next time I talk to one of my friends that fly for them. They are represented by Teamsters which perform well for truck drivers and warehouse workers. It would be very helpful to get an accurate before and after picture.
Cheers.
Dave

Posts: [redacted] | Registered: Aug 2000 | IP: Logged | |

[redacted]
Member
[redacted]

posted 10-24-2002 13:08

[redacted] we do not live in a perfect world and no matter how hard you, I or anyone tries, you simply cannot please everyone on the planet much less our little airline. I had a United pilot in my jump seat making close to a quarter of a million dollars a year and he was upset at the union for some BS reason I cannot even remember.

CAL 0212

You say we should unify to strengthen our existing SAPA. That is precisely what we are trying to accomplish. We feel that the funding for SAPA should be our responsibility, not the companies. We feel that Skywest pilots in an open election should choose the people that make up SAPA. If the group decides via elections that the current SAPA members, President etc. should stay, so be it. This is a democracy.

Ask yourselves why the current SAPA cannot openly advocate certification? Answer, because the company won't let them. If a current SAPA member feels it is in the best interest of SAPA and this pilot group to certify, he cannot openly state so. Why? Answer, because the company won't let him. If he does openly advocate certification he will be promptly kicked out of SAPA. Freedom of speech for SAPA as we know it today is grossly compromised. Why? Answer, because the company funds them. We feel that assuming 100% of the responsibility for SAPA and government certification is the best thing for this pilot group.

Regarding your questions. I regret that you feel I was ignoring them. Your questions are designed to solicit responses based on opinion and not fact. I cannot predict how long management will drag their feet in new negotiations. And yes we probably will be stuck with our current "agreement" not contract should we vote to certify SAPA. Other carriers as Al stated previously didn't spend and eternity ratifying a contract. A first step after certification to make our current "agreement" legal and binding (Contract). There will be no more frivolous interpretations or company manual overrides. No more "At Will" employment. We will procure a recognized seniority list. If Delta decided to merge all connection carriers tomorrow or [redacted] decides to sell, we are all screwed seniority wise. All the connection carriers are union and can invoke merger clauses provided by their union. Not everyone will be happy as was the case with previous mergers but at least they had legal guidelines. The Skywest pilot has squat so where do you think you will end up if we are merged with a union carrier.

Where did you get the idea that I was spearheading this drive? I am a simple [redacted] who loves this job, this company and the people I work with. I am only advocating what I feel is best for us all in the long run. You may feel free to disagree and as I said before let us agree to disagree, shake hands and move on. Everyone should be given a fair chance to have his or her voices heard. You can do this by open elections. Send in as many cards as possible with your current addresses and please vote whether you want certification or not. It is your right.

Peace
[redacted]

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-24-2002 13:31

[redacted]

You began this thread by stating that 90% of SLC pilots have returned cards. How do you know this?
How are the cards being distributed? With all the times per week that I am in the SLC crew lounge, I have yet to see a card, nor have most of the pilots I've talked with.

**CAL 0213**

Curiously,
[redacted]

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-24-2002 13:41

> quote:
>
> Originally posted by [redacted]
>
> **Ask yourselves why the current SAPA cannot openly advocate certification?**

The real reason that SAPA cannot take a stance is that if they did they would likely alienate part of the pilot group. They are charged to represent all of us. Also if they endorsed a union ongoing negotiations with management would probably grind to a halt.
If they came out opposed to a union they would be accused of being in management's pocket. Anotherwords dam*ed if they do, dam*ed if they don't.

Posts [redacted] From: [redacted] | Registered: **Aug 2000** | IP: Logged ||

[redacted]
Member
[redacted]

posted 10-24-2002 15:52

> quote:
>
> **Originally posted by [redacted]**
>
> **Ask yourselves why the current SAPA cannot openly advocate certification?**

The real reason that SAPA cannot take a stance is that if they did they would likely alienate part of the pilot group. They are charged to represent all of us. Also if they endorsed a union ongoing negotiations with management would probably grind to a halt.
If they came out opposed to a union they would be accused of being in management's pocket. Anotherwords dam*ed if they do, dam*ed if they don't.

> quote:
>
> **Originally posted by [redacted]**
> **You say we should unify to strengthen our existing SAPA. That is precisely what we are trying to accomplish.**

This is a direct quote from union organizer Phil Alford. Are you and Phil promoting different unions?

CAL 0214

**"THIS DRIVE TO CERTIFY SAPA IS A WHOLE NEW DEAL! The intent is to write new by-laws and hold elections, and obtain a certification from the National Mediation Board. This will be a new certified SAPA, not the current SAPA certified."**

> quote:
>
> **Originally posted by [redacted]**
> **There will be no more frivolous interpretations or company manual overrides.**

[redacted]

You have to be more careful. I just about fell out of my chair laughing when I read this. Next time you have a unionized jumpseater ask him/her if the company ever violates the contract. It happens all the time my friend. A grievance gets filed and a year or two later the practice is finally stopped. At Horizon the 2 person Board that reviews grievances only meets 3 times a year. If those 2 people (1 pilot, 1 mgmt) don't agree it goes to yet another board and the process is drawn out. Airlines break labor contracts all the time. Of course mgmt calls it a difference of intepretation.
The union is not a silver bullet and intentions are far more powerful than the legalese in the document. For the most part our agreement with mgmt is followed. When there is an aggregious abuse like "Proficiency Flying" SAPA has been able to get it fixed far faster than their union counterparts ever could. There will always be differences of opinion over interpretation.

Posts: [redacted] | Registered: **Aug 2000** | IP: Logged | |

[redacted]
Member
[redacted]

posted 10-24-2002 16:18

Dave you are attempting to slpit hairs with your rebuttals. You sugically extract statements in my post to strenghten your retort. What I said in the last post is no different from what Phil said in his. The only difference is our choice of words. To those of you following this thread, the following is the complete statement made in my previous post, and not the portion used by Dave to enhance his debate.

- You say we should unify to strengthen our existing SAPA. That is precisely what we are trying to accomplish. We feel that the funding for SAPA should be our responsibility, not the companies. We feel that Skywest pilots in an open election should choose the people that make up SAPA. If the group decides via elections that the current SAPA members, President etc. should stay, so be it. This is a democracy.

Again there are basic fundamental changes that would procure a "new" SAPA. Self funding, open elections, new by laws and government certification. This organizing committee may not be experts at duplicating each others words but I can assure you that we are unified in our cause and visions for the future.
I find it interesting that you never addressed circumstances where SAPA has failed pilots like the ones I mentioned in an above post. Or what will happen

CAL 0215

to our seniority list should some one buy us or we are merged? What will happen to the pilot who unintentionally busts a FAR and the company pulls the plug on his legal defense? What will happen to a pilot if one day an ME refuses to issue him a medical? Will the company hire medical experts to help that pilot regain his medical certificate? If one of us (god forbid) crashes a jet, does SAPA as we know it today have safety experts and aviation laywers on staff to aid us? Does SAPA as we know it today send their negotiating team to seminars that train people in the art of negotiating contracts? Does SAPA as we know it today have any political connections? Can SAPA lobby the government, the FAA, the NTSB on issues pertaining to the safety of flight and protection of our careers?

[redacted] this is a grass roots effort to organize. We do not have a valid address list and cards are being distributed by hand, snail mail or a covert method that I am not at liberty to discuss at the moment. Just keep asking around and it shouldn't be long before you locate a card. I will give you some if or when I see you. Pass this information on to the pilots you've spoken to.

Peace

[redacted]

---

Posts [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]

Moderator

[redacted]

posted 10-24-2002 17:42

---

[redacted]

"Ask yourselves why the current SAPA cannot openly advocate certification? Answer, because the company won't let them. If a current SAPA member feels it is in the best interest of SAPA and this pilot group to certify, he cannot openly state so. Why? Answer, because the company won't let him."

Both of these statements are false.

[redacted]

---

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]

Member

[redacted]

posted 10-24-2002 18:21

---

quote:

---

Originally posted by [redacted]

**Or what will happen to our seniority list should some one buy us or we are merged? What will happen to the pilot who unintentionally busts a FAR and the company pulls the plug on his legal defense? What will happen to a pilot if one day an ME refuses to issue him a medical?**

---

Lots of what ifs here and no precedents to help answer them. The problem with forming a union is that the cure could be worse than the disease. A union might and I emphasize might help with some of these eventualities. I'm more concerned with what we'll definitely be confronting if we do vote in a union. Have you stopped for a minute to consider what happens after we vote a

CAL 0216

union in? How do you think mgmt will react? If they let the union appear successful then they run the risk of other employee groups unionizing and all of a sudden we have the AFA, IAM, and Teamsters all on the property. We will pay dearly. I wouldn't be surprised if we all found ourselves with exactly 10 or 11 days off per month just like our colleagues at ACA. 5 on 2 off. How does that sound to you on a year-round basis?

> quote:
>
> **If one of us (god forbid) crashes a jet, does SAPA as we know it today have safety experts and aviation laywers on staff to aid us?**

Good point. Would we be able to afford all that with a mere inhouse union? Those are the few things I like about ALPA. We wouldn't even come close with an in-house union. Our money will be tied up fighting the company which has a huge war chest and lots of lawyers.

> *quote:*
>
> **Does SAPA as we know it today send their negotiating team to seminars that train people in the art of negotiating contracts?**

No and I have been critical of that in the past. But isn't it amazing that we enjoy pay at or near the top of the industry and work rules that other regional pilots long for? All that without negotiating seminars.

Andy, *if you haven't already please study Senate Bill 1327, The Airline* Dispute Resolutions Act. This will end collective bargaining for airline employees effectively gutting the RLA for our industry. This bill is likely to pass particularly if both Houses are Republican majority after the next election. The Federal Government is accepting an equity stake in airlines via the ATSB. This legislation would serve them well by eliminating labor concerns. Check out this ALPA link for details - http://www.alpa.org/internet/projects/scam/
If this bill passes all the reasons for unionizing so eloquently stated by you and Phil will be null and void. This bill is a disaster for all airline employees union or not. Right now we enjoy much leverage just with the theat of a union. S.1327 would eliminate the effectiveness of the threat.

Posts: [redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-24-2002 20:04

> quote:
>
> Originally posted b[redacted]
> **We have received to date just over 500 petition cards.**

CAL 0217

Really......
According to my 2 clicks on the NMB website:
**If the employees are unrepresented, authorization cards from at least 35% of the craft or class must be submitted with the application.**

Either you guys don't understand that piece of easily accessible info from www.nmb.gov or you don't have the 500+ cards. So which is it?
Credibility is everything to a pilot group.

Posts: [redacted] | Registered: **Aug 2000** | IP: Logged |

Andy Callaway
Unregistered User

posted 10-24-2002 20:42

> quote:
>
> Either you guys don't understand that piece of easily accessible info from www.nmb.gov or you don't have the 500+ cards. So which is it?
> Credibility is everything to a pilot group.

[redacted]

The Application for Representation was sent into the NMB on Monday.

What is your point?

IP: Logged |

[redacted]
Member
[redacted]

posted 10-24-2002 20:43

> quote:
>
> Originally posted by Andy Callaway:
>
> > quote:
> >
> > **Either you guys don't understand that piece of easily accessible info from www.nmb.gov or you don't have the 500+ cards. So which is it?**
> > **Credibility is everything to a pilot group.**
>
> [redacted]
>
> **The Application for Representation was sent into the NMB on Monday.**
>
> **What is your point?**

Why continue to ask for cards if you've already sent in the paperwork?

Posts: [redacted] | Registered: **Aug 2000** | IP: Logged |

CAL 0218

Andy Callaway
Unregistered User

posted 10-24-2002 21:39

Personally I dont see the relevance here, but I'll venture to guess that [redacted] might have been on a trip when the application was sent in and therefore was not immediately informed. But does it really matte[redacted]

Also, by continuing to collect cards, the organizing committee can recieve correct addresses to compile a mailing list since the company has been very reluctant to release this information.

IP: Logged |

---

[redacted]
Member
[redacted]

posted 10-24-2002 22:39

> quote:
>
> Originally posted by Andy Callaway:
> **Personally I dont see the relevance here, but I'll take a guess and venture that Andy might have been on a trip when the application was sent in and therefore was not immediately informed. But does it really matter, Dave? but Also, by continuing to collect cards, the organizing committee can recieve correct addresses to compile a mailing list since the company has been very reluctant to release this information.**

I gue[redacted]may have had no idea that 35% was the magic number when he made the post indicating 500+ cards were received.
Seems like if all you want is addresses that it would be easier to communicate via email and phone than post cards. I'm also surprised that there was no announcement about the successful signature gathering campaign.
I'm a bit confused about why you folks think the company owes anyone a mailing list. If I wanted to invite you on a fishing trip the company will not even tell me your phone number due to confidentiality policies.

Posts: [redacted] | Registered: **Aug 2000** | IP: Logged |

---

[redacted]
Member
[redacted]

posted 10-25-2002 01:19

[redacted] does the company owe Zuric Insurance company a mailing list? I've received junk mail from said insurance company soliciting my business. I am also aware that only 35% of signatures are required to petition the NMB. There are a number of pilots who requested cards but were unable to procure them due to unforseen circumstances. The purpose for soliciting additional cards was so that every pilot could have an opportunity to express his or her intrest in pettitioning the NMB and to compile an address list. You say phone calls or e-mails would be easier. Perhaps you would like to volunteer to send e-mails and make phone calls. Petition cards are the route we chose and we stand by that. Appreciate your input.

[redacted] if SAPA is not on a gag order regarding self certification as you claimed, why don't you elaborate on your assertion that my reasoning on SAPA's silence is false. Can you honestly infer that your ability to represent this group will not enhance through government certification and self funding. How about expressing your opinions on this forum. What's keeping your guys from speaking out. If you are against certification, then come out and say so.

CAL 0219

This is a free country and evry one has a right to free speech. Does that not apply at SAPA.

Peace

[redacted]

Posts [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 10-25-2002 08:41

Andy

There has never been and never will be any "Gag Orders" on SAPA. Quite the contrary we argue loud, hard and long on issues weekly.

We represent 1200+ pilots and it is not our position to get on this forum and alienate any part of this pilot group.

I want to represent the wishes of the entire group. This issue has split this group for as long as I have been at SkyWest. If enough pilots want a vote, then lets vote. And, if enough pilots vote for a union, then lets have a union. Otherwise I ask you to not attack your SAPA representatives.

Your Friend

[redacted]

Posts: [redacted] Registered: Jun 2000 | IP: Logged |

Andy Callaway
Unregistered User

posted 10-25-2002 08:45

[redacted]

How in the world would you plan on compiling everyone's phone number and email address, when its almost impossible to get mailing addresses?

That's the best one I have heard so far!

IP: Logged |

[redacted]
Member
[redacted]

posted 10-25-2002 09:17

> quote:
>
> Originally posted by Andy Callaway:
>
> [redacted]
>
> **How in the world would you plan on compiling everyone's phone number and email address, when its almost impossible to get mailing addresses?**
>
> **That's the best one I have heard so far!**

Andy,
I think you misunderstood me. You indicated that the organizers were continuing to use post cards as a method of gathering addresses for a mailing

CAL 0220

list. That seems very inefficient given the distribution difficulties.
Recently I enjoyed my 20th H.S. reunion. The reunion organizers used this thing called the internet to gather names and addresses. For the few holdouts without internet access a phone call could be made. We had a great turnout. Most of the communication was via email.
If you want a list of everyones name and mailing address all you have to do is have them fill out the survey on your new website. The only problem you are likely to run into is that many pilots want nothing to do with unionizing. Therein lies the rub doesn't it?

Posts: [redacted]) | Registered: **Aug 2000** | IP: Logged | |

[redacted]
Avatar Image
Member
[redacted]

posted 10-25-2002 10:49

1) I believe the Teamsters also represent the 2000+ pilots at Executive Jet.

2) I wasn't on a trip Monday and I wasn't aware the petition had been sent in.

3) It's my understanding that the company is required (per "the rules") to provide a current mailing list to organizers, a feat that hasn't actually happened. Additionally, The Privacy Act does not protect everything in the public domain with regards to your whereabouts/contacts. Hotels don't release for safety purposes; hospitals for medical confidentiality reasons. Perhaps SkyWest doesn't give us phone numbers as a way to prevent others from using them as an operator's service, under the veil of regulation.

[redacted]

Posts:[redacted] Registered: **Aug 2000** | IP: Logged |

**This topic comprises 2 pages: 1 2**

Printer-friendly view of this topic

**Hop To:** SAPA Forum Go

Contact Us | SkyWest Forums

SkyWestForums.Com is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.
© 2003 BoNo Communications
All Rights Reserved

UBB.classic™ 6.6.1

SkyWest Forums

my profile login | register | search | faq | forum home

CAL 0221

Jump to new posts

» Hello, [redacted] out ]

SkyWest Forums » Flight Ops » SAPA Forum » SAPA SLC Domicile Visit (Page 1)

This topic comprises 2 pages: 1 2

**Author** | **Topic: SAPA SLC Domicile Visit**

[redacted]
Member
[redacted]

posted 10-21-2002 15:10

[redacted] and myself will be in the SLC crew lounge this Wednesday - October 23rd, from 9am to 3pm to discuss any issues or other items you may have.

[redacted]

Posts: [redacted] | IP: Logged |

[redacted]
Member
[redacted]

posted 10-21-2002 18:04

[redacted]

How about setting up a SAPA office in the SLC crew room, just across from [redacted]. *I think the office is vacant. I'll talk to* [redacted] *and get this set up. Then you* can be there Monday thru Friday to answer any questions.
Regards,
[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 10-21-2002 22:44

How about an office in SGU....possibly in Crew Scheduling area....

Earn that 105 hours.

Posts [redacted] 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 10-22-2002 00:53

How about just answering my one question for starters. Is the afis problem going to get fixed or not. If not perhaps SAPA should endorse us not transmitting the times and going back to the appendix d exclusively. for some reason you guys seem to be blowing my other post off. There is an answer and it is either yes or no. If it is yes tell them to get with it. If it is no maybe the hand needs to be forced. As for all you guys who were bitching about this "safety issue" what happened? Cat got youre tounges? I do see, however, that some of you have moved on to important things like polling for vote knowledge. What the hell is that going to accomplish? Hey [redacted], great idea, post one in SLC and the other one in LAX. Im sure there is room somewhere down there as well.

Posts: [redacted] | IP: Logged |

[redacted]
Member

posted 10-22-2002 00:54

CAL 0222

[redacted]

I cant tell you the last time I saw 105 hours.

Posts: [redacted] | IP: Logged |

[redacted]
Member
[redacted]

posted 10-22-2002 14:42

> quote:
>
> Originally posted by [redacted]
> **How about an office in SGU....possibly in Crew Scheduling area....**
>
> **Earn that 105 hours.**

Have you ever spoken to [redacted] or [redacted] and asked them what their schedule is really like? They stay a lot busier than you think.

Posts: [redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
Avatar Image
Member
[redacted]

posted 10-24-2002 19:56

Well, what were the results of the conferences?

Pos[redacted] Registered: **Aug 2000** | IP: Logged |

[redacted]
Avatar Image
Member
[redacted]

posted 10-27-2002 10:55

Over? Why is it we seem to need to pull information out instead of being given it. We should be getting a "weekly wrap" from our SAPA folks, a la the old one from [redacted]. There is absolutely no reason why one of our two paid representatives can't spend 10-15 minutes a week updating us here. And not by asking us what we want to know about---I mean a recap of the weeks events as through the Pres of Sec's eyes.

Cheers

Posts: 7[redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-27-2002 15:41

I would like to see getting a SAPA office set up in SLC and PSP. Been trying to get a hold of [redacted] for this.
Regards,
[redacted]

Posts: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Moderator
[redacted]

posted 10-28-2002 11:30

[redacted]

Check out the SAPA Hotline @ x4721. We try to update that weekly (weakly?). Also, you should see the second month (October) SAPA Hotsheet

CAL 0223

in your box within the next week or so.

I will try to transcribe what we put on the Hotline and post it here after each update: I am often on a trip when I do the hotline, but I will try to post here as soon as I am able.

Dave Cain
SAPA Communications

Posts: **1695** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]

Avatar Image

Member

[redacted]

posted 10-28-2002 11:51

I listened to the HOTLINE it was dated Oct 17th. It said:
1. That the minutes of the LAX meeting would be posted on the website in a couple of days. I couldn't find them.

2. That the HOTSHEET would be in our boxes this week.

3. That some information on HIMS, a drug and alcohol program would be posted on the website.

4. There would be a poll on the website or the verbage of a proposal for ghost bidding. I remember Tony talking about this but I didn't see anything about it dated after Oct 17th.

5. The next update would be in 1 week.

Can someone point out where this info is? I might have overlooked it. I did look at skywestpilot but didn't see it there, again I could be overlooking.

Posts: **372** | From: [redacted] Registered: **Feb 2001** | IP: Logged |

[redacted]

posted 10-28-2002 13:12

It's not up, and it's on me. I worked 6-on, through Friday night, then drove my boy to Edwards AFB to see Gen. Yeager break the sound barrier on his last military flight. We got back late last night, and I started compiling info this morning (around swim lessons and peanut butter sandwiches).

[redacted] and [redacted] have been travelling and attending flight ops meetings, so I don't think that [redacted] has had a chance to finalize the minutes.

I know that the update was promised on the 24th, and that I am almost four days late. I apologize, and assure you that I am dancing as fast as I can.

I have the rest of today and part of Wednesday to get some work done, so I should have all promised info up by the end of Wednesday.

Semper Tardis
[redacted]

Posts: **1695** | From: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]

posted 10-28-2002 13:24

[redacted]

CAL 0224

Avatar Image

Member
Member [redacted]

I appreciate your work, and even though you're our Communications guy, there's no reason why the two full-time guys can't get on here themselves. It's called Gerrymandering--free communications to constituents by the elected few. The hotline is nice, but not nearly as convenient as the internet. These two guys each get paid 26 hrs/wk to work on our behalf--1% of that time (15 minutes) could be better spent with them communcating directly with us. To a point one could even call this forum "interaction" at least when compared to the phone message. If they don't frequent this board oft' enough to get the picture, perhaps you could pass that along since you seem to have their collective ear.

Cheers

[redacted]

Posts: **734** | From: [redacted] Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
Member [redacted]

posted 10-28-2002 13:36

Vocabulary tip for the day:

Gerrymandering is not "free communications to constituents by the elected few."

Main Entry: 2gerrymander
Function: transitive verb
Inflected Form(s): -dered; ger·ry·man·der·ing /-d(&-)ri[ng]/
Date: 1812
1 : to divide (a territorial unit) into election districts to give one political party an electoral majority in a large number of districts while concentrating the voting strength of the opposition in as few districts as possible
2 : to divide (an area) into political units to give special advantages to one group

Posts: **470** | From: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
Member [redacted]

posted 10-28-2002 17:21

[redacted] cant you swim?

Posts: **421** | Registered: [redacted] | IP: Logged |

[redacted]
Member
Member [redacted]

posted 10-28-2002 19:10

[redacted]
It's called a "laptop" I remember the day when Brad was handing them out like candy. Now it's those Palm Pilots. I'm sure there are a bunch of old laptops around...All you have to do is ask!...If you need help with that, I will be with Brad on Nov 6th and 7th...If you need anything maybe I can help.
Regards,
[redacted]

Posts: 225 | From: [redacted] USA | Registered: **Jun 2000** | IP: Logged |

[redacted]
Moderator
[redacted]

posted 10-28-2002 22:22

If anyone can get me free electronics, I'm all for it. I would especially like one

**CAL 0225**

of those cool surround theater systems and a liquid plasma flatscreen the size of a garage door.

Thanks.

[redacted]

*Oh, and I'll also need a DVD copy of "The Right Stuff." -dc*

Posts: **1695** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-29-2002 02:15

[redacted]

The idea of setting up offices for SAPA in SLC had been discussed at length back when [redacted] was President. In fact, it was Management's suggestion. That was enough of a red flag for us.

In the past SAPA has been accused of being "Management puppets" or "working for Management". I can't imagine the accusations if we were to actually have offices amidst the rest of the Management offices in SLC or PSP. Thanks, but no thanks!

Due to the large size of the SLC domicile, Chris and I have committed (schedule permitting) to spend 1 day each week in the SLC crew lounge to discuss issues and concerns with pilots.

On the days that we are not out of town (which are few) Chris works from an office in his home and I go to a quiet office close to my home. Our respective offices provide places where we can catch up on work and concentrate on the tasks at hand.

As always, if any pilot at this Company needs to reach us, they can do so at the following numbers and e-mails:

[redacted]

Posts: **157** | Registered: [redacted] IP: Logged |

[redacted]
Avatar Image
Member
[redacted]

Icon 999 posted 10-29-2002 08:31

[redacted]-

Thanks for that tip, however, you lacked an approppriate source for your definition. *Gerrymandering IS the verb we use for US Congress persons who use the US Post Office to send mail to their constituents free of charge is it not? I just used a little editorial freedom is shaping it for our use....in fact, if you adapt that to your second definition, it fits. Like many other words in the English language, it's one we adapt for our use....like email. I beleive the dictionary depicts it as a noun, but we use it as a verb day in, day out. I think many people use "peruse" with the intention of meaning "read over lightly" or "scan", but in truth, it means study intensely. I think I write what people understand, regardless of exact definitions. Trying to keep that tri-sided communications loop (guess that would be a triangle) flowing...*

Posts: **734** | From: [redacted] | Registered: **Aug 2000** | IP: Logged |

CAL 0226

[redacted]
Member
[redacted]

posted 10-29-2002 08:54

Hi [redacted] I know you guys probably do not hear this a lot, especially recently but thank you for the hard work and dedication. It is regrettable that SAPA at times is characterized as "management puppets". It is why my personal opinion is self certification and funding will neutralize the "management puppets" perception.

Vision for the future: A SAPA main office somewhere in downtown SLC or the airport depending on rent,furnished with phones, computers and a small staff paid for by Skywest pilots. Remember contributions are tax deductable. Possible satelite offices at other domiciles as we grow.

Peace
[redacted]

Posts: 532 | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-29-2002 09:21

quote:

Originally posted by [redacted]
**Hi [redacted] know you guys probably do not hear this a lot, especially recently but thank you for the hard work and dedication. It is regrettable that SAPA at times is characterized as "management puppets".**

[redacted]
So I guess you and I both disagree with some of the rheotric on the SWPunite website. I'm glad to see you're coming around.
Regards,
[redacted]

Posts: **1112** | From: [redacted] Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
Member [redacted]

posted 10-29-2002 10:37

[redacted] are you kidding me. I still want self-certification. You should examine why SAPA is being regrettably characterized as management puppets.

Peace
[redacted]

Posts: 532 | From: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-29-2002 14:18

quote:

Originally posted by [redacted]:
**[redacted], are you kidding me. I still want self-certification. You should examine why SAPA is being regrettably characterized as management puppets.**

CAL 0227

**Peace**
[redacted]

I know you want self certification. However your statement you made above conflicts with some of the rhetoric on the swpunite website. Read it carefully and you'll see immediately what I mean unless it has already been changed to reflect reality. It's kind of a shame because it really hurts the credibility of your campaign.

Posts: **1112** | From: **West Linn, OR (20 south of PDX)** | Registered: **Aug 2000** | IP: Logged | |

Andy Callaway
Unregistered User

posted 10-29-2002 15:34

[redacted]

What "rhetoric" conflicts between the swpunitenow.org website and what [redacted]. has written?

Since I dont have nearly as much time as you obviously do to spend all day on this website, please enlighten us.

You continue to defame the credibility of the organizing committee, yet fail to reference specific examples in your hourly banter.

IP: Logged | |

[redacted]
Member
Member # 765

posted 10-29-2002 16:23

> quote:
>
> Originally posted by [redacted]:
> [redacted]
>
> **What "rhetoric" conflicts between the swpunitenow.org website and what [redacted] has written?**
>
> **Since I dont have nearly as much time as you obviously do to spend all day on this website, please enlighten us.**
>
> **You continue to defame the credibility of the organizing committee, yet fail to reference specific examples.**

For starters how about this quote from swpunite:

"What will appear in place of the old SAPA will be a pilot run organization with officers elected by the pilots, not SkyWest middle management,"

Now I ask you [redacted] is this a truth, half truth, or a lie? Last time I checked the SAPA reps elect the president and secretary.
What else are the organizers misrepresenting?
Can we really believe that this not a back door ALPA campaign as others on this Forum have suggested if falsehoods like the one quoted above persist?
Up until now I've taken everyone at their word but now I'm not so sure.
My opposition has been based on my belief that we will not come out ahead if

CAL 0228

we unionize. I think we stand to lose because we will be trying to negotiate a new contract from scratch in a terrible market. If that doesn't make it enough of a challenge I think the company will not allow us to appear successful to other employee groups because that would only encourage other to bring on AFA, Teamsters, AFL-CIO etc. etc. ad nauseum.
Regards,
[redacted]

Posts: **1112** | From: [redacted] | Registered: **Aug 2000** | IP: Logged | |

[redacted]
Member
Memb[redacted]

posted 10-29-2002 17:10

Dave, We the pilots will elect the president and secretary, not SAPA reps.

How on earth did you come up with the hypothesis that this is a covert ALPA campaign. You are reading too many Tom Clancy novels. Quit scaring the pilot group with these absurd conspiracy theories.

If certification occurs we would not need to negotiate a new contract from scratch. By law the "agreement" we have at the moment will now be legal and binding. We can negotiate to enhance what we now have.

No more "at will" employment status.

We will procure a legal seniority list.

We will have our own law firm dedicated to serving every Skywest pilot.

Peace
[redacted]

Posts: 532 | From: **Newport Beach CA 92663** | Registered: **Jun 2000** | IP: Logged |

Andy Callaway
Unregistered User

posted 10-29-2002 17:28

[redacted],

TO ANSWER YOUR MISCONCIEVED QUESTIONS ONE MORE TIME:

> quote:
>
> Can we really believe that this not a back door ALPA campaign as others on this Forum have suggested if falsehoods like the one quoted above persist

As stated many times before, the Organizing Committee has ABSOLUTELY NO intention or interest in any "back door ALPA vote", as you so persistently continue to falsely allege in your futile attempts to confuse the small percentage of pilots who actually read this forum.

> quote:
>
> What else are the organizers misrepresenting?

CAL 0229

I will ask again since you fail to reference specific examples in your hourly banter; what do you believe the Organizing Committee is misrepresenting? The pilot group will elect the new SAPA. There is no misrepresentation made with this statement.

> quote:
>
> I think we stand to lose because we will be trying to negotiate a new contract from scratch in a terrible market.

The goal of certifying the new SAPA is to gain legal representation for the pilot group and for the purposes of collective bargaining of wages, benefits, and work rules. There will be no need to negotiate a new contact, as you incorrectly claim, since the current policy manual will become a legal and binding contact upon certification. We then can focus on areas that need improvement or change, rather than starting from the beginning.

Any dissection of further posts is trying to split hairs. While you are entitled to your own opinion, which you have made abundantly clear, your continued rebuttal with frivolous information without specific fact only leads to utter confusion and does nothing to help educate this pilot group.

Perhaps you should start another poll with your misleading questions.

IP: Logged |

[redacted]
[redacted]ember
Member # 765

posted 10-29-2002 17:40

[redacted] and [redacted],
Neither one of you guys read what I wrote did you?

Here's the quote from your website:

"What will appear in place of the old SAPA will be a pilot run organization with officers elected by the pilots, not SkyWest middle management,"

In this quote it is claimed that the current SAPA representatives are appointed by management which is patently false isn't it?
So if this is a lie why should we believe anything else on the website?
Will either one of you have the courage to refute this?
Please answer the question.

Posts: 1112 | From: [redacted] | Registered: Aug 2000 | IP: Logged |

[redacted]
Member
Memb[redacted]

posted 10-29-2002 18:11

[redacted]when SAPA was conceived there were no open elections held to select reps, president etc. SAPA was and is a company-endorsed entity. Over the years SAPA was morphed to give the perception that the pilot group controlled the reins at the organization. Elections were held and people ran for regional representative posts. It is these reps that now elect a president. Not the entire pilot group. The citizens of the United States elect a leader, not the members of congress.

Now as I said before the concept of SAPA is a great one. The company means

CAL 0230

well but ultimately they have the final say and we "the pilot group" have little or no recourse should we disagree. We have no legal rights to recourse since SAPA is not a legal and recognized bargaining body. We are currently employed in an at will status. I do not wish to stake my career on such a fragile arrangement.

Peace
Time to unite.
[redacted]

Posts: 532 | From: N[redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
Member [redacted]

posted 10-29-2002 19:17

The two [redacted]s back on the web site......Hold on I have to wipe away the *tears of joy*.

Posts: 265 | From: 1 | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
Member [redacted]

posted 10-29-2002 19:19

Geeeez......

Thrust...parry. Right...wrong. "You said this." "No, I didn't, I said this." No...yes...no...yes...ad nauseum.

I used to have a strong opinion about this union stuff. All this back and forth crap has made me quite ambivalent. Frankly, I'm sick of it.

[redacted]: Thanks for your dedication in a thankless job, and for maintaining your composure and professionalism in the face of idiocy.

[redacted].: Thanks for attempting to explain in a cogent & succinct manner (over and over and over again) the position and goals of the organizing committee. Some will always look for the hidden conspiracy. Yours, too, is a somewhat thankless job.

As for the individuals (I don't mean everybody else not mentioned above...just a select few) who were either unfortunate enough to be raised in a household where tact, courtesy and at least the attempt to understand another person's viewpoint were nonexistent and, therefore, never learned; or who intentionally spit forth the venomous verbal arrows...I have a suggestion: I own an antique set of dueling pistols I would be happy to lend to you so this could FINALLY be settled...like "gentlemen", of course.

My interest in this subject has hereby waned to the point that further pontification would be a waste of my time and yours.

Most sincerely,

[redacted]

Posts: 101 | Registered: Jun 2000 | IP: Logged |

[redacted]

posted 10-29-2002 19:31

[redacted]

CAL 0231



[redacted]
Member
Member [redacted]

I agree with you that we need to declare peace. We're turning this forum into a warzone.
If we're going to unite we need to unite behind 100% credible leadership. You have to admit some of the stuff on the swpunite website lacks credibility. If *people see inaccurate information they will have serious doubts about the* whole campaign.

Noone believes that mgmt selects who represents us. Our pilot group elects reps who in turn elect a pres and secretary. Mgmt has nothing to do with it. We could probably get the bylaws changed if enough of us cared to and elect those officers directly. Has anyone even made an effort?
*In fact many of the problems with the existing SAPA could be fixed if we* made the desire for change known. Has anyone circulated a petition or posted a poll to determine if the pilot group wants to see these changes? Has anyone been to a meeting and made a suggestion? Written a letter to their rep? Has anyone done anything besides post stuff on Forums?
The problem we have here is apathy. In some ways that's an OK problem to have. It means that the vast majority of us are pretty content with SkyWest. We accept the shortcomings of SAPA and mgmt and go on with our lives. We realize that no airline or company is perfect.
A union will face the same challenges as SAPA.
If we took all the energy we have now we could probably transform and strengthen SAPA in a matter of months.
If this union campaign gets voted down or shut down let's join forces and improve what we already have.

---

Posts: **1112** | From: [redacted]) | Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
Member [redacted]

posted 10-30-2002 15:43

---

[redacted] wrote:

- "In fact many of the problems with the existing SAPA could be fixed if we made the desire for change known. Has anyone circulated a petition or posted a poll to determine if the pilot group wants to see these changes?"

[redacted] this is exactly what this certification drive is all about. Every Skywest pilot should vote and the results will determine if the group wants to see these changes or not.
Peace
Time to unite
[redacted]

---

Posts: 532 | From: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 10-30-2002 21:16

---

quote:

---

Originally posted by [redacted]:
[redacted] **wrote:**

- **"In fact many of the problems with the existing SAPA could be fixed if we made the desire for change known. Has anyone circulated a petition or posted a**

CAL 0232

**poll to determine if the pilot group wants to see these changes?"**

**[redacted] this is exactly what this certification drive is all about. Every Skywest pilot should vote and the results will determine if the group wants to see these changes or not.**
**Peace**
**Time to unite**
[redacted]

---

[redacted]
With all due respect there's a big difference between reforming what we have versus starting from scratch.

Posts: **1112** | From: [redacted] | Registered: **Aug 2000** | IP: Logged | |

[redacted]
Member
Member [redacted]

posted 10-30-2002 23:54

Ok [redacted] The ballot will contain the following.

A:Reform what we have:

B:Start from scratch:

Will that be ok with you?

Peace
Time to unite
[redacted]

---

Posts: 532 | From: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Avatar Image
Member
[redacted]

posted 10-31-2002 07:25

quote:

---

Originally posted by [redacted]:
[redacted]

**Thanks for that tip, however, you lacked an approppriate source for your definition. Gerrymandering IS the verb we use for US Congress persons who use the US Post Office to send mail to their constituents free of charge is it not? I just used a little editorial freedom is shaping it for our use....in fact, if you adapt that to your second definition, it fits.** ***Like many other words in the English language, it's*** **one we adapt for our use....like email. I beleive the dictionary depicts it as a noun, but we use it as a verb day in, day out. I think many people use "peruse" with the intention of meaning "read over lightly" or "scan", but in truth, it means study intensely. I think I write what people understand, regardless of exact definitions. Trying to keep that tri-sided communications loop (guess that would be a triangle) flowing...**

---

CAL 0233

What you are referring to is the franking privilege. It is given to members of Congress to send mail without cost.

Posts: **102** | Registered: **Jun 2000** | IP: Logged |

[redacted]
M[redacted]
Member[redacted]

posted 10-31-2002 13:02

In spite of all the personal attacks and insults hurled on this forum by folks who would like to silence those who disagree with them, the simple fact remains: a union will NOT be the panacea that organizers infer it will be. Having a "legal" contract will NOT guarantee us improvements in the future, and will NOT provide a speedier and/or improved venue of resolving issues with management other than filing a grievance with the NMB. This could take years to resolve, and we'd be no better off than we were when we started -- plus we'd lose any flexibility we currently enjoy that was not specifically written in our contract, and management would have absolutely no incentive to agree to such flexibility. So again, no guarantee of results.

All anyone has to do is open their eyes and see how ineffective ALPA (the most predominant pilot union in the country) has been in achieving results for the folks it represents. Furloughs are rampant, contracts are violated at will, and the pilots are paying dues for the privilege. Interesting that no one on the organizing committee has yet answered the questions about how a union will be more effective in achieving the SkyWest pilots' goals than the current SAPA.

*I can only imagine how expensive it will be for this pilot group of 1200 people* to support a team of lawyers, offices in various cities, negotiators, computers, phone bills, et al. We are only 1200 people, guys -- are we anticipating dues of 25 percent per pilot?

Notwithstanding the non-effectiveness of our recourses under a union, I would LOVE to see a cost analysis of how much this is going to cost each pilot on a monthly basis. Anyone on the organizing committee care to answer that one? I assume if the organizers are up to speed on this, that they have taken the time to crunch some numbers.

It is my continuing opinion that the current SAPA provides the SkyWest pilot group with a flexible, amiable, cost-effective means of achieving its goals.

Respectfully,

[redacted]

Posts: **376** | From: F[redacted]
Registered: **Mar 2001** | IP: Logged |

[redacted]
Member
Member[redacted]

Icon 21 posted 10-31-2002 21:35

Blah...blah...blah...blah...!!!!

If I could link to the BBS we had in 1999, you could see the same old arguments.

Blah,blah,blah,blah...

Posts: 954 | From: [redacted] Registered: **Jun 2000** | IP: Logged |

CAL 0234

[redacted]
Moderator
Member [redacted]

posted 11-01-2002 09:27

Blah-Blah-Blah?

Is that like neener-neener-neener?

I'm rubber and you're glue, whatever you say bounces off me and sticks to you!

*I am proud to see the mature level of debate on this site, even if it's all been* said before.

[redacted]

Posts: **1695** | From: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
Member # 388

posted 11-01-2002 15:29

Hi [redacted] I will attempt to address your concerns regarding self-certification.

A legal contract is not designed to guarantee workplace improvements. A legal contract is designed to protect employees from frivolous work rule and policy interpretations. A contract gives us legal rights to file grievances. At the moment we have no legal rights to file anything with anyone. Our only recourse is to call a SAPA rep an option that is better than nothing. The company has demonstrated in the past how easily their manual can supersede our policy manual. We've had issues with reserve call out priority, proficiency flying etc. A number of pilots were affected by examples of these *policy interpretations. People were called up out of seniority or assigned* proficiency flying trips. Kudos to SAPA for finally resolving that issue but had the company dug in their heels, there is nothing anyone of us could do except b*&%#ch about it on the SAPA forum. The flexibility you claim we now enjoy with this current arrangement always seem to sway in favor of the company. They have the flexibility to change policy and conceive logic-defying interpretations (proficiency flying). If a pilot violated policy and had the excuse that according to his interpretation of the policy manual he did nothing wrong he will be promptly fired or suspended.

Your observations regarding ALPA is a bit flawed and I do not wish to engage you in a debate over the pros and cons of ALPA. This is a SAPA certification effort and has nothing to do with ALPA. (Gosh how many times have I made that statement.) It is wrong to hold unions responsible for the extensive furloughs occurring today. The function of a union is not to run businesses or guarantee an airlines success. Unions are not employment agencies tasked with finding jobs for furloughed pilots. Unions exist to protect the rights and interests of the workers they represent. There are over one hundred and fifty thousand professional pilots flying globally. Some form of certified and legal entity (ALPA, Teamsters or In-house.) represents these professional men and women. If your belief that certification is bad for our careers is valid, there are one hundred and fifty thousand pilots that are dying to hear why. Perhaps they will vote to disband all unions worldwide.

You wonder how 1200 pilots could support a union? How does Frontier do it *with their 800 pilots? How did Southwest do it back in the 70s or the* minimum wage making immigrant workers cleaning office buildings in LA? (Ok bad analogy.) They do it with sacrifice, resilience, commitment, and dedication to their respective work groups and jobs.

CAL 0235

How is a certified SAPA going to improve your life as a Skywest pilot?
Reasons have already been posted so scroll up.

Peace
Time to unite.
[redacted]

Posts: 532 | From: [redacted] | Registered: Jun 2000 | IP: Logged |

**This topic comprises 2 pages: 1 2**

Printer-friendly view of this topic **Hop To:** SAPA Forum Go

Contact Us | SkyWest Forums

SkyWestForums.Com is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.
© 2003 BoNo Communications
All Rights Reserved

UBB.classic™ 6.6.1

SkyWest Forums

my profile login | register | search | faq | forum home

Jump to new posts

» [redacted] ] **SkyWest Forums » Flight Ops » SAPA Forum » Self Certification.**

**Author** **Topic: Self Certification.**

[redacted]
Member
[redacted]

posted 10-29-2002 10:24

Pilots, your employment status at this airline is "At will". Translate; anyone of us can be fired at anytime, no questions asked. If you feel your termination was unjustified and you notify SAPA, yes they will do what they can for you. If they are unsuccessful, it is up to you to go hire your own lawyer. This "at will" status needs to change and that can only happen with government recognized certification. It is a right that each of us has as workers in the US.

Your license and medical is yours, not the companies. Skywest, in a marvelous display of generosity has offered to provide legal assistance to any pilot in need. Why should we depend on a company lawyer to fight for us?

**CAL 0236**

The lawyer's first priority is to protect the companies certificate not yours. The company is signing his check, not you. With certification we will have our own lawyers on staff who's primary and only concern is to protect pilot certificates.

Our seniority list is not recognized in the industry. If we are sold or merged, we are all screwed. Every carrier out there has some form of legal representation (ALPA, Teamsters, In-house etc.) that have legal and recognized merger clauses built into their contracts. Not everyone will be happy as was the case with the American and TWA situation but at least the TWA pilots had some degree of seat/equipment protection.

Our management team is not comprised of tyrants. I do not believe that SAPA certification will suddenly cause our managers to practice tyranny. If the members of the anti-organizing force are so content with management's sentiment towards this pilot group, then why do you fear their response to self-certification? Someone said in a previous post that management has always been willing to work with this group yet they express fear of management's response to self-certification. If management is always willing to work with this pilot group and they mean what they say, they should do so whether we are certified or not.

Time to unite.

Peace
[redacted]

Posts: 532 | From: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Moderator
[redacted]

posted 10-30-2002 00:04

This is not the view of the SAPA board, nor of the highly organized anti-organization effort.

I agree that we are "at will" employees, but I believe that this company recognizes the potential liability involved with wrongful termination cases. "At will" does not necessarily mean "at risk."

I am not so rosey-eyed to believe that our employee/employer relationship would remain amicable after certification. If we choose to change the nature of our relationship, then we should not be surprised to find that the nature of the relationship has changed.

There are pros and cons.

[redacted]

Posts: 1695 | From: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
Member [redacted]

posted 10-30-2002 12:18

[redacted] if the company recognizes the risk of wrongful termination then why are there multiple cases where pilots were terminated/disciplined, no questions asked because of hearsay and unsubstantiated accusations? Some pilots were reinstated as a result of SAPA's efforts and some hired their own lawyers to file suits against the company. Only then were they reinstated. Why should we as dedicated professional airmen be subjected to that kind of stress and

CAL 0237

uncertainty? I always hear of pilots getting days off for allegedly being rude to gate agents or rampers. When was the last time a gate agent or ramper was disciplined for disrespecting a pilot? I assure the consequences for pilots are far more severe.

Self-certification does/should not indicate a desire to alter or destabilize employee/employer relationship. As employees we have a right to procure legal and recognized representation. This is what self-certification is all about. Again if management is so willing to work with this pilot group, they should practice what they preach and do so whether we are certified or not. Southwest Airlines airmen have an amicable working relationship with their management. There is no reason that I can think off why that cannot happen here.

Time to unite
Peace
[redacted]

---

Posts: 532 | From: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Moderator
Member [redacted]

posted 10-30-2002 14:10

---

What do you mean "no questions asked"?

What do you see are some of the downsides to certification? What are the *cons?*

[redacted]

---

Posts: **1695** | From: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
Memb [redacted]

posted 10-30-2002 15:28

---

[redacted] *I will attempt to answer your questions as best I can so bear with me.*

During the Comair fiasco the company stated that it would not force any Skywest pilot to fly "Struck Work". Since SAPA is not a legal entity the Skywest pilot group had no clear definition of what struck work was. We had to rely on bits and pieces of information from ALPA MEC's at both Comair and Delta. This information at times did not jive therefore the definition of struck work was at best ambiguous and subject to individual interpretation. ALPA certainly had no obligation to assist the Skywest pilot group with its interpretation of struck work so essentially it was up to the individual pilot to decide. An RJ captain was assigned a flight to a Comair controlled destination in an aircraft with a Comair tail number. This captain tried in vain to get dispatch to swap airplanes since he did not feel comfortable flying a Comair bird into a Comair destination. This captain was sent home and 3 days later was fired for refusing an assignment. This is one example of a no questions asked firing. You guys did an outstanding job getting this guy re-instated and for that I commend you. If SAPA were certified and recognized in the industry the way SWAPA (Southwest Airlines Pilots Assoc) is, things like struck work will have clear definitions. We would have legal contracts governing our work rules, not the ambiguity that exists in our agreement today. This ambiguity can de-rail our careers.

What are the downsides to certification? That is a tough but fair question [redacted] *The funding for a certified SAPA will now be our responsibility not the*

CAL 0238

companies. TAX DEDUCTIBLE dues will be collected. That would mean deductions from every pilot's paycheck. There are those that oppose certification and may resent having monies deducted from their checks to fund an organization they do not want. Millions of Americans did not vote for Clinton yet they all found ways to live with his tax increases. At least a certified SAPA will be held accountable to the pilot group, not management.

The company may at first resent the fact they may now have to research the meaning of the word "accountability". I believe that our managers are good people as evident from our success and growth. I believe that they will support our decision to certify when the votes are tallied. I believe they will work to preserve an amicable working relationship with this pilot group. A happy work force is a productive workforce. Every CEO and manager knows this. It is why Southwest Airlines is the only unionized major carrier today that is making coin.

The dawn of a new SAPA will require tremendous resources, both personal and financial. We have to start somewhere and I believe that slowly but surely we can make a difference. In a few years we will have millions in the bank. Over time we will amass resources to protect yours and the careers of future Skywest pilots. I for one am determined to do or assist to the best of my ability to achieve that goal. I have visions of making Skywest Airlines the Cadillac of the industry. I have visions of the disgruntled pilots at Comair, ASA and every regional pilot group in the country joining us. We can be leaders in this industry. Together we can make a difference.

Time to unite
Peace
[redacted]

Posts: 532 | From [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Moderator
Member [redacted]

posted 10-30-2002 16:40

Thanks for the level response.

The Comair struck work issue went pretty well, I think. To clarify: the incident you mentioned was well after the Comair strike. In that case, questions were asked, and the inappropriate disciplinary action was reversed.

I would add the possibility that our employee/employer relationship could change for the worse to a list of cons.

Thanks again.

[redacted]

Posts: **1695** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
Member [redacted]

posted 10-30-2002 17:03

Out of curiosty was that pilot given back pay for the time off work if in fact it was wrongful termination? He should not have endured financial penalties if the termination was wrong.

Posts: **421** | Registered: **Jun 2000** | IP: Logged |

CAL 0239

[redacted]
Moderator
Member [redacted]

posted 10-30-2002 19:03

[redacted]

'Don't know. I was not directly involved in this one. I think that the company wanted to take action for the work refusal, but reversed course on the original severity of the discipline after being challenged. Does anyone know the pilot involved? What's his/her (your) take?

Is anyone who feels that they were inappropriately disciplined willing to discuss the issue here? A first person objective review might be more tangible than the rumor process we are following now.

[redacted]

Posts: **1695** | From: **san diego** | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
Member [redacted]

posted 10-30-2002 21:09

> quote:
>
> Originally posted by [redacted]:
> [QBThis captain tried in vain to get dispatch to swap airplanes since he did not feel comfortable flying a Comair bird into a Comair destination. This captain was sent home and 3 days later was fired for refusing an assignment. This is one example of a no questions asked firing[/QB]

Can someone refresh my memory on this one? Didn't this incident take place long AFTER the strike was settled and the Comair pilots were back to work? Personally I think the company handled the strike issue pretty well.

Posts: **1112** | From: [redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
Moderator
Member [redacted]

posted 10-30-2002 21:57

[redacted]

You are correct.

[redacted]

Posts: **1695** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
Member [redacted]

posted 10-30-2002 23:35

Dave I know the pilot referred to in my above post. He is a senior RJ Captain in SLC. I've refrained from using his name in my post since I did not get his permission to do so.

*Another pilot was fired because of allegations made by a hotel employee. The* company chose to take the side of the hotel employee. There was an attempt made to coerce the pilot into making a confession. The pilot refused and was fired. The pilot hired his own attorney and was reinstated after he threatened to sue the company. I also know this pilot.

**CAL 0240**

A very senior anti union pilot was suspended due to allegations made by a gate agent in LAX. This pilot was attempting to commute to his home. The agents boarded United non-revs ahead of this very senior Skywest pilot on a Skywest aircraft. The airplane filled up and the Captain was going to be left behind. The Captain questioned these actions and was denied boarding on all future flights to his hometown. The Captain drove himself home in a rented car. Reports were filed and again the company sided with the gate agent. The Captain was suspended but was able to reverse the decision by calling a senior company officer that happened to be a personal friend.

In this world pilots are considered GUILTY until proven innocent. The only thing a pilot and SAPA can mediate is the punishment. It appears that SAPA cannot openly take up a defensive posture on behalf of the pilot. You have to hire your own attorney should you wish to prove your innocence.

Pilots are a unique group of people. We are highly trained professionals that love what we do for a living. We've all paid the price to be here. Some of us *built our time getting shot at over Iraq and some flying crappy airplanes filled* with canceled checks or auto part in the middle of the night in crappy weather. We subject ourselves to intrusive background checks, scrutiny from the FAA, NTSB, TSA, Check Airmen, and Medical Examiners etc. A requirement for the ATP is "must be of good moral character". We are held to ultra high standards. No other work group shares these dynamics. The company hired us because they believe we possess all the ultra high qualities that professional airmen should have. Why they choose to side with or believe accusations made by individuals whose expectations are dramatically reduced will always be a mystery to me.

It is our right as workers in the US to seek a legal form of representation. By law we should be free to organize without retribution. We also should have the right to face our accusers.

Peace
Time to unite
[redacted]

Posts: 532 | From: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Moderator
Membe[redacted]

posted 10-31-2002 09:32

Again, I think that personal narrative would be better than third-hand examples, citing only bits of information. Isn't there more to all of these examples than you mention here?

One pilot willing to discuss their individual circumstances would help a great deal, I think. It's possible that a disciplined pilot might refuse to air details because their history might show a pattern of poor judgement and appropriate disciplinary action. But if someone was disciplined inappropriately, and discussed the details openly on this forum, then that could swing a good number of potential votes.

For those who have followed the Policy Manual appeal process -- with SAPA on their wing -- I submit that they have been satisfied with the results. For those who feel that they have been inappropriately disciplined without following the established appeal process, then I suppose that they will forever feel inappropriately disciplined, but inappropriately so.

**CAL 0241**

SAPA takes a defensive posture for pilots daily. Any assertion to the contrary is false. This is not to imply that a recognized labor group couldn't do better, or that we should not have a vote. But if the only way to make the case for a union is to misstate/understate the efforts of the current SAPA, or cite half-truths about third parties who are unwilling to present their own circumstances, then it might be difficult to win votes.

Dave

Posts: **1695** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
Member [redacted]

posted 10-31-2002 09:53

[redacted]

After the appeals process is complete I will be happy to discuss my situation. I dont think that it would be appropriate until that is finished. By the way, I want to thank the SAPA folk for helping me out the last few days.

[redacted]

Posts: 137 | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
Member [redacted]

posted 10-31-2002 11:38

I have chosen to edit my above post to exclude the recent situation involving a member of the organizing committee. Dave you are correct. The information I received is a bit fragmented and it is not my wish to debate the causes for certification with this type of information.

The case is also in the appeals process and the pilot in question does not wish to involve or jeopardize the career of a fellow pilot that can exonerate him regarding one of the accusations. I will leave it to this pilot to discuss the details of this case when he feels it is appropriate.

Peace
[redacted]

Posts: 532 | From: **Newport Beach CA 92663** | Registered: **Jun 2000** | IP: Logged |

Andy Callaway
Unregistered User

posted 10-31-2002 12:06

David,

How do you expect individuals to tell their story on this forum when we all know that management has either direct or indirect access to this site and will use whatever means necessary against that person?

I do not believe for one moment that someone will feel safe about posting a personal situation where unfair and unwarranted disciplinary action occurred.

I might point out that using any information on this forum in a retaliatory manner by management is illegal and violates federal law!

IP: Logged |

**CAL 0242**

[redacted]
Member [redacted]

posted 10-31-2002 14:15

[redacted],

I can assure you that no one in management has direct access to this forum. The bbs software is very secure and it is virtually impossible to hack into a forum that you aren't given access permission to.

However, I do not have control over people (who have access) printing posts and distributing them to whomever they want, or leaving crew room computers logged on after they leave.

[redacted]

Posts: 761 | From: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Moderator
[redacted]

posted 10-31-2002 15:07

If a pilot has appealed an action, management already knows that the pilot feels that the action is inappropriate. By recounting the details, they would not say anything that management does not already know.

CPT Callaway: "I might point out that using any information on this forum in a retaliatory manner by management is illegal and violates federal law!"

How could this be used against the pilot, then? Especially now that we have this exposure?

If a pilot has received an action, and has not appealed it through the current process, how can they claim that another process would be better?

Thank you for your help, [redacted].

Are there any other pilots who are willing to stand by personal examples of inappropriate disciplinary action?

[redacted]

Posts: 1695 | From [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 10-31-2002 17:48

[redacted]

The reason I will not go into details until after the review board is because I understand that the review board will consist of 2 SAPA members. It would be like the defense lawyer having a couple of beers with the jury after court one day.

Posts: 137 | From: **out there....way out there** | Registered: **Jun 2000** | IP: Logged |

CAL 0243

[redacted]
Moderator
Member [redacted]

posted 10-31-2002 20:31

I understand. Thanks for being willing to discuss your issues post facto.

[redacted]

Posts: **1695** | From: **san diego** | Registered: **Jun 2000** | IP: Logged |

Andy Callaway
Unregistered User

posted 11-01-2002 03:00

[redacted], and [redacted], and everyone else that believes this crap does not happen,

I beg to differ! If you believe that we are immune to management mistreatment, then please explain why my counseling statement contains the following:

"This is not the first time you have been counseled on your behavior. During the **summer of 2000**, you were summoned to Corporate Headquarters for verbal consultations in reference to **posts you authored on the Web Boards.** Any further behavior problems such as:

Arrogant and abusive treatment of fellow employees
Disregard or refusal to comply with company policies and direction
Any conduct that would constitute an embarrassment to SkyWest Airlines or it's employees.

could result in further disciplinary action up to and including termination."

***Since my posts were on the SAPA site ONLY, management's admission to gaining access to these posts clearly violate not only my 1st Amendment rights, but also my rights clearly outlined in Fedral Law U.S.C. SS 2510-2520 and U.S.C. SS 2701-2710.***

Does anyone care to dispute this or provide any explanation?

Does anyone know what was going on during the summer of 2000?

IP: Logged |

[redacted]
Moderator
Member [redacted]

posted 11-01-2002 09:19

[redacted]:

I'm glad to see that you are willing to discuss your issues; I think that this will shed a little light.

What are the details of the entire counseling statement? The "posts you authored on the Web Boards"? Did Management present printed data? Did you appeal the outcome? Did you have a SAPA Representative with you? As many details as you can share would help.

I am not suggesting that a pilot get on this or any site and say something stupid. What I am suggesting is that anyone who feels that they have been inappropriately disciplined, and have followed our established appeal process, could help their fellow pilots a great deal by recounting those details here. It would be difficult for someone who shows a history of poor judgment to discuss the details of their issues here. But if a pilot has been inappropriately

CAL 0244

disciplined, they should be able to tell that story objectively and without consequence.

[redacted]

Posts: 1695 | From: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
Member # [redacted]

posted 11-01-2002 16:15

I'm curious if anyone would like to speculate how these types of issues would be treated if we were to have a union. What would be the procedure if one of us has a greivance like these? How long would it take to resolve? How much would it cost? Might management fight even harder (i.e., a negotiating strategy of asking for more than you really expect to get or believe is fair)? Any thoughts...

-[redacted]

Posts: 163 | From: [redacted] Registered: Feb 2001 | IP: Logged |

[redacted]
Member
Member [redacted]

posted 11-03-2002 09:46

It has been my direct experience that the way questionable disciplinary actions(or "grievances" in union speak) are taken care of and the ultimate solution can be summed up with two items:

1. Lawyers, who make A LOT of money from disgruntled pilots

2. Same end solution. What was rightfully done stays that way, what was incorrect is corrected.

Union Net result: Pilots - Money = [Frown]

SAPA Net result: Pilots - 0 = $$$ (how many $ is debatable, but in all cases more than the union result...)

I applaud the SAPA reps, especially David Cain for his level-headed responses to what appears to be an number of irate pilots. Before anyone believes a snipet full of venom, please get ALL the facts and I think we may find that while the company is not perfect, it has tried to operate in the best interest of the thousands of people who work for it.

Please note: I am CERTAIN there have been bad handling of situations within the company, but like all things in life, sometimes **it happens and sometimes it takes a bit of effort to correct the situation.

Just like real life...

Not trying to add to the irritation, (really)
[redacted]

Posts: 16 | From: N[redacted] Registered: Sep 2001 | IP: Logged |

CAL 0245

Printer-friendly view of this topic

Hop To: SAPA Forum Go

Contact Us | SkyWest Forums

SkyWestForums.Com is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.
© 2003 BoNo Communications
All Rights Reserved

UBB.classic™ 6.6.1

SkyWest Forums

my profile login | register | search | faq | forum home

Jump to new posts

[redacted] out ] SkyWest Forums » Flight Ops » SAPA Forum » November SAPA Meeting Minutes (Page 1)

This topic comprises 2 pages: 1 2

| Author | Topic: November SAPA Meeting Minutes |
|---|---|
| [redacted] Member [redacted] | posted 11-25-2002 14:50 |

SAPA MEETING MINUTES

November 20-21, 2002

Palm Springs, California

Attendance:

[redacted]

Absent:

[redacted]

CAL 0246