A quorum was present

1. WELCOME

2. REVIEW OF OCTOBER SAPA MEETING MINUTES – [redacted] reviewed with the group the October SAPA meeting minutes.

3. PRESENTATIONS

SGU Benefits Department Presentation – [redacted] and [redacted] presented the open enrollment benefits program along with Company offered financial benefit information.

4. OLD BUSINESS

a. Commuter Parking Pass Proposal (SP 309 paragraph 4) – The proposal written by [redacted] was discussed in detail. Some basic rewriting will occur and we will secure parking costs at all SkyWest domiciles in order to come up with a dollar amount to propose to Management. The consensus of the group was to propose a voucher system for crewmembers that park their car somewhere other than their domicile. Those parking at their domicile will continue to have parking paid in full by the Company.

b. SP 303, SP 325, and Creation of Pilot Only Policy Manual Letter of Agreement – A motion was made to accept this Letter of Agreement dated November 21, 2002, and present it to Management at the abbreviated Flight Ops. Meeting on November 21. The motion was seconded. A vote was taken and the motion carried. After presenting the LOA at the Flight Ops. Meeting (evening of the 20th) Management asked to change the word achieve to pursue. This was agreed upon by both sides and the Letter of Agreement was signed by [redacted] and [redacted]. The Letter of Agreement is posted on this thread immediately following this post.

c. SP 318 Proposal – Extensive discussion ensued with regard to SP 318 proposal. Agreed upon changes will be made and the proposal should be ready shortly to present to Management.

5. COMMITTEE REPORTS

a. Jumpseat Committee – [redacted] presented information on three carriers that he felt should be added to the SkyWest Airlines jumpseat list.
1) Airnet Express – A motion was made to present AirNet Express to Management for addition to the jumpseat list. The motion was seconded. A vote was taken and the motion carried.

2) Allegiant - SAPA will present information on Allegiant to the General Membership. If approved, the timeline for this addition will be early January.

3) Skyway [redacted] presented this airline as a possibility for addition. Tom will research Skyway, present information to the General Membership, and consideration for addition to the
list will be discussed at a future SAPA meeting.

b. Scheduling Committee – [redacted]
1) In the Flight Ops. meeting held on Wednesday evening and continuing on Thursday morning, much focus was placed on the poor quality of schedules system wide and the necessity to find a solution as quickly as possible. Both

CAL 0247

SAPA and Management agreed on this point and concluded that this should receive top priority. The result of the discussions led to a commitment from Management to support a multi-day Scheduling Symposium which would include at least two non-SAPA/SIA representatives selected from each of the larger domiciles and one from each of the smaller domiciles, to brainstorm and come up with ideas and solutions that could possibly improve the schedules. In attendance from Management would be Anita Spencer and the crew planners. This symposium is designed not only for educational purposes but also for an actual "hands on" approach to finding solutions to this problem.

2) Block Times (SP 328) – The updated historic block times for insertion in the Crewmember Policy Manual were presented by Management and review by a small SAPA rep group headed by [redacted]. Management asked us to review the list and send back any disputes as soon as possible. [redacted] and his group flagged the discrepancies and the list was sent back to SGU. Any segment discrepancies will be replace with Marketing block times until enough time has passed where an accurate average of the actual block time can be determined. It was also determined that after a 90-day period all new segments will be flagged by [redacted] and the 90 day average will be then sent to SAPA and SIA for review and approval.

3) Also briefly discussed again was the idea of bringing marketing and block times together and transition to one set of pay credit stage segments. This would take some time in the process in that [redacted] would have to adjust his times to conform with UA and DL schedules while still achieving the 65% on time performance. SkyWest is closer to 85% on time performance level and UA would like to see the times adjusted to be closer to the 65% mark. In other words, it has become too easy for the Company to obtain the on time bonus incentives due to the augmented market stage segment times. All of this and much more factor into the combining of the these two times for pay purposes.

c. Benefits Committee – [redacted]
1[redacted] researched the Company's notification of 401(k) limit increases for 2002 in response to a recent PIC. Based upon that research, [redacted] is satisfied that the Company did in fact meet its responsibility to inform the employee group of the recent Federal 401(k) changes.

2) Open enrollment for benefits continues through November 30, 2002. [redacted] SAPA Communications Chairman, will make an effort to inform the pilot group of the deadline via the message board and phone update.

d. Hotel Committee – [redacted] reported that the New Oakland hotel details are now available online. Brian also indicated that the LAX and SMF hotels are currently under review.

e. Safety Committee- The consensus of the group was that the Safety Committee is underutilized. Selection of volunteers to help reform the committee will be performed at the next SAPA meeting.

f. Flight Standards Committee – [redacted] encourages all pilots to call MX Control anytime a discrepancy is recorded in an aircraft maintenance log.

g. Communications Committee – [redacted]
1) At the suggestion of a general member, [redacted] is reestablishing the SAPA email newsletter server. All updates, minutes, and agendas are now available via email. Pilots are encouraged to sign up on the SAPA Forum, or at

CAL 0248

thesapa.org website. There are currently 208 active email addresses on the newsletter list. [redacted] set an enrollment goal of 500 members by January 1, 2003.

2) thesapa.org website is again being monitored and updated. All pilots are encouraged to visit the site, which now contains updates, minutes, by-laws, and representative information.

h. Reserve Committee – [redacted] Continued work on SP 318 counter proposal.

6. NEW BUSINESS

a. SAPA Bylaws Modification Proposal Paragraph 9 – It was proposed that a two part amendment of paragraph 9 of the SAPA Bylaws be considered. The first part of the proposed amendment was to include the addition of an Employee Assistance Program Committee to the list of SAPA committees. The second part of the proposed amendment allowed for the SAPA Representative Board to be able to select a chairperson outside of the confines of the SAPA Representative Board. Debate ensued and a motion to create an EAP subcommittee of the Special Projects Committee, with the Special Projects Committee chair to delegate the leadership of the EAP committee was made. The motion was seconded. A vote was taken and the motion carried. [redacted] was nominated to chair the Special Projects Committee. Mike accepted the nomination. [redacted] was nominated to lead the EAP subcommittee. A motion was made regarding these two nominations. It was seconded. A vote was taken and the motion carried.

b. SAPA Bylaws Modification Proposal Paragraph 10 – It was proposed that a two part amendment of paragraph 10 of the SAPA Bylaws be considered. The first part of the proposed amendment was to change the name of the Northern California Region to Northern Region and the Southern California Region to Southern Region. The second part of the proposed amendment was to add TUS to the Southern Region. After much discussion, it was determined that due to an increasing imbalance in regional representation, that it would be in the best interest of the pilots to possibly create a 4th region. [redacted] volunteered to write up the amendment and present at the next SAPA meeting.

c. SP 72 – SP 72 outlines new Company policy with regard to moving expenses. It was determined that in light of the Letter of Agreement dated November 21, 2002, which contains the item of SP 303, Scope, that the discussion of this Company proposed SP section would be unnecessary. It is the consensus of the Representative Board that for crewmembers, the Crewmember Policy Manual supercedes all other policy manuals. (see Letter of Agreement on this thread immediately following this post).

d. SP 99 – SP 99 outlines new Company policy with regard to the solicitation of non Company related materials when on duty. It was determined that that since there was no conflict or mention of this practice or anything relating thereto in the Crewmember Policy Manual, that the discussion of this Company proposed SP would be unnecessary.

e. SP 306 Proposal for TR insertion – 2.B.46) – The wording in this TR proposal was too vague. SAPA opted not to sign at this time. This proposal will be sent back to InFlight for rewrite.

f. SIA requests for Review – It was the consensus of the group that this

CAL 0249

is an InFlight item only and therefor does not warrant discussion within SAPA.

7. CARRY OVER ITEMS

a. SP 315 Paragraph 6 D (PC Failures) – Did not discuss.

b. Ghost Bidding Proposal - No further progress has been made on this issue. [redacted] will have more information to present at the next meeting.

8. POLICY INTERPRETATION COMPLAINTS

a. Withholding E120 Vacation Bids - Discussion. A motion was made to submit a formal objection to Management based on numerous PIC's. The motion was seconded. A vote was taken and the motion carried.

b. Return to Reserve/User Credit – Discussion. Based on the circumstances and supporting evidence submitted by the pilot with regard to this PIC, a motion was made to pursue this complaint. The motion was seconded. A vote was taken and the motion carried.

c. Continuous Duty Shifts and Vacation pay – Discussed. A motion was made to pursue this complaint at the executive level. The motion was seconded. A vote was taken and the motion carried.

d. Reduced Reserve Guarantee – Discussed. A motion was made to pursue this complaint based upon industry standards and pro rata duty. The motion was seconded. A vote was taken and the motion carried.

9. GENERAL MEMBER TOPICS

a. Reinstating of DSR's - see COMMITTEE REPORTS, b 1) above.

b. Partial Trip Drops – Discussed. A motion was made to pursue the topic. It was seconded. A vote was taken and the motion carried.

10. OTHER

a. Discussion ensued with regard to the current organizing efforts. The group's final consensus is that SAPA will continue to remain neutral during the current pilot efforts to attain collective bargaining.

b. Discussion ensued with regard to the letter and petition to the NMB sent by the organizing committee members stating their names as the current SAPA officers. A motion was made to send
a letter to the NMB stating the fact that the executive board that now exists are the only true officers of the current organization that is known as SAPA (as recognized by the pilot group and Management). It was seconded. A vote was taken and the motion carried.

11. ADJOURNMENT

*Posts:* ***157*** | *Registered:* ***Jun 2000*** | *IP:* *Logged* |

[redacted]
Member
Membe[redacted]

posted 11-25-2002 14:56

LETTER OF AGREEMENT

**CAL 0250**

November 21, 2002

SkyWest Airlines Flight Operations Management and the SkyWest Airlines Pilot Association agree to establish a time line to pursue the following three objectives:

1. Establish a pilot policy manual based upon the current Crewmember Policy Manual.

2. Remove any wording in SP 303 which would allow the SkyWest Airlines Company Policy Manual to supercede the newly established pilot policy manual.

3. Refine SP 325 and establish a formal mediation process to resolve Policy Interpretation Complaints.

Both parties agree to develop this time line by the last day of the 1st fiscal quarter 2003.

____________________________ Date:
[redacted], VP of Flight Operations

____________________________ Date:
[redacted] SAPA President

Posts: **157** | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
Member [redacted]

posted 11-26-2002 17:51

**A motion was made to send a letter to the NMB stating the fact that the executive board that now exists are the only true officers of the current organization that is known as SAPA (as recognized by the pilot group and Management).**

[redacted], SAPA and its executive board are not a legally recognized organization according to the federal government. How are we to determine if the majority of pilots desire government certification. We cannot ask you guys to make cards and petition the NMB since the company won't let you.

I was told months ago by a SAPA member that SAPA reps cannot lobby the pilot group or advocate self-certification since doing so will be in violation of your agreement with management. I was informed that it would be up to us, the pilot group to seek self-certification. Since names needed to be filled in on the petition form and the names of the organizing committee members were used, (remember we couldn't ask you guys to do this) why send a letter to the NMD, which has a potential to neutralize our efforts.

We need to have an election to determine what the majority of pilots desire here at Skywest. If the pilots vote for certification, new elections will be held to elect officers. Anyone including the existing SAPA members can run. If people are happy with your individual efforts in the old and uncertified SAPA, I expect you will be re-elected.

We need to take action now to protect our careers. The pilots at every carrier regional and major have legal representation. What will happen to our seniority list should we be acquired or merged with another "Union" carrier?

CAL 0251

What can SAPA do to change our "at will" employment status?

It is rumored that Comair will be flying in and out of SLC next year. Do we have any scope clauses in effect? Can SAPA as a group as it exist today monitor and possibly grieve the possible proliferation of Comair ASA flights on our route system.

Does SAPA have aviation lawyers and medical experts retained to ward off or fight enforcement actions by the FAA or fight to regain lost medical certificates?

Peace
Time to Unite
[redacted]

Posts: 532 | From: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]

posted 11-26-2002 19:21

quote:

Originally posted by [redacted]:
[b]
***It is rumored that Comair will be flying in and out of SLC next year. Do we have any scope clauses in effect? Can SAPA as a group as it exist today monitor and possibly grieve the possible proliferation of Comair ASA flights on our route system.***

Does ASA or Comair have such clauses in their ALPA contracts? I think not since we are adding a lot of flying in their neck of the woods.
I'd stick to the real issues in this campaign.

I think SAPA (the real version) is correct in clarifying who they are with the NMB. The well intentioned union organizers made a regrettable mistake in coopting the name SAPA. We have already discovered that some folks that signed cards were not clear on the intent to certify a totally new organization. They signed cards thinking they were voting to certify the current SAPA.

Posts: 1112 | From: [redacted] | Registered: Aug 2000 | IP: Logged |

[redacted]
Member
Member [redacted]

posted 11-26-2002 21:33

[redacted], yes Comair and ASA do have scope language in their contracts. You will never see a proliferation of Skywest operated flights on existing routes operated by other carriers without some major fallout. The pilots at these carriers have a legal right to grieve such tactics. This is a luxury we at Skywest do not have. Delta can populate our existing route structure with their wholly owned subsidiaries and there isn't anything we can do about it. Again SAPA ("the real sapa") is not recognized in this industry with the exception of Skywest management. We have no legal right to develop and enforce scope language. We have no legal rights to grieve anything considered detrimental to our careers with anyone.

CAL 0252

I am curious as to your thoughts on the other issues I raised. I am assuming that you simply do not have an answer or cannot effectively retort these valid concerns shared by so many of our pilots.

Seniority list protection.

Changing our "at will" employment status.

Licenses and medical protection.

Retirement.

Continuation of medical insurance after we are forced to retire at 60.

Allowing pilots who are targeted for termination or suspension to face their accusers. There are far too many cases where pilots are terminated or suspended for unsubstantiated hearsay accusations. Pilots are seldom given the benefit of the doubt and they are presumed guilty until proven innocent. In some cases pilots are not even allowed to prove their innocence.

Peace
[redacted]

Posts: 532 | From: [redacted] Registered: Jun 2000 | IP: Logged |

[redacted]

Member
Member[redacted]

posted 11-26-2002 22:36

quote:

---

Originally posted by [redacted]:
**Delta can populate our existing route structure with their wholly owned subsidiaries and there isn't anything we can do about it.**
**I am curious as to your thoughts on the other issues I raised. I am assuming that you simply do not have an answer or cannot effectively retort these valid concerns shared by so many of our pilots.**

**Seniority list protection.**

**Changing our "at will" employment status.**

**Licenses and medical protection.**

**Retirement.**

**Continuation of medical insurance after we are forced to retire at 60.**

***Allowing pilots who are targeted for termination or suspension to face their accusers.***

---

[redacted],
Imagine that our customer (Delta) can do what they please with the companies they OWN. Horrors. We are a regional partner of Delta. They say jump and we say how high. Do you honestly think that we could achieve

CAL 0253

scope protection from Comair or ASA? They are owned by Delta who writes the checks to SkyWest.

The other issues you just mentioned are real issues and should be the focus of your campaign. Just stick to the ones you can substantiate.
You seem to have some difficulty with proving that management is selectively targeting and persecuting pilots because they don't like the way they part their hair. Andy C said he had all sorts of proof and I emailed him and never heard a thing. I've had contact with others and noone has been able to supply a lick of proof other than a second hand story or two they heard. And quit bringing up the JM termination/rehire as an example of persecution unless you choose to mention that the event occurred long after the strike was settled.
The *medical insurance after age 60 is a hot button issue.* I'd love to see it but I can almost guarantee it won't happen. The simple fact is that we'd be asking management to commit to a unknown and unpredictable sum of money. I retire in 20 years. Can you predict what it would cost for insurance at that point? If we want "Medigap" coverage we need to be willing to fund it ourselves and I'm not sure if a majority of our pilot group even wants to pay for that. Many are confident they will be going to a major and not have to worry about it. Some may find that it doesn't work out that way.
Bottom line is stick to the facts. You are your own worst enemy in promoting a union. There are others on the organizing committee that make a far more compelling case.

Posts: **1112** | From: [redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
Moderator
Member [redacted]

posted 11-27-2002 06:45

Based upon the confusion among the pilots about who is behind this drive, I think that Chris would have been negligent not to respond. To debate the fact that some pilots are confused seems to me either blind or deceptive.

Regardless of the effectiveness of SAPA or its legal status (or arguable lack thereof), SkyWest Management and SkyWest Pilots have operated with one another based upon a policy manual that both parties (such as they are) have agreed upon. The SAPA structure has been in place and functioning with at least some effectiveness for a number of years, and may be a good base model for certification. The NMB requirements for specific committees could be applied to our current structure, leading to an organization which would require little more than a rubber stamp vote from the pilot group and walk-in approval from the NMB. How long that process would take is open for discussion, but I would want the current structure as close as possible to the post-certification structure.

As a SAPA Representative or General Member, if you said, "Let's certify SAPA," I would assume (mistakenly, in this case) that what you meant was, "Let's certify (the current representative body) SAPA," much like I described above. But that is not what you meant. The intent of this organization effort is not to build on the current structure, but to eliminate it, and create a new structure all together [insert 'Airplane' (the movie) joke here].

*The argument that current members can run for positions in the new* structure is missing the point, because it is not about the people, but the structure, the system, the organization.

Pilots are confused about this drive. As a pilot representative, I consider it my

CAL 0254

job to help dispell that confusion, regardless who caused it.

The representative board includes pilots who want a union, pilots who do not, and pilots who have not formed a position. I voted in favor of this letter to the NMB, as did every other representative on the board.

[redacted]

Posts: 1695 | From: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
Member [redacted]

posted 11-27-2002 08:36

[redacted]

I think that you are interpreting my letter to the NMB as a position against your certification efforts, and that is simply not true. We would not have written the letter, or even be having this dialogue, if it weren't for the fact that you have used the SAPA name in your campaign efforts. ***The Representative Board believes that the use of the SAPA name is very confusing to the pilot group*** . The letter was written in order to clarify the representative situation here at SkyWest Airlines. I understand that the NMB and the DOL may not understand (or recognize) what type of arrangement we have here, but that does not nullify the fact that over 1300 pilots and a Management team do recognize the current SAPA as the representative group of the pilots.

The letter did not represent an attack on your efforts to organize this pilot group, it was only stating the facts. If the organizing committee truly believes that the use of the established SAPA name is not confusing to the pilot group, then you should be confident that the NMB will make the right ruling on the matter. If you are nervous that perhaps the NMB will neutralize your efforts, then perhaps that is a good thing, too, because I am sure that you would agree that you would not want to begin an organization that was not based on truth and understanding.

The issue here is not that I wish to start a power struggle between your group and mine, or that I want to remain in my current position, it is about making sure that you are getting the right answer to the question that you are asking this pilot group. You are asking them to decide on whether they want a union here, not whether they want SAPA to be a union. You can't convince someone that they like lemonade by serving them orange juice in a lemonade container. I know that you want this pilot group to answer "yes" to organization, but don't you want them to know what it is they are actually getting?

[redacted]

Posts: 459 | From: [redacted] | Registered: Nov 2000 | IP: Logged |

[redacted]
Member
Member [redacted]

posted 11-27-2002 08:54

Here is a copy of the letter that was sent to the NMB:

[redacted]
SkyWest Airlines Pilot Association

CAL 0255

[redacted]
National Mediation Board
1301 K Street NW, Suite 250 East
Washington, DC 20005-7011

November 22, 2002

Dear [redacted]:

I understand that you have received an application on behalf of the SkyWest Airlines Pilots Association/SAPA for the services of the National Mediation Board under the provisions of Section 2, Ninth, of the Railway Labor Act ***(NMB case No. R-6920)*** . *As current president of SAPA, I feel obligated to* inform you that this organization has not filed such an application with the National Mediation Board. I have been president of SAPA for two years, and SAPA has been functioning as a Management recognized group representing the pilots of SkyWest Airlines for approximately 7 years. The Executive Board of SAPA has not filed this application on behalf of the General Membership of the SkyWest Airlines Pilot Association.

You may reach me via e-mail at abell@thegrid.net or by phone at (801)376-5993 if you have any further questions.

Sincerely,

/S/

[redacted]
President, SkyWest Airlines Pilot Association

Posts: 459 | From: [redacted] | Registered: **Nov 2000** | IP: Logged |

---

[redacted]
Avatar Image
Member
Memb[redacted]

Icon 999 posted 11-27-2002 09:15

Ah, ignorance is bliss.

Posts: **734** | From: [redacted] Registered: **Aug 2000** | IP: Logged |

---

[redacted]
Avatar Image
Membe[redacted]
Membe[redacted]

posted 11-27-2002 10:24

Boy, I wanted to stay off this board, but this pissing contest affects my carreer, so I have to speak up. You guys at SAPA are laughable if it weren't so important. You sound like the democrats after they got their butts kicked: We couldn't get our message out, there is a media bias...etc. BS! You control this site! You control the newsletter! You have the hotline! I don't know about anybody else, but I've heard it loud and clear.

THE CURRENT SAPA BOARD IS NOT SEEKING SELF-CERTIFICATION

There, I thought I'd help you out.

Then there's [redacted] post above, so much for remaining neutral!!! If you wanted to remain neutral the letter should have gone on to state that even though the current SAPA board is not seeking self-certification, there is a

CAL 0256

separate number of pilots who are.

Additionally there's the claim by [redacted] that the new organizing group does not want to certify SAPA, but to start a separate union...EXCUSE ME? That was their original intent! IT WAS YOU GUYS WHO DID NOT WANT TO OBTAIN CERTIFICATION!!! I know...I know... the current buzz phrases are "remain nuetral,' "we don't have a position." Again, I raise the BS flag!

BTW, who drafted that letter, was it internally generated by the SAPA board, or did you have outside legal help?

*Sorry, couldn't keep my mouth shut. This is too important an issue.*

[redacted]

Posts: **660** | From: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]

posted 11-27-2002 10:31

> quote:
>
> Originally posted by [redacted]:
> **Here is a copy of the letter that was sent to the NMB:**
>
> [redacted]
> **National Mediation Board**
> **1301 K Street NW, Suite 250 East**
> **Washington, DC 20005-7011**

[redacted]

Can individual pilots also correspond with the NMB at this address if they felt they had signed a card under a false assumption?
Perhaps Ms. Hennessey has an email address for new hires that can't afford stamps. A previous thread on this Forum suggested coercion occurred but I don't know if that was ever substantiated.
I would think that both SAPA's would want feedback provided to the NMB in the interest of fair and honest representation.

Posts: **1112** | From: [redacted] Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
Member [redacted]

posted 11-27-2002 11:14

I agree with [redacted] the letter doesn't appear neutral. SAPA, in this letter, should have explained that a legitimate group of pilots is responsible for the first letter(petition). It could have been done in just a sentence or two and given credibility to the original request, as opposed to the letter in its current form.

I'm amazed at how many people are so opposed to the idea of even having a vote on a union. Since we live in a DEMOCRACY what the hell is the problem! I can't beleive all of the bickering and whining that some have done regarding even having a vote. I guess the concept of everyone having an EQUAL VOICE on this subject through a VOTE is just to much for some to handle. SAD SAD SAD

**CAL 0257**

[redacted]

Member

[redacted]

Post[redacted] | Registered: **Jun 2000** | IP: Logged |

posted 11-27-2002 12:04

quote:

Originally posted by [redacted]

***The pilots at these carriers have a legal right to grieve such tactics. This is a luxury we at Skywest do not have. Delta can populate our existing route structure with their wholly owned subsidiaries and there isn't anything we can do about it.***

Andy, with respect, there isn't a thing we could do about it even WITH a union as long as DL and UA are calling the shots. Any scope clause we could come up with would no nothing more than tie SkyWest management's hands, i.e. it would have absolutely NO effect on DL or UA's ability to give their flying to whomever they wish. There seems to be this perception that if only we had a "certified" union, we would somehow be protected. This is simply not true, as long as DL and UA own our seats.

If SkyWest ever changes its structure to wean ourselves off of UA and DL (which is HIGHLY unlikely), then a scope clause would be quite appropriate because a contract would be binding on a SkyWest management who calls the shots. But right now, they don't call the shots; UA and DL do. How would a SkyWest scope clause or contract be legally binding on DL or UA, unless we become a wholly-owned subsidiary? It simply won't; if we say "no, we don't want to do what you're asking us to do" then they'll simply say "Fine, we'll go elsewhere." Tying SkyWest Management's hands won't tie the hands of DL or UA management in the least.

Respectfully,

[redacted]

[redacted]

Unregistered User

Posts:[redacted] |
Registered: **Mar 2001** | IP: Logged | |

posted 11-27-2002 12:08

I'm sorry but I can't bite my tongue any longer either.[redacted] after the lengthy conversation we had the other morning and hearing you tell me a half dozen times how you aren't necessarily opposed to unions or certification your actions speak otherwise in my humble opinion. You told me you thought it was your duty as our President to notify the NMB that the petition for certification did not come from you or anyone in the organization. After thinking about this after we got off the phone I found this to be a lie. I am a pilot on the seniority list therefore I am a so called member of SAPA or the organization. A chairman and vice- chairman had to be named on the petition. You make it sound like we were trying to impersonate you and the board. We have never tried to trick anyone into thinking we (the organizing committee) are the executive board of SAPA. We have put many post out on the SAPA website as well as the swpunitenow.org website stating who we are and what we hope to achieve. If we had an address list we would have sent a mailing out a long time ago to clear up any confusion that anyone might

CAL 0258

have. You guys have all those tools and not until just a few weeks ago did you ever put anything on paper out to the entire pilot group to clear the confusion. Those of you that missed it you needed a *magnifying glass* to read it at the bottom of the last piece of literature from SAPA!
Why have we seen so much activity on the part of SAPA in the past two months? I havn't seen so much activity come out in the past two years altogether. The perception is that you are opposed to our efforts to certify!
[redacted] after admitting to me that SGU probably spends more money trying to evade cetification than they would ever have to spend with a union on the property isn't that reason enough for yourself to want to lock in this organization we have in place with job security and a legally binding contract 365 days a year? Who are you representing management or the pilot group? You have told me a couple times over the past year and a half that you don't even enjoy the job that you have been doing. I ask you then why you have you not returned to the line? You have seen plenty happen over the past couple years as President and I think it is time you either resign and hold a new election or start soliciting and then supporting the democratic majority of this pilot group.

Just my humble thoughts,
[redacted]

---

IP: Logged |

[redacted] Member [redacted]

posted 11-27-2002 13:09

quote:

> Originally posted by [redacted]:
> [redacted] **fter the lengthy conversation we had the other morning and hearing you tell me a half dozen times how you aren't necessarily opposed to unions or certification**

[redacted]
If you can't have a private conversation with [redacted] without posting the details on a *public Forum are you the kind of leader suited for the position of uniting* a pilot group?
Perhaps instead of telling [redacted] to resign you should perhaps consider stepping aside yourself.
Although I have been frustrated in the past with SAPA (the legitimate one) I can't recall any SAPA Board member posting quotes from private conversations. It's about respect.
If you don't give it you will never attain it for yourself or your cause.
I urge you to stick to the issues of what certification can do for the pilot group instead of attacking those that actually have stood up and done something for the pilots of this company.

IMHO SWPUnite is suffering from a credibility deficit. Hopefully someone will step up to the plate and fix it.

---

Posts: [redacted] Registered: **Aug 2000** | IP: Logged |

[redacted] Member [redacted]

posted 11-27-2002 13:30

Hey [redacted],

CAL 0259

Unless you have personally met [redacted] you have not right to question his leadership ability. He at least is taking a step forward instead of doing all his bickering on the WEB. By the way, you sure are on here alot, find a hobby.

Y'all take care,
[redacted]

Posts: 9 | From: **Great State Of Texas** | Registered: **Sep 2000** | IP: Logged |

[redacted]
Member
[redacted]1

posted 11-27-2002 13:34

*I would like to thank you,* [redacted] *for sending the letter of clarification to the* NMB. I know for a fact that there are pilots here who, unlike myself, HAVE a life and therefore don't spend as much time as I do reading the bantering on these forums and therefore, don't know that "certifying SAPA" isn't exactly what it sounds like. I wish that this possible new in-house union had a different name, so that having a conversation about "SAPA" (whichever one that may be) was clearer. I really don't think that it was done out of deceit or *malice, but it is confusing and could have been better thought out, and if it* does get voted in, I hope it doesn't foreshadow problems in the future.

I have to say I'm still on the fence, but the more I read and hear from the pro-union crowd, the less I like it. Doesn't everyone agree that sending in a card IS a vote? (because if it goes to a vote, a minority can still win) And if this part is not done fairly, whatever we end up with will not be what the *majority wanted. Isn't that what it's really all about anyway?* We all want the same things (good pay, stability, good work rules, retirement...) - just disagree about what the best route to get there may be.

[redacted]

Posts: **163** | From: **SLC** | Registered: **Feb 2001** | IP: Logged |

[redacted]
Member
[redacted]

posted 11-27-2002 13:44

> quote:
>
> Originally posted by [redacted]:
> [redacted]
>
> **Unless you have personally met [redacted] you have not right to question his leadership ability. He at least is taking a step forward instead of doing all his bickering on the WEB. By the way, you sure are on here alot, find a hobby.**
>
> **Y'all take care,**
> [redacted]

*Actually I did meet* [redacted] *once albeit very briefly so by your standards I am* allowed to question him.
If you read what I posted I was not questioning his leadership abilities as much as I was questioning his judgement to publish quotes from a private conversation on the Forum. Further I raised the question of whether or not it was an appropriate action for a perspective leader of a pilot group.

CAL 0260

I disagree with you as to whether or not attacking [redacted] equates to taking a step forward.
So I put the question to one and all:
IS ATTACKING [redacted] THE SAME AS TAKING A STEP FORWARD?
[redacted] says it is. Do you agree?

BTW [redacted] if I were supporting the union would you be commenting that I spend too much time on the computer? The reality is that I raise real issues that you'd rather not confront so you'd rather make a pathetic insult. Get over it.

Posts: [redacted] | Registered: Aug 2000 | IP: Logged | |

[redacted]
Moderator
[redacted]

posted 11-27-2002 14:16

SAPA communications has been poor. I agree. As a volunteer, I made a poor assumption that most pilots look at this board when I accepted responsibility for it over a year-and-a-half ago. Based on that mistake, I focused my entire efforts on this board. It was a mistake.

In February (?) of this year, the phone update was suggested, motioned and approved at a SAPA meeting. Still believing that most pilots looked in here on a regular basis, I didn't focus much time on it. Another mistake.

After hearing month-in and month-out that we should do an Inside Look (not published since I have been a representative), but not wanting to publish a fluffy, "Hey, Pack Extra Underwear" type of newsletter, we started extracting "Hotsheeet" information from the minutes and agenda and distributing it to pilot boxes three months ago. Using only volunteer pilots to distribute the Hotsheet, thereby avoiding any contact with managers or their assistants, we have found that distribution is tough. It is getting better, and will continue to do so on a steady pace. But it's tough: ask the organizing committee.

Last month, a general member suggested that we use email to distribute updates. I asked for a formal proposal that I could take to the board, and he pointed me to thesapa.org email list. CPT Novak trained me on that in about eight hours of exchanged emails and self-study (I am slow and stoopid).

The improvement in communications seems to me focused, and steady. Not spastic and random, nor in response to anyone else's efforts. Any "flurry" of activity perceived by any pilot consists only of things that have been in the work for months. Only continued steady precip will prove that this is more than a passing flurry.

If the organizing committee or anyone else thinks that the posts here are enough to inform the pilot group of an issue, then I am telling you objectively that you are making a mistake. If you post in capital letters on this board that even though SAPA is seeking certification, it is not seeking certification, then I assure you that people are still confused: particularly the 1000 or so who do not check in here, or the 1100 or so who have not visited the sapaunite site.

Nothing was buried in the update. The statement regarding neutrality was not meant to subvert anyone's efforts. Had we posted it in huge bold letters at the top of the Hotsheet, we would have been accused of subversion.

The SAPA Executive Board did not send a letter to the NMB. Unfortunately, the Chairman, Vice Chairman, and Secretary did. And then the Executive

CAL 0261

Board did send a letter, stating that they didn't send a letter...

I'm even a little confused now. Wouldn't it make sense to use another name if you want a new organization, or the same name if you mean to modify and enhance the current organization? There was some discussion on this site from people who were confused, and suggested using another name. That was long before the letter to the NMB from the Executive Board (not from the Executive Board).

One pilot posted a poll suggesting that there was some confusion regarding the cards. How many pilots had made the same mistake? 21 of 89 respondents? 26%? Extrapolate that number to the entire pilot force. Now how many might be duped? 21 is to 89 as X is to 1200... someone help me out, what is that? 310, 312?

Come on.

To argue that all or most of the pilots understand this drive appears to me either blind or deceptive.

People are still confused. I haven't had a trip that didn't cross my path with someone who asked for a card, my opinion, or clarification. As a representative, I will continue to help dispell the confusion, regardless who thinks it's laughable, or who caused the confusion in the first place.

[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]

Avatar Image

Member [redacted]

posted 11-27-2002 14:38

[redacted]

I'm not very computer savvy, so I capitalize for emphasis. My point is that you control not only this forum, but the hotline and the newsletter so if there are people who still claim ignorance you have to shoulder some of the resposibility. Get the word out so that if this ever comes to a vote people will know exactly what's at stake.

Now if SAPA wants to come out, take a position and defeat the organizing committee by discussing the issues, I'm all for it, as I wrote before, I don't agree with either one of you. What I do take offense with is this false notion of neutrality. You and I have gone head to head on this before, if you are to have any credibility and widespread support you CANNOT remain neutral on vital issues, some would say on any issue. That is simply a copout!!!

[redacted]

Gee [redacted] you keep editing your post so my response looks disjointed. I am not against SAPA taking a position, just the opposite, that's what I'm after. As far as every single pilot caring enough to understand the issue 100%, it ain't gonna happen! It doesn't happen in national elections and it won't happen here. Some don't care, some want the information spoonfed to them, and some want the decision made for them.

[redacted] Registered: Jun 2000 | IP: Logged |

CAL 0262

[redacted]
Moderator
[redacted]

posted 11-27-2002 15:35

My apologies for "editing" the post. I found out halfway through that I had posted under [redacted] name (he-he [redacted]), cut and pasted into a new window, and finished typing the post under my name. No disjointing intended. (I edited this post to add this statement. -dc)

Okay. Not speaking for anyone else, I am opposed to the use of the SAPA name to form a new organization that has no relationship with SAPA. Primarily, I object because -- unless the organizing committee takes extraordinary measures to inform its voters (which I have not seen) -- it will lead to an uninformed vote, which in my opinion is worse than no vote at all.

If the next argument is: "we are all SAPA," then I am opposed to any member of this organization sending a letter, fax, email, or otherwise communicating with any international, national, regional, state, or local organization, public, private, print, television, radio or other broadcast or print media while using titles which state explicitly or implicitly that they are the Executive Board, Chairman, Vice Chairman, Secretary, Potentate of the organization if they are not.

Clear enough?

If the Organizing Committee didn't intend the confusion, and didn't think this through enough to recognize the possible problem with collecting cards that say "Sapa" and "SkyWest Airlines Pilot Association", and never presenting those cards to the organization that currently bears that name, then I don't want them representing me, nor forming the organization which will -- *because they appear not to be, in this case at least, circumspect.*

If the Organizing Committee intended the confusion, then I do not want them representing me, nor forming the organization which will.

Now, the rest of the board is fairly diverse. I imagine that most feel equally strong about radically different opinions. I have done my best to make sure that each of them understands my concern, and that they clarify their concerns.

Having done that, we all agree on this statement:

The SkyWest Airlines Pilot Association (SAPA), as defined by the SAPA bylaws, is not pursuing self-certification, nor sponsoring a formal drive. The SAPA Representative Board remains neutral regarding certification efforts.

While this may disappoint you, or seem a weak position, the best thing that the current, recognized, or as I have read "Old" SAPA can do is to continue with business as usual, press the issues that we can press, and ensure that this pilot group remains as well represented as we can be -- both today AND tomorrow, regardless of the outcome of any certification efforts.

[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]

Icon 999 posted 11-27-2002 15:35

For those who care:

CAL 0263

Avatar Image

Member
[redacted]

If we could just take the people out of the equation, do away with the what ifs and things that may have happened or may not have happened, and look at the facts presented by both sides without prejudice, I'd be a happy camper.

I'd hate the vote to go for one side or the other by the mere fact that voters voted by personaility instead of the facts. Some who are advocating their positions may not be the most tactful, the best analysts, the most fact-seeking or may fail to take into consideration all sides of the conflict, but their determination is certainly a good starting attribute. Don't worry about certain people being leaders: 1) leaders rise to the occassions; 2) being a leader is more than a title or single actionl 3) the whole idea of the union is based upon real elections, so you can vote for whomever you like--write in Mickey Mouse if you so desire.

One thing should now be clear. The current SAPA has communicated with the NMB, whether ethically correct or not (not my bag o' tea)--deal's done there. Now we should agree that current SAPA management should remain incommunicado to all parties internal and external on any affairs of this matter: pro or con, public or private, electronically or in person, personal or professional. By your own admissions neutral, any further correspondence on this matter from SAPA should simply say, "no comment". If you can't, then you're not fit for the office you (pl.) hold.

PS: Didn't the card state something along the lines of "voting in a New SAPA with new officers"? I thought it did, but I've been wrong once before (I believe). I think current SAPA's stance of "people didn't understand" is a delay or misguiding tactic.

Posts: [redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
Moderator
[redacted]

posted 11-27-2002 15:44

So the President, Vice President, and Secretary of SAPA should not communicate with anyone while the Chairman, Vice Chairman, and Secretary of SAPA continue to communicate with anyone? YGBFSM.

You have to see the confusion. Please tell me you see the confusion. Anyone...

Are we in a vacuum?

Posts: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 11-27-2002 15:52

Now here's what is **really confusing.** I just clipped this from the SWPUnite website:

**"We'd also like to solicit ideas for a new name once we are certified."**

Can anyone explain why you would want to use one name to petition the NMB and then once the organization is recognized change the name???
I'm really confused.
I'll patiently await an explanation.
Something tells me I may have to wait a while for a rational one though.

CAL 0264

Posts: [redacted] | Registered: Aug 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 11-27-2002 17:54

[redacted]

The little green card asked for your name, name of company, crewmember position, base and home address.

Along with the statement:

I...authorize the SkyWest Airlines Pilot Association to petition the National Mediation Board to conduct an investigation and election pursuant to the Railway Labor Act and to represent me for the purposes of collective bargaining.

That's all it said. I guess that was too much for some.

Was it confusing? Not to me.

Should have the organizing committee chosen the words Association of SkyWest Airlines Pilots (ASAP)? Probably.

If the organizing committee used a different name would the same people still be cheesed-off? Yes.

Will there ever be a time when 100% of a group participates, votes and understands the issues perfectly? Never.

For instance, if my source is correct only 80% of the UAL/ALPA members voted on their Wage Concession Agreement. How many pilots voted for the UsAir J4J protocol?

Has SAPA made errors: Yep!

Has SAPA made errors: Yes!

Have I made errrors? Nope!

Later...

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Moderator
[redacted]

posted 11-27-2002 18:05

If SAPA wasn't having a drive, SAPA would be completely silent.

I would rather not be spending my time unscrewing SAPA's communication, but focusing on improving SAPA's.

But as usual [redacted] you're right.

[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

CAL 0265

[redacted]
Avatar Image

Member
[redacted]

Icon 999 posted 11-27-2002 20:09

[redacted] if your question regarding current SAPA officers not saying a thing while the organizing committee does, yes, current SAPA management should not say anything except "no comment" with regards to the certification effort--normal business communications is expected. However, as [redacted] has already said, their position is supposed to be neutral, so to say anything to the contrary would be negligent--besides, a certification effort is not within the business of the current SAPA, even if SKYW management deems it is their job to do so.

If that's not what you were alluding to, then disregard. I don't quite follow your last post though.

Posts: [redacted] | Registered: Aug 2000 | IP: Logged |

[redacted]
Moderator
[redacted]

posted 11-27-2002 20:15

I was just saying that [redacted] is right. He's always right. Really.

[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Moderator
[redacted]

posted 11-27-2002 20:35

Okay, I think I see what you are saying. I am not posting this to rip it apart, just to be sure I see what you are asking. From above:

"One thing should now be clear. The current SAPA has communicated with the NMB, whether ethically correct or not (not my bag o' tea)--deal's done there. Now we should agree that current SAPA management should remain incommunicado to all parties internal and external on any affairs of this matter: pro or con, public or private, electronically or in person, personal or professional. By your own admissions neutral, any further correspondence on this matter from SAPA should simply say, "no comment". If you can't, then you're not fit for the office you (pl.) hold." --[redacted]

SAPA Communications will continue to stress exactly what is put out by us, and what is not. You wouldn't expect anything less from a communications office. Anytime SAPA receives a letter signed by SAPA officers who are not SAPA officers, then I will encourage the Executive Board to respond. If you were in my shoes, I think that you'd do the same.

At the last meeting, one pilot Representative asked, "Are we going to say: 'This is not us,' every time something comes out?" (I paraphrase, but I think you get the point.) My response would be a resounding 'yes,' so long as there is any doubt about the source or validity of the information.

The Representative Board has been careful only to disseminate statements and positions that are unanimous among the group. 'No comment' doesn't cut it when someone is signing checks with your name, nor does it cut it when some pilots (I could argue some 300+ pilots, based upon information on this site) are understandably confused by the information being provided, or not being provided, by the new, unelected Chairman, Vice Chairman, and Secretary of SAPA...(2).

CAL 0266

Dave

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Unregistered User [redacted]

posted 11-27-2002 22:13

Before this drive even got rolling a member of our pilot group tried to post a poll on skywestonline.com to get the pulse of the pilot group regarding certification of the in-house as opposed to another association. You know the kind of survey you need to complete before you sign in for a trip. He was told flat no after it went across the desk of a couple middle management folks. Can't everyone see that management does not even want to know what the majority supports or wants to pursue? They don't care and that is very clear by them denying the request to have the poll. So much for open communication. That in itself would be enough for me to support an association that is funded by the pilot group and not by management. I would think that anybody working in SAPA would want to know the answer to that question also. Why don't you exercise some of your resources with all that pull you have with our current arrangement and poll the entire seniority list! Isn't that what skywestonline.com was supposed to be all about, employee information and communication site? Maybe you can get management to allow the question to be asked.

And to private benjamin,
You seem to know more about this airline and this industry than [redacted] knows about the RJ. And that's a hell of alot!!!! Maybe you should be running an airline.[redacted] that's a compliment.

[redacted]

IP: Logged |

Andy Callaway
Unregistered User

posted 11-28-2002 08:07

[redacted]

The reason I have not provided you with "proof" is for several reasons. We all know that this forum is viewed in SGU, and on the advice of my attorney, I will not divulge the details of my incident and others knowing that this post will end up in SGU and will be used against me. I also do not trust you to email you the details with the possibility of a printed email ending up in SGU. As I have said before, posts on this forum have been ILLEGALLY used against pilots, so I will refrain from incriminating myself of freedom of speech.

I suggest you transfer to SLC and see how things are done down here and you will have all the proof you need.

IP: Logged |

[redacted]
Member
[redacted]

posted 11-28-2002 08:44

quote:

Originally posted by Andy Callaway:

[redacted]

**I also do not trust you to email you the details with the possibility of a printed email ending up in SGU.**

CAL 0267

**I suggest you transfer to SLC and see how things are done down here and you will have all the proof you need.**

Fine Andy. I don't trust you to represent me.

Funny you wouldn't trust me with an email. I'm not the one prone to post details of private conversations on the Forum. You could call me on a telephone. Of course you'd have to make sure it's a secure line. SGU probably has your phone bugged right? How about meeting me during happy hour at the Radisson this Tuesday? Monday might work also.
*I actually was domiciled in SLC for a short time. I have friends that are based in SLC and I make it a point to try and visit with them during the average of 3-6 days a month I spend in SLC. Some of my friends have been with this company longer than you. Like most SkyWest pilots they share a far different perspective of this company than you do.*

Posts: [redacted]) | Registered: **Aug 2000** | IP: Logged |

[redacted]
Moderator
[redacted]

posted 11-28-2002 10:24

I am quoting from above to clarify what this response is regarding.

"Before this drive even got rolling a member of our pilot group tried to post a poll on skywestonline.com to get the pulse of the pilot group regarding certification of the in-house as opposed to another association. You know the *kind of survey you need to complete before you sign in for a trip. He was told* flat no after it went across the desk of a couple middle management folks. Can't everyone see that management does not even want to know what the majority supports or wants to pursue? They don't care and that is very clear *by them denying the request to have the poll. So much for open* communication. That in itself would be enough for me to support an association that is funded by the pilot group and not by management. I would think that anybody working in SAPA would want to know the answer to that *question also. Why don't you exercise some of your resources with all that* pull you have with our current arrangement and poll the entire seniority list! Isn't that what skywestonline.com was supposed to be all about, employee information and communication site? Maybe you can get management to allow the question to be asked."
[redacted]

I have reread my posts, and cannot find anything that might imply that I am opposed to collective bargaining at this airline. What I am saying, is that someone is using the titles of Chairman, Vice Chairman, and Secretary of an organization by the name of SkyWest Airlines Pilot Association (SAPA) in communications with the NMB (and perhaps others). Those people are not in those positions at SAPA, and should not be purporting to be.

I am opposed to that.

It seems like the organizing committee could get SAPA to shut up pretty easily by doing exactly what they are doing, but using a distinct callsign.

Whatever management offered or didn't offer to the organizers has absolutely nothing to do with what I just said. If refusing to offer the organizing committee use of the SkyWestOnline polling function is reason enough to ensure your support of organization, I can't argue that. Why would I?

**CAL 0268**

As one of the poor dumb bastards who volunteered to help with SAPA Communications, I have made a good faith effort NOT to use company sponsored/authorized distribution methods. In my opinion, SAPA should be communicating to pilots, from pilots. We have not used domicile Chiefs/Assistant Chiefs; we have not used administrative assistants or SkyWestOnline. The updates that some of you may have received in your boxes were photocopied at Kinko's, and put there by volunteer pilots in each domicile. The SAPA website (www.thesapa.org) is owned and operated by Bob Novak, an Assistant Chief in San Diego, but it is only used to post minutes, agenda and updates.

I agree that using the SkyWestOnline site would make the Communication Committee's job much easier, but it would surely read like SAPA/Management colusion. For that reason alone, we have used that resource only once: for the J4J proposal, which showed the most unified position that I have ever seen from this pilot group (my limited viewpoint of ~3 years noted here).

I did see a poll some time ago that said something like: Would you support certifying SAPA? The response was pretty clear. Unfortunately, as a SAPA Representative or General Member, if you said, "Let's certify SAPA," I would assume (mistakenly, in this case) that what you meant was, "Let's certify (the current representative body) SAPA," as it is currently recognized by pilots and managers alike. But that is not what you meant. The intent of this organization effort is not to build on the current structure, but to eliminate it, and create a new structure all together [Entire cast: "The intent of this organization effort is not to build on the current structure, but to eliminate it, and create a new structure." -- Airplane! The Movie, 1982(?)].

[redacted]

p.s. The answers are: 1) Yes, I do have a life, but I am flying on Thansgiving, and 2) No, I am not getting paid for this. -dc

---

Posts: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Unregistered User

posted 11-28-2002 11:34

---

quote:

---

Originally posted by [redacted]
**I am quoting from above to clarify what this response is regarding.**

**"Before this drive even got rolling a member of our pilot group tried to post a poll on skywestonline.com to get the pulse of the pilot group regarding certification of the *in-house as opposed to another association.* You know the kind of survey you need to complete before you sign in for a trip. He was told flat no after it went across the desk of a couple middle management folks. Can't everyone see that management does not even want to know what the majority supports or wants to pursue? They don't care and that is very clear by them denying the request to have the poll. So much for open communication. That in itself would be enough for me to support an association that is funded by the pilot group and not by management. I would think**

CAL 0269

that anybody working in SAPA would want to know the answer to that question also. Why don't you exercise some of your resources with all that pull you have with our current arrangement and poll the entire seniority list! Isn't that what skywestonline.com was supposed to be all about, employee information and communication site? Maybe you can get management to allow the question to be asked."

[redacted]

I have reread my posts, and cannot find anything that might imply that I am opposed to collective bargaining at this airline. What I am saying, is that someone is using the titles of Chairman, Vice Chairman, and Secretary of an organization by the name of SkyWest Airlines Pilot Association (SAPA) in communications with the NMB (and perhaps others). Those people are not in those positions at SAPA, and should not be purporting to be.

I am opposed to that.

It seems like the organizing committee could get SAPA to shut up pretty easily by doing exactly what they are doing, but using a distinct callsign.

Whatever management offered or didn't offer to the organizers has absolutely nothing to do with what I just said. If refusing to offer the organizing committee use of the SkyWestOnline polling function is reason enough to ensure your support of organization, I can't argue that. Why would I?

As one of the poor dumb bastards who volunteered to help with SAPA Communications, I have made a good faith effort NOT to use company sponsored/authorized distribution methods. In my opinion, SAPA should be communicating to pilots, from pilots. We have not used domicile Chiefs/Assistant Chiefs; we have not used administrative assistants or SkyWestOnline. The updates that some of you may have received in your boxes were photocopied at Kinko's, and put there by volunteer pilots in each domicile. The SAPA website (www.thesapa.org) is owned and operated by [redacted], an [redacted] in [redacted], but it is only used to post minutes, agenda and updates.

I agree that using the SkyWestOnline site would make the Communication Committee's job much easier, but it would surely read like SAPA/Management colusion. For that reason alone, we have used that resource only once: for the J4J proposal, which showed the most unified position that I have ever seen from this pilot group (my limited viewpoint of ~3 years noted here).

I did see a poll some time ago that said something like: Would you support certifying SAPA? The response was pretty clear. Unfortunately, as a SAPA Representative or General Member, if you said, "Let's certify SAPA," I would

CAL 0270

**assume (mistakenly, in this case) that what you meant was, "Let's certify (the current representative body) SAPA," as it is currently recognized by pilots and managers alike. But that is not what you meant. The intent of this organization effort is not to build on the current structure, but to eliminate it, and create a new structure all together [Entire cast: "The intent of this organization effort is not to build on the current structure, but to eliminate it, and create a new structure." -- Airplane! The Movie, 1982(?)].**

[redacted]

**p.s. The answers are: 1) Yes, I do have a life, but I am flying on Thansgiving, and 2) No, I am not getting paid for this.**[redacted]

IP: Logged |

[redacted]
Member
[redacted]

posted 11-28-2002 11:46

quote:

Originally posted by [redacted]:
**I did see a poll some time ago that said something like: Would you support certifying SAPA? The response was pretty clear. Unfortunately, as a SAPA Representative or General Member, if you said, "Let's certify SAPA," I would assume (mistakenly, in this case) that what you meant was, "Let's certify (the current representative body) SAPA," as it is currently recognized by pilots and managers alike. But that is not what you meant. The intent of this organization effort is not to build on the current structure, but to eliminate it, and create a new structure all together [Entire cast: "The intent of this organization effort is not to build on the current structure, but to eliminate it, and create a new structure." -- Airplane! The Movie, 1982(?)].**

[redacted]

quote:

**The SkyWest Airlines Pilot Association (SAPA), as defined by the SAPA bylaws, is not pursuing self-certification, nor sponsoring a formal drive. The SAPA Representative Board remains neutral regarding certification efforts.**

Hmmmm...so the general membership voted in the informal poll (Link to the original poll)to certify SAPA (the current organization) but because of the bylaws SAPA cannot (or will not) seek certification. The alternative was to create an organizing committee to organize an organization with the same letters. But, SAPA appears opposed to this action. Dammed if you do and dammed if you don't.

Signed,

**CAL 0271**

A very confused general member.

Poll Results: Should we certify SAPA? (226 votes.)
Should we certify SAPA?
Choose 1
Yes 75% (169)
No 25% (57)

Close This Window

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Unregistered User [redacted]

posted 11-28-2002 12:41

[redacted]unately I'm not the sharpest on the computer, still trying to figure the quote thing out.
I was trying to quote what you said about certifying the current SAPA body. Why would you think that we wouldn't have a new election anyway? I don't think many put much faith in SAPA even 7 years ago. Who even voted when the initial election was held? How many percent of the pilot group paticipated? How many years ago was that initial election? I know some of you in SAPA do put alot of effort into it but do you honestly believe the majority of the pilot group is satisfied with most of whom are in office and the conflict of interest *regarding nogotiations?*

You also spoke of the Chairman, the Vice, and the treasurer not being elected by the pilot group. I don't know how much you know about starting a drive but we have never had the pilot group vote for who was going to lead the campaign! We had an informal vote at the meeting we had in LAX a few weeks ago and that's when we decided who would officially head the rest of the drive. Just like the vote [redacted] said you had at that last SAPA meeting regarding the letter to the NMB.
The people that have committed to being on the organizing committee are pilots that are willing to put a target on their back and put their ass on the line for the better of this pilot group. Like [redacted] said earlier, these message boards have turned into a bitch fest and not many even care to visit them anymore. We are pursuing a means of negotiating a contract and benefits and job security in line with the way the rest of the aviation industry does it! That's it plain and simple. A better SkyWest and a much stronger and more unified pilot group. I know most the anti-union people view the organizing committee or anyone pro-union as anti-company but that couldn't be further from the truth. We have a group of individuals involved in the organization effort that are truly dedicated to the success and future of this airline and this pilot group!!!
Sincerely,
[redacted]

P.S. I have a week of vacation left and my wife is unplugging the computer as we spe..

IP: Logged |

[redacted]
Moderator
[redacted]

posted 11-28-2002 15:54

No one petitioned this SAPA Board regarding certification, as far as I know.
No one presented anything remotely like this at any General Meeting that I

CAL 0272

have attended, even though each of those meetings are open to any pilot to attend. There is a process to change the by-laws, but nothing was submitted so suggesting as long as I have been a representative.

If anyone, anyone, anyone had come to any SAPA general meeting with 296 cards that said, "I authorize SAPA to petition...", then I think that a pretty interesting thing might have happened -- especially if that included a long-term plan to mold the current structure. As an audience member at such a presentation, I would yearn to hear a plan that called for a focused, far-thinking proposal which included getting as much done before the vote as possible. It might lead with negotiating a distinct pilot policy manual, which could not be superceded by any other company policy or procedure manual. It might follow with a framework for resolving disputes over intrepetation.

If the presentation didn't include such vision, then I would likely be less responsive -- especially if the plan was to push a vote as soon as possible, and hope that we could certify and negotiate a contract before the RJ's are all retired for whatever airplane is next. If the argument was then, "The policy manual will be in effect while we negotiate the contract," then I would have reservations. This policy manual is not even close to providing what we might hope to attain in that contract. There is too much wiggle room, and too many contradictions between company and Pilot... oops, Crewmember Policy to make the contract transition easy, efficient, or favorable to the pilot. The current payscale expires when? August? Bad timing.

If the presenter simply said: "I have these cards, what are you going to do?" I wouldn't support pushing a vote. But it might turn my wheels and enough other people's wheels to see how the current structure could affect such a request, or at least mold the current structure to such a point that, if the time should come, the organization would require little more than a rubber stamp from the pilots to gain approval, and a letter to the NMB as a formality to conduct the vote.

The implication is that SAPA opposes organization: that is not a fact. The implication is that SAPA has refused to accept petitions from the pilot group: that is not a fact. The SAPA Communications Committee Chairman (oh, that's me) got on this board and outlined exactly how to get the word of this drive out to the pilot group, and how to grease it in with little or no opposition. It's Thanksgiving Day, so I am not going to dig through the posts and find it right now, but you seem pretty sharp[redacted]; I suspect that you remember the thread.

In that (or those?) posts, I did not suggest a timeline. It may be months. It may be years. If that is too long a timeframe for the current organizing committee, I understand, but would advise against this divisive vote amongst a divided pilot force... primarily because the stench of confusion floats around it (pardon my lyricism).

If I were a strong, vocal union advocate, I would first become a strong, vocal SAPA advocate. Come on guys, it's not hard to figure this stuff out.

The Executive Board of SAPA petitioned the NMB for assistance. The Executive Board of SAPA had nothing to do with it, and told the NMB as much: nothing more. SAPA remains neutral regarding certification efforts. If the organizing committee of SAPA (subscript 2) can't figure out that they need to use a different name for a different organization, or present information to the organization who's name is being used, then I suspect that they might suck at negotiating.

CAL 0273

[redacted] I do not question the motives of the current organizing committee, so much as their vision and methods.

[redacted]

Posts: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 11-29-2002 00:29

Good idea to look back at the thread with the poll to certify SAPA. There are some very interesting quotes to review from individuals favoring certification of their version of SAPA which will be promptly renamed after it's certified.

[redacted] posted:
**"Certifying SAPA is an excersise in futility since it would not have the financial resources and required clout to represent our interests with vigor.**

[redacted] posted:
**"Cetifying SAPA is like trading in your Pinto for a FORD escort. Yeah it's better, but is it really worth it? Personally, I want the SUV (alpa).**

[redacted] posted:
**"Certifying SAPA is a big waste of time and money and will only bring a false sense of security. "**

[redacted] posted:
**"Certifying SAPA is re-inventing the wheel. It would take lots of time and money to set up just half of what an existing (fill-in-the-blank) union can offer."**

Posts: [redacted] | Registered: **Aug 2000** | IP: Logged |

Andy Calla[redacted]y
Unregistered User

posted 11-29-2002 03:45

[redacted]

IP: Logged |

**This topic comprises 2 pages: 1 2**

Printer-friendly view of this topic

**Hop To:** SAPA Forum

Contact Us | SkyWest Forums

SkyWestForums.Com is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.
© 2003 BoNo Communications
All Rights Reserved

UBB.classic™ 6.6.1

**CAL 0274**

SkyWest Forums

my profile login | register | search | faq | forum home

Jump to new posts

» Hello[redacted] [ log out ]   SkyWest Forums » Flight Ops » SAPA Forum » A Few Good Men?

**Author** [redacted] Member Member # 43

**Topic: A Few Good Men?**

posted 01-23-2003 16:24

This is regarding the elimination of pilot pay. I could have posted it at the end of the long thread, but I wanted to get on a bit of a soap box and expose myself to as much ridicule as possible.

I am not very intelligent...I'm a former Marine.

I am ignorant about many things. I am, however able to read, speak, and understand the English language (plus meet the other requirements for a pilot's license), maintain a first class physical, and pass regularly scheduled check rides. In keeping with my ignorance, I haven't read all of the previous posts prior to giving you my uninformed opinion.

I will reference some good popular culture, the timeless classic movie, A FEW GOOD MEN, to assist me in why I am now strongly in favor of unifying our pilots.

At the anticlimactic end of the aforementioned movie, the young Marines were found not guilty of killing their buddy while he slept. The newer, less experienced Marine couldn't understand why they were found guilty of "conduct unbecoming" and being dishonorably discharged. Well, lucky for us all the wiser, more experienced Marine explained it simply. He said, (something like) "We are supposed to protect those who couldn't protect themselves."

Employees should be paid. We need to UNIFY NOW. We are weak if we don't.

We can afford to buy the plane and pay to train everyone else in the company except the pilots?

For all the pilots who feel that ELIMINATION of pay is a fair concession, I'd bet if management decided not to pay you for quarterly bulletins, recurrent, or sim training you'd be the first to complain.

We have to stop hoping the company will protect us and we must start to protect ourselves. It's time to grab a weapon, oops, I mean a union card and walk the fence.

[redacted]

CAL 0275

FO RJ Denver

P.S. I ORDERED THE CODE RED!!!!

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 01-23-2003 18:27

Okay, I'm just going to say it...

I wasn't paid for training. I incurred quite a bit of debt during my month and a half of training a few years back. I was glad they changed it a couple of months after I got through training. How do I feel about them changing back?

I really don't care. If Skywest had always paid during training, I would be pretty ticked off, but that is just not the case.

Why is it that every time something like this is proposed, or done, that somebody always points their finger and exclaims, "time to unite, send those cards in!"

Bad schedules? "time to unite..."

No pay during initial training? "time to unite..."

No more biscoff cookies? "time to unite..."

A union is not the answer to every problem, just ask friends at American Eagle, what do they think of their union?

To be fair, I'll never agree to, nor vote for a union, so I guess I am a bit biased. I honestly respect those with differing opinions, though I admit, I just don't understand...

My one cent, blast away...

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Avatar Image
Member
[redacted]

posted 01-23-2003 19:12

Well here's my one cent blast,

Half the pilots want to work as a team to solve problems. That half want to leverage their collective efforts into a union or an association.

The other half just want to be the lone wolf. Their attitude is, I had to do it so everyone else should do it on their own.

Personally I think its more exciting creating an organization from the bottom up with people that care about their profession than to listen to a lone wolf who knows what's best for everyone.

*Sorry for the old cliche, but it seems to fit; there's no I in team. So everyone needs to ask themselves, "Do I want to be part of a team or just go it alone because its easy?"*

*Posts: [redacted] Registered: Jun 2000 | IP: Logged |*

**CAL 0276**

[redacted]
Member
[redacted]

posted 01-23-2003 19:13

United has ALPA and they still took a 28% pay cut. How's that possible???

[redacted] I never had to pay 3% of my salary to get things "I" personally don't need to be on a "team!"

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged | |

[redacted]
Avatar Image
Member
[redacted]

posted 01-23-2003 19:59

[redacted]

Your right, they did take a 28% pay cut and they are part of ALPA. Finally the United Pilots are brought back down to reality! I just hope their mechanics can come back down to earth too!

The average Southwest Pilot is paid $60,000 dollars less than the average United Pilot and is twice as productive. To top it off, Southwest Pilots have an union too and the airline is making money hand over fist. Southwest Pilots also have better work rules than us. So how is this possible???

[redacted]

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 01-23-2003 21:05

> quote:
>
> *The other half just want to be the lone wolf. Their attitude is, I had to do it so everyone else should do it on their own.*

That's painting with a pretty broad brush...a very bold statement (considering it has no basis in fact).

*Here's another bold statement for you:*

People that believe that their way is the ONLY way, and close their eyes and ears to anyone who disagrees with them, no matter HOW valid that person's points may be, are the ones that are truly at a loss here.

Unity is not what you're after [redacted]. That's pretty apparent. What you're after is for everyone to agree with you. That's not unity, that's totalitarianizm.

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Avatar Image
Member
[redacted]

posted 01-23-2003 21:21

Wow! Interesting opinion. Please feel free to explain how you came to that conclusion. I am very curious.

I also enjoy very bold statements so please include a few more of those.

**CAL 0277**

I am just stating a general observation that half the pilots vote for a union and the other half do not. It's just my opinion that acting together as a team is more beneficial than acting alone.

Now I am being called totalitarian. Why can't we view things with an open mind? It's healthy to ask why and to debate in my opinion. It's also my opinion the name calling is unproductive and creates animosity.

I did mention both the words union and association in my previous post. I did not say that we need an union, but I might have implied that. I also point out that there are very successful airlines out there that do have unions. I am just suggesting that if we work together we can get more results than acting by ourselves.

I am not disagreeing with anyone either. I agreed with Fred that ALPA put the United Pilots in a real pickle. No arguement from me on that one. Or the American Eagle pilots got the short end of the stick. I would not be happy with ALPA either if I flew for them.

This historically has been a very emotional debate for this pilot group. Pilots in general (now this is an opinion based on observation, so I will apologize in advance for this one) have strong personality traits (that make us good pilots again my opinion) and strong personal views. So it is extra hard for us (pilots or just me ) to try to see someones elses viewpoint without adding one's own two cents.

Now under the advise of my doctor (really my wife, who is really just a PA-C) I am only allowed to post three times aweek.

Legal Disclaimer: Void where prohibited by law. The views expressed here are not the views of this station, it's affilates, or its' management. For copy of this transcript please send a self-addressed stamped envelope with a major credit card that is not maxed out to Marshall Woodford Enterprises LLC. Credit Cards sent to [redacted] will become property of [redacted] and will not be returned untill maxed out and only if [redacted] remembers to do so, and then maybe not. [Razz]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted] G.
Unregistered User [redacted]

posted 01-24-2003 12:47

I already gave up way more than 3% so you could enjoy the benefits that I helped get in place.
P.S. Your welcome!!!!!

IP: Logged |

CAL 0278

Andy Callaway
Unregistered User

posted 01-24-2003 13:16

quote:

Originally posted by Marshall Woodford:
**Your right, they did take a 28% pay cut and they are part of ALPA. Finally the United Pilots are brought back down to reality!**

Delta pilots are now paid 29% more than United and management is not seeking concessions from DALPA! There are other factors involved here. Pilot pay has been lagging inflation since deregulation.

IP: Logged |

[redacted]
Member
[redacted]

posted 01-24-2003 20:51

quote:

Originally posted by Andy Callaway:
**[QUOTE]There are other factors involved here. Pilot pay has been lagging inflation since deregulation.**

Sounds like the free market and capitalism are to blame. Should we lobby Congress to re-regulate air carriers?

Posts: [redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 01-24-2003 21:10

*"The average Southwest Pilot is paid $60,000 dollars less than the average United Pilot and is twice as productive. To top it off, Southwest Pilots have an union too and the airline is making money hand over fist. Southwest Pilots also have better work rules than us. So how is this possible???"*

I think they're actually worth a lot more than the United guys when you take into account their profit sharing and stock options. The SW guys have a big stake in the company doing well.

[redacted] Huh??? You'll have to explain that comment, I haven't a clue about what you're talking about.

Posts: **1021** | From: **(TUS) back in the desert where I belong** | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 01-26-2003 07:51

quote:

Originally posted by [redacted]:
***Okay, I'm just going to say it...***

**I wasn't paid for training. I incurred quite a bit of debt during my month and a half of training a few years back. I was glad they changed it a couple of months after I got**

CAL 0279

**through training. How do I feel about them changing back?**

**I really don't care. If Skywest had always paid during training, I would be pretty ticked off, but that is just not the case.**

**Why is it that every time something like this is proposed, or done, that somebody always points their finger and exclaims, "time to unite, send those cards in!"**

**Bad schedules? "time to unite..."**

***No pay during initial training?* "time to unite..."**

**No more biscoff cookies? "time to unite..."**

**A union is not the answer to every problem, just ask friends at American Eagle, what do they think of their union?**

**To be fair, I'll never agree to, nor vote for a union, so I guess I am a bit biased. I honestly respect those with differing opinions, though I admit, I just don't understand...**

**My one cent, blast away...**

---

The cavemen didn't have refrigerators, beer or the Super Bowl, and our forefathers of this great nation the ole US of A didn't have a constitution at first either! So your line of reasoning, if it wasn't here all the time then..........?

There is a lot of things that we didn't have 20-30 years ago, but pilots ahead of you worked long and hard to secure many of the features now incorporated in our compensation package. But if you want we can start giving it all back, like Sched or better, MX cancelation pay(a safety issue), WX xncl pay(another safety issue), minimum day pay for sitting in some hotel for a day and a half, and more. All this unfortunately won with the pressure of union drives. Isn't it time that we step up and make an honest relationship with the union issue!?

Post[redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]

Member

[redacted]

posted 01-26-2003 09:46

I don't think anyone wants to give back the things we have gotten over the years, but there is also a certain financial reality we are looking at right now. Let's be realistic and just accept that the downturn in the industry has reached our level and we too must face music. The nature of our contracts with UAL and DAL has made this inevitible, whether we like it or not. We should feel fortunate management didn't implement an immediate 10% pay reduction like they did for other employees working here at Skywest. We sound like a bunch of spoiled brats when you read these forums. Let's try to focus on solutions rather than whining about what we don't have.

Posts: [redacted] | Registered: **Nov 2001** | IP: Logged |

CAL 0280

Printer-friendly view of this topic

Hop To: SAPA Forum Go

Contact Us | SkyWest Forums

SkyWestForums.Com is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.
© 2003 BoNo Communications
All Rights Reserved

UBB.classic™ 6.6.1

SkyWest Forums

my profile login | register | search | faq | forum home

Jump to new posts

» Hello, [redacted] out ]

SkyWest Forums » Flight Ops » SAPA Forum » **Elimination of New Hire Pay (Page 3)**

**This topic comprises 3 pages: 1 2 3**

**Author** **Topic: Elimination of New Hire Pay**

[redacted]
Avatar Image
Member
[redacted]

posted 01-23-2003 10:56

however, we shouldn't take from newhire pay

Posts: **5** | From: **SAN** | Registered: **Oct 2002** | IP: Logged |

[redacted]
Member
[redacted]

posted 01-23-2003 11:39

We have been a low cost carrier from the beginning. The problem is that other carriers are starting up from scratch and are hiring new employees at new hire rates and their costs are of course lower.

For instance we have 18-year captains flying our RJ's at 18-year captain rates. These new airlines have first year captains flying 70 seat RJ's at our 50 seat first year pay rates. That is whom we are competing against. We will never be able to compete at those rates and I don't want too. Does anyone else?

The real truth, I think, is somewhere between where we were yesterday and trying to compete tomorrow against these new carriers for continued flying

**CAL 0281**

and new business.

I really hope the rumors that [redacted] and [redacted] are floating about us flying 737's for ourselves are true. I really hope they are not dangling a carrot in front of us telling us the future is bright and then we find out the carrot was just more of the same or worse there never was a carrot in the first place.

Good luck to everyone...

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 01-23-2003 12:25

Just to put quanitative spin on the elimination of new hire pay:

1st year pay including new hire pay:

(assuming 1.5 months of training and 10.5 months on reserve)

1.5 Months X 65 hours/Month X $19.02/hr=$1854.45

plus

10.5 Month X 75 hours/Month X 19.02/hr =$14978.25

Total 1st year pay= $16832.70

*************************************************
Now... take away the $1854.45 earned in training:

Total 1st year pay is $14978.25

This is an 11% pay cut to a person who (if they have a family )was already making less than half the amount required to qualify for food stamps.

Posts: [redacted] **Oct 2002** | IP: Logged |

[redacted]
Member
[redacted]

posted 01-23-2003 13:44

From the board room;

[redacted] I think the workforce really needs to hear what you shared yesterday about "why management and not everyone else" [in regard to pay cuts].

[redacted] Well first I've seen what happens when companies go directly to the front lines for concessions. The damage done and the fall-out can be devastating. **Our cuts were targeted at people making more than $30,000 annually** . We have some people working for us that couldn't absorb a pay reduction, and we wanted to avoid as much hardship creation as possible.

It pains me more than anyone will ever know to ask our people to make this sacrifice.... It's now my job to see they're rewarded for their commitment and dedication."

right

CAL 0282

[redacted], If you read this far send card to;

[redacted]

I am so angry, I don't know what else to do.

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 01-24-2003 09:01

If new hire pilots are not to be getting paid and also facing being locked into new hire pay beyond a year (UGGHHH!!!)I hope we would also stop printing the B 727 "Fast Forward (???)" posters, faces & places yearbook, SWA Today, RAVE stickers, and all the other "Nice" amenity publications that are not necessary. In fact we really don't need to have SkyWest pens when we can get them from the hotel rooms.

When this proposal was brought to SAPA's attention were any other cost cutting measures offered as an alternative??? I hope that when we rebound from this cost cutting measure than new hire pay will be one of the first items to come back from the chopping block.

Posts: [redacted] | Registered: **Nov 2001** | IP: Logged |

[redacted]
Member
[redacted]

posted 01-24-2003 13:05

And still they say we don't need a union! what will they take away next????

[redacted]

Time to wake up and smell the coffee.

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 01-24-2003 16:57

Yes [redacted], I still say we don't need a union...at least not now while the industry is reeling. The company could violate a contract as easily as they do our current agreement. It would just take us a lot longer to get it resolved through the grievance process.

IMHO, this is not the best time to enter negotiations. In fact, it is the worst time. Contrary to popular belief, we would NOT lock in our current policy manual by unionizing; we would start negotiating FROM SCRATCH. Do you honestly believe we would even keep what we currently have given the present state of the airline industry? I do not. We would take a big step backwards in pay, work rules, etc. if we do this now when the company is already seeking concessions.

Respectfully,

[redacted]

Posts: [redacted] |
Registered: **Mar 2001** | IP: Logged |

CAL 0283

[redacted]
Member
[redacted]

posted 01-24-2003 20:31

quote:

Originally posted by [redacted]:
**Anyone considering the quality of pilots that will apply here now?? It will be very low time rich parents pilots in my book, goodbye freight dogs and hard working well experienced pilots. We will get what we pay for.**

There are a lot of excellent captains at this airline that hired on when there was no pay during training. Some of them spent 3 years as a reserve Metro FO making next to nothing. Let's try not to insult them. When they hired on many already had 3,000 or more hours of quality experience.

Posts: [redacted] | Registered: **Aug 2000** | IP: Logged |

Andy Callaway
Unregistered User

posted 01-24-2003 20:36

quote:

Originally posted by [redacted]:
**Contrary to popular belief, we would NOT lock in our current policy manual by unionizing; we would start negotiating FROM SCRATCH.**

The day the majority vote in a union is the day the company can no longer change anything unless the employees agree. After the Union is certified by the NMB, the company is prohibited from modifying any conditions of employment except through joint negotiations. (RLA, Section 152(Seventh).

IP: Logged |

[redacted]
Member
[redacted]

Icon 18 posted 01-25-2003 10:44

They are simply taking advantage of the fact that not many other carriers are hiring right now. People would rather suffer a little and have a job then now job at all. I agree though the newhires should be paid during training. They will lose quality pilots due to no pay during training, they did in the past. I know a few friends who did not come here when they weren't being paid

Posts: [redacted] | Registered: **May 2001** | IP: Logged |

[redacted]
Member
[redacted]

posted 01-25-2003 16:56

So why is it so negative for SkyWest to cut this pay during training when Southwest requires a $7,500+ type rating to get a job there?

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]

posted 01-25-2003 19:19

quote:

Originally posted by [redacted]

**CAL 0284**

[redacted]
Member
[redacted]

**So why is it so negative for SkyWest to cut this pay during training when Southwest requires a $7,500+ type rating to get a job there?**

Anyone know how the Southwest pilots are reacting to this requirement being reinstated? Is SWAPA fighting it?

Posts: [redacted] | Registered: Aug 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 01-25-2003 21:27

My Great Grandad used to work for a buck a day farming. Guys in our line of work used to spin through an overcast layer to get the visual. There used to be segregated drinking fountains. Doctors used to routinely amputate limbs for relatively minor injuries to today's science. We used to not get paid for training. Yeah all these things suck but just because "We all did it" doesn't make it right. Pay these guys, we all know the sacrifices they have made to get to this point, we don't need to test their resolve any further by making an obscene pay rate even worse.

Posts [redacted] | Registered: Aug 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 01-25-2003 23:21

[redacted] excellent post. Nice to see some people understand this issue for what it really is. Isn't the whole point to make things progressively better for all future pilots. I guess acording to [redacted] we should all have to experience sub-standard wages and fly metros because "thats what people before us did". Give me a break.

If you really don't see the dis-honesty of not paying someone for work accomplished, you truly don't get it. Why don't you supporters of this explain to the majority of the pilot group your rationale for supporting not paying someone for working? By the way, if the company truly viewed this issue as a costs saving move, then why are FA's, rampers, gate agents, etc. all paid during training? The costs savings excuse carries no weight. Pilots were singled out on this issue. Have you asked yourself why? Most pilots see through the "cost saving" excuse and see this for what it really is.

It's very unfortunate that some SAPA representatives actually support this. Hopefully Tony is right and there will be some resolution to this issue in the near future.

Posts: [redacted] 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 01-26-2003 06:13

IT seems to me that with this expansion comes increased profits for someone. Maybe it is the corporate officers in the form of bonuses. Maybe it is the pilots who are able to upgrade sooner. Maybe a combination. IMHO the act of advancing your own personal postition at the expense of others is morally wrong. THe company is taking advantage of a situation where pilots will do almost anything to get a job. Why are no other employees taking this pay cut? Is it because the company knows that no other employee group would be able to fill positions needed if they were not paid while in training? Another interesting point is that right now, the odds of a pilot leaving soon

CAL 0285

after training is probably much lower than a ramper or CSA. It seems like a better investment to pay a pilot while in training rather than a ramper.

Posts: 137 | From: out there....way out there | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 01-26-2003 19:50

*I do not know if rampers or CSA's are paid during training, but I do know that the flight attendants are not being paid during their three weeks of initial training.*

[redacted]

Posts: [redacted] From: [redacted] | Registered: Nov 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 01-26-2003 21:49

"It's very unfortunate that some SAPA representatives actually support this."
-[redacted]

At the last meeting, no one on the representative board supported eliminating pay for newhires.

[redacted]

Posts: [redacted] Registered: Dec 2002 | IP: Logged |

[redacted]

posted 01-27-2003 08:39

> quote:
>
> Originally posted by [redacted]
> **I guess acording to [redacted]. we should all have to experience sub-standard wages and fly metros because "thats what people before us did". Give me a break.**

No [redacted] you give me a break. Read my frigging post before you misquote me. All I'm trying to say is that when people say we'll never be able to attract quality pilots with this new policy that some of our senior pilots might take offense. Afer all when they signed on there was no pay during training. In fact many companies were PFT. Were you in this industry in the early to mid 90's??
Are the senior pilots in this company inferior to those of us that hired on in 1999 or 2000 when this policy was changed? I don't like the new policy. That doesn't mean I'm going to insult some of the best captains in this industry though.

Posts: [redacted] | Registered: Aug 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 01-27-2003 09:22

Yea, what [redacted] said. You guys should not obsess on this one issue.

Look at the big picture a 35 year career at Skywest is worth about 3 mil in

CAL 0266

earnings, if you cannot see beyond the first 6 weeks than you are probably just a malcontent anyways.

Posts: [redacted] | Registered: **Sep 2001** | IP: Logged |

[redacted]

Avatar Image

Member

[redacted]

posted 01-27-2003 11:38

*Most newhires aren't looking at that 65 hr gaurantee out of greed*, IT IS NECESSITY! I am contstanty trying to figure out how to keep my family finances in balance with the small paychecks I recieve.

Don't get me wrong, I'm happy for the job and I didn't choose aviation for the money, but the fact still remains that I have bills.

My hat goes off to the countless pilots who in years past went without pay during training. That kind of dedication is probably what SkyWest is counting on.

BUT, I am deeply troubled by the fact that this airline would make the *decision to cut the pay from those that need it most.*

They (WE) are expected to pick up the cost for uniform, jepps, binders, food, *bags, crashpad or moving expences, etc...* but now they won't get the first paycheck until 2 months after they start.

*IT'S NOT RIGHT!!!*

*I am disapointed with those that would shrug thier shoulders and say* "It's been done in the past" or "At least it doesn't affect me".

I have to believe that there are other alternatives to reducing costs. And I have to believe that if the SkyWest pilots approach this the right way this can and will be reversed.

My 2 cents.

Posts: [redacted] | Registered: **Dec 2002** | IP: Logged |

[redacted]

posted 01-27-2003 21:07

> quote:
>
> Originally posted by Andy Callaway:
> **[QUOTE]The day the majority vote in a union is the day the company can no longer change anything unless the employees agree. After the Union is certified by the NMB, the company is prohibited from modifying any conditions of employment except through joint negotiations.**

That's what the law says. The reality is quite different. Airlines violate contracts without "joint negotiations" all the time, and they simply say "grieve it." That can take upwards of two years to resolve, and rarely in labor's favor. So it's rather simplistic to say that just because the law says something it will automatically be obeyed. It isn't.

If we vote in a union, SkyWest's starting negotiating position will not be what

**CAL 0287**

we have now. It will be a lot less. That's just basic business sense. In today's economic environment, it is highly unlikely that we will make advances from what we have today.

Don't be fooled. Just because we have a contract does NOT mean it won't be violated. It happens all the time, and I much prefer the amicable and relatively speedy method of resolving policy disputes that we currently enjoy. I for one do not relish the idea of waiting upwards of two years to resolve disputes while we suffer the effects of violations.

Respectfully,

-[redacted]

Posts: [redacted] | Registered: **Mar 2001** | IP: Logged | |

[redacted]
Member
[redacted]

posted 01-28-2003 08:23

Having a contract that can be violated and subsequently legally grieved is far better than what we have at the moment. We have a policy manual that is routinely altered and we rely on a management funded group to right the wrongs. Lets just wait and see how far they get with the new hire pay issue, reserve pay policy and the plethora of changes to our policy manual that is being effected.

UPA can challange these changes the same way SAPA attempts to. UPA can be more effective since we would be a legal self funded entity. Skywest pilots will have collective legal clout, unlike our current situation. It is UPAs goal to nurture an amicable, trusting, reasonable working relationship with management.

Peace
[redacted]

Posts[redacted]Registered: **Jun 2000** | IP: Logged |

[redacted]
Avatar Image
Member
[redacted]

posted 01-31-2003 18:29

Can someone please get an IT person to change the SkyWest Pilot interview information page? It still promises pay during training and it looks really bad.

We're getting a lot of flak for this on some other message boards...

Posts:[redacted]. | Registered: **Jan 2003** | IP: Logged |

[redacted]
Member
[redacted]

posted 02-05-2003 09:54

Yes, I have heard of some grumbling with the class that started groundschool last week. They were told a week before class that they would not be paid (some are newhires in the jet and will have even longer without pay). [redacted](if you're out there). How are the new-hires responding to not being paid? Just curious.

Pos[redacted]**Oct 2002** | IP: Logged |

**CAL 0288**

[redacted] Member [redacted]

posted 02-05-2003 11:40

On one hand, they are happy to be in class and some are better prepared (with savings/severence/terminal leaves/etc) than others.

On the other hand, they talk are nervous about the apparent vulnerability of the Policy Manual and are eager to talk to SAPA to get some reassurance (if available).

Yesterday, I raised this one or two more levels up the chain but have not yet heard back. Tomorrow is the last day of the pay period in which the Jan 29th newhire class started. I would certainly like it if this policy were reversed by then.

Posts: [redacted] Registered: **Jun 2000** | IP: Logged |

[redacted]

posted 02-05-2003 12:23

> quote:
>
> Originally posted by [redacted]
> **Having a contract that can be violated and subsequently legally grieved is far better than what we have at the moment.**

I disagree. Having a contract locks you into an inflexible arbitration process which can take up to three years to resolve. I saw it first hand at American. Right now we have an arrangement with management to resolve disputes quickly and amicably (e.g. the jet4jobs issue, the family leave issue, the proficiency flying issue). If we had grieved each of those issues it could have taken up to three years EACH to resolve through the bureaucratic and contractual process. SAPA resolved it in less than two months. Our management listened to our concerns and responded.

> quote:
>
> ***We have a policy manual that is routinely altered and we rely on a management funded group to right the wrongs. Lets just wait and see how far they get with the new hire pay issue, reserve pay policy and the plethora of changes to our policy manual that is being effected.***

I think our "management funded group" is righting the wrongs quite well. Everyone on the SkyWest payroll is "management funded." This does not automatically imply a conflict of interest, as you seem to infer.

> quote:
>
> **UPA can challange these changes the same way SAPA attempts to. UPA can be more effective since we would be a legal self funded entity.**

How? I disagree with this assertion. I've seen absolutely no evidence that our SAPA reps are in any way constrained in their dealings with management.

CAL 0289

How would a "self-funded" entity resolve things any better?

> quote:
>
> **Skywest pilots will have collective legal clout, unlike our current situation. It is UPAs goal to nurture an amicable, trusting, reasonable working relationship with management.**

But the unspoken implication is that "we don't trust you (management) to listen to our concerns -- and we want to be able to "force" you to comply." I don't think that's productive or realistic in the current airline economic environment.

Ask youself "how is ANY union helping its members achieve a better quality of life in today's airline industry?" Union members are furloughed and fired, union members are having their wages cut, union members are having their benefits eliminated, and all this with the benefit of union "representation."

If you want a legal protection plan against the FAA, AOPA's is quite satisfactory. I know -- I've had it for nearly 10 years, and their attorneys have represented me on two occasions when an FAA inspector wanted to violate me because I didn't carry my logbook with me. They will represent me again should I need it, and I daresay at a much lower cost than UPA can provide. $79 per year as opposed to 1% (or more) of my annual salary. You do the math.

SkyWest managment has worked effectively with its workforce for 30 years without the need for representation. I believe they will continue to do so. If you don't believe so, then vote for a union. Otherwise, it's an unnecessary and risky gamble in today's uncertain airline environment. If we start negotiating, we'll most likely end up with less rather than more. We will NOT lock in what we currently have; we'll start from scratch. SkyWest is already trying to cut costs. I find it encouraging that our management has not approached us first for wage concessions as they might have done.

All a union will do for us is allow us to "grieve" alleged violations instead of tackling them head on. We'll win some, we'll lose some. A union would not (and could not) guarantee 100% victory either.

Respectfully,

[redacted]

Posts: [redacted]
Registered: **Mar 2001** | IP: Logged |

[redacted]
Member
[redacted]

posted 02-05-2003 14:55

Allen, your comments are appreciated. Our web site and the brochures and cards mailed out to pilots contain information contradicting your assertions. I might add that you failed to offer some recourse for this pilot group as far as our seniority list is concerned. What happens to our seniority list should the company change ownership or is merged with another carrier?

Are you suggesting that we should all purchase AOPA's legal plan? We are

CAL 0290

professional airline pilots flying complex jets all over the country, not private pilots tooling around on the weekend in a Citabria.

Southwest Airlines Pilots have a successful in house union. There are no plans to furlough or cut the wages of the Southwest pilots. Southwest Airlines management team does not commit frivolous contract violations. SWAPA is not involved in year round grievance filings. They enjoy an amicable and trusting working relationship with their management. Perhaps you can give us a compelling reason as to why that cannot happen at Skywest Airlines.

Peace
[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]

posted 02-06-2003 20:36

Because SWAPA has five times the number of pilots and 20 times the salary base to draw from than do we?

If the average LUV pilot makes 4 times what our average pilot makes and there are five times as many of them, their in-house union has 20 times the monetary resources that our in-house will have available to fund negotiations. *That may be one "compelling reason."*

Posts: [redacted] Registered: Jun 2000 | IP: [redacted]

[redacted]
Member
[redacted]

posted 02-07-2003 08:47

Southwest Airlines did not have the quantity of pilots they currently employ when SWAPA was conceived so I cannot embrace your logic. They also did not make that much more that a senior RJ captain from a seat specific standpoint. If the LUV pilots embraced this logic during their first certification drive, (Keep in mind they were courted by ALPA with their millions and dazzling resources.) they would not be a sucessful legal in-house organization today.

Perhaps you can explain why you feel that giving Skywest pilots the ability to negotiate a legal contract is toxic to everyone's financial health. Explain why aspirations to provide Skywest pilots with self funded legal representation to deal with the FAA, NTSB, the media, etc is being met with such fierce opposition. How is it that some of us are content with a seniority list and a management funded organization that has no credibility in the industry?

Peace.
B Andy

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member

posted 02-07-2003 12:58

*quote:*

Originally posted by [redacted]
**Southwest Airlines did not have the quantity of pilots they**

CAL 0291

[redacted]

**currently employ when SWAPA was conceived so I cannot embrace your logic.**

**Perhaps you can explain why you feel that giving Skywest pilots the ability to negotiate a legal contract is toxic to everyone's financial health. Explain why aspirations to provide Skywest pilots with self funded legal *representation to deal with the FAA, NTSB, the media, etc* is being met with such fierce opposition. How is it that some of us are content with a seniority list and a management funded organization that has no credibility in *the industry?***

[redacted]

---

[redacted]

It sounds like you're well aware that SWAPA just celebrated their 25th anniversary. So flash back to 1978 and compare the state of the industry then with the way it is now. Would you agree that it's a whole different ballgame now?
[redacted] was in office. The industry was on the cusp of deregulation and [redacted] expansion of the industry in history.

2003. Bush, a strongly anti-union president, is in office. The industry is in tatters and in a state of contraction. We're on the verge of a war in Iraq that *threatens to wreak further destruction* on the industry. Am I on target here?

Have unions lost a lot of relevance over the past quarter century? Is the government taking more of a role in limiting the power of labor?

Now let's get down to brass tacks. UPA is voted in and for the time being we lock in current compensation levels and work rules good or bad. What are we up against when it comes to negotiating a new contract?

1. Would you agree that management will have a vested interest in not letting UPA appear to be overly successful? Would you agree that they don't want to give other employee groups a reason to unionize?

2. Much of our current policy manual and compensation was negotiated during a boom time, was it not? How much of that will we get to keep?

3. If management does not reach an agreement with us what happens? This is a tough question isn't it? The answer hinges on whether or not the Airline Dispute Resolution Act sponsored by Sen McCain passes. Either way we'd end up with government mediators, right?

4. Will a government mediator, possibly a Bush appointee if Bush wins reelection in 2004, necessarily be on our side? If Jerry tells the mediator, "look as you can see from our accounting statements, we're receiving far less compensation per departure than we were when pilot compensation was agreed on previously,we simply can't afford to pay these guys those rates", will the mediator agree?

5. Historically how well have unions treated their members when airlines have been sold? Will the UPA or any union be able to really guarantee protection in the event SkyWest is sold or merged? How would a former TWA pilot answer

**CAL 0292**

that?

6. Do we really care how the rest of the industry views our current form of representation? After all we have a long line of former union represented pilots beating on our door looking for a job. If I really cared what pilots from other airlines thought of us wouldn't I want the same union they have?

7. Could we achieve some of the stated goals of UPA without voting in a union? For instance could we get a real legal plan added to our list of company benefits? If we went out and recruited a law firm that specialized in representing airline pilots could we simply have the company administer a payroll deduction like they do for countless other benefits? I believe we can and should. The same goes for other forms of insurance. I really don't think the company would object to a few additional payroll deductions for the pilot group, do you?

On a more speculative note what impact do you think a union might have on our stock price, as if it could get much lower? Does reduced market capitalization limit our growth in terms of adding more and larger aircraft?

On another speculative note what impact will unionization have on future codeshare relationships? Does the fact that we're 100% non-union make a difference to Delta? Would it make a difference to Continental or Northwest? Do we get more or less flying because we're non-union?

Posts: [redacted] | From: [redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 02-07-2003 18:41

What is so different from SkyWest not paying during training and Southwest reinstating the B737 type requirement. I think it is a supply and demand move on Southwest's part.

[redacted]

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

Icon 24 posted 02-07-2003 19:25

Hey,
It's simple:
Southwest requires a 737 type prior to application.
Skywest requires requires EMPLOYEES to work for free,
after date of hire.

[redacted]

Posts: [redacted] | Registered: **Oct 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 02-07-2003 22:28

[redacted]

If Skywest were to open up a side business selling EMB 120 and CRJ ratings for $7500 and that became a prerequisite for a job here, you would be OK

**CAL 0293**

with that? Oh yeah, we keep the new hire pay.

I still know how to live very cheap for 8 weeks.

Sometimes, I wonder if our mgt should have slapped us with 10% paycuts across the board and loss of new hire pay. If they did that, I bet that 99% of the beotching would be about "us" and not "them".

No offense intended, but a fundamental of capitalistic business is supply and demand.

*I am not a fan of it either - loss of new hire pay that is*, but we can either recognize reality or ignore it. Reality being that things are going to be leaner in the next few years.

Another reality is that SKYW is in a pretty enviable position, our business savvy MGT has put us here. Uncertainty, YES! but that is really nothing new if you look back over time.

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Moderator
[redacted]

posted 02-07-2003 22:39

As of today, no pilot has worked for free. The first paycheck for our newest pilots (if they receive one) is not due yet.

The SAPA representative and executive boards are working this problem. This is not meant to imply that any agreement on newhire pay has been reached, only that we are still working.

*Thanks for your patience and support during this process.*

[redacted]

Posts: [redacted] | From: **san diego** | Registered: **Jun 2000** | IP: Logged |

**This topic comprises 3 pages: 1 2 3**

Printer-friendly view of this topic

**Hop To:** SAPA Forum

Contact Us | SkyWest Forums

SkyWestForums.Com is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.
© 2003 BoNo Communications
*All Rights Reserved*

UBB.classic™ 6.6.1

CAL 0294

SkyWest Forums

my profile login | register | search | faq | forum home

Jump to new posts

» Hello, [redacted] [ log out ]

SkyWest Forums » Flight Ops » SAPA Forum » **Bad rumor**

| Author | Topic: Bad rumor |
|---|---|
| [redacted] | posted 06-01-2003 12:20<br>I heard someone started some kind of a petition that had something to do with the lines for June. As a result, he was fired! Is there any truth to this? Has anyone else heard about it?<br>[redacted] Registered: **Jun 2000** \| IP: Logged \| |
| Andy Callaway<br>Unregistered User | posted 06-01-2003 12:51<br>It's true [redacted] and about 50 others apparently signed a letter expressing their frustration with the lines [redacted] ook the fall for it!<br>So if you have an opinion, you better keep your mouth shut or face the Gestapo!<br>Nice open door policy!<br>IP: Logged \| |
| [redacted] | posted 06-01-2003 15:30<br>CPT Callaway-<br>Are you saying that someone was fired because they said in writing that they were frustrated with the line values? I don't believe that.<br>I'd have been fired thrice over, if that's how it goes.<br>[redacted]<br>Posts: [redacted] \| Registered: **Jun 2000** \| IP: Logged \| |
| Andy Callaway<br>Unregistered User | posted 06-01-2003 15:43<br>YES!<br>IP: Logged \| |
| [redacted] | posted 06-01-2003 15:46 |

**CAL 0295**

Someone wrote a letter that said, "We are frustrated with the line values," and got fired?

I don't believe that. Is there more to the story that you are willing to share?

[redacted]

Posts[redacted] Registered: Jun 2000 | IP: Logged |

[redacted]



Member [redacted]

Icon 31 posted 06-01-2003 15:58

quote:

Originally posted by Andy Callaway:
**It's true! [redacted] and about 50 others apparently signed a letter expressing their frustration with the lines. [redacted] took the fall for it!**

**So if you have an opinion, you better keep your mouth shut or face the Gestapo!**

**Nice open door policy!**

The **specific** reason?.............yeah right.

[redacted]

Posts[redacted]
Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 06-01-2003 19:15

*Once you are on "the list" it's just a matter of time and you will feel the wrath of the red rat. Some of the senior guys refer to this as the target. Stay low and keep moving.*

*Posts:*[redacted] *Registered: Jun 2000 | IP: Logged |*

[redacted]
Member
[redacted]

Icon 26 posted 06-01-2003 23:41

[redacted]

*You guys crack me up...stop listening to Art Bell!*
I'm drunk [Frown] [Embarrassed] [Razz] [Mad]

*Posts:* **129** | *From:* **slc** | *Registered:* **Apr 2001** | *IP: Logged* |

[redacted]
Member
[redacted]

posted 06-02-2003 00:32

[redacted]

Callllllll meeeeeee! [redacted]

Posts[redacted] Registered: Jun 2000 | IP: Logged |

[redacted]
Member

posted 06-02-2003 08:03

CAL 0296

[redacted]

[redacted] was on the organizing committee for the failed "Certify SAPA" union drive. He was accused of allegedly coercing two new jet FOs into signing the green certify SAPA cards. He was reprimanded and issued a counseling statement for this alleged act.

Recently he was accused of allegedly authoring a petition protesting the decline in line values. 50 Den based pilots signed this petition and the document was faxed to SGU.[redacted] signature was on the document. He was immediately pulled off line and terminated a few days later for not complying with the terms outlined in his first counseling statement.

This response by the company is a bit extreme since they want us to believe they promote open door policies and characterize our relationship as that of a partnership.[redacted] is an outstanding [redacted] and his job performance should not be tied to or associated with his op[redacted]iews. There are pilots and other employees that continue to be employed here after having committed worse acts.

Those of you that think that this is unlikely and that the company is incapable of indiscriminately firing a pilot should contact [redacted] who were lucky enough to get their jobs back. There are many that were not so lucky. An additional 2000 cards are on the way.

Peace

[redacted]

Posts:[redacted] | From:[redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]

Member

[redacted]

posted 06-02-2003 09:01

It should be noted that when [redacted] faced previous disciplinary action it was for more than just "coercing new hires to sign union cards." Here is a quote from a post that Ben made:

*I was called in for a meeting with management that was billed as a "factfinding" mission. I had a SAPA rep present. They accused me of 3 policy manual violations, we will call them Items 1, 2 , and 3.* ***Of the 3 violations, I take responsibility for all of item 1 and part of item 2. I did some things wrong and willingly accept "punishment" for them.*** *Item 3, however was false.*

Item 3 of the charges against him was the union card allegations. You can view the post in its entirety at
http://www.skywestforums.com/cgi-bin/ultimatebb.cgi?ubb=get_topic;f=7;t=000782;p=

If what Andy suggested is true, that [redacted] violated a condition of a counseling statement it's possible that what got him fired was a reoccurrence of one of the the first 2 charges that [redacted] accepted responsibility for. This is pure speculation of course because none of us have the facts.

*Posts:* ***1112*** *| From:* ***West Linn, OR (20 south of PDX)*** *| Registered:* ***Aug 2000*** *| IP: Logged |*

Andy Callaway
Unregistered User

posted 06-02-2003 10:36

Item 2 was dismissed, and Item 1 was for refusing a standup trip assigned while on reserve.

The incident that occurred in DEN had nothing to do with this!

**CAL 0297**

IP: Logged |

[redacted]
Member
[redacted]

posted 06-02-2003 11:08

Andy:
As far as I know [redacted] was fired.

Please mail me some more cards.

Posts: [redacted] | Registered: Mar 2001 | IP: Logged |

Andy Callaway
Unregistered User

posted 06-02-2003 11:34

Jesse, I know [redacted] was fired! This is what I confirmed in my post above. Who's next?

IP: Logged |

[redacted]
Moderator
[redacted]

posted 06-02-2003 14:10

CPT Callaway-

I submit that you are not aware of, or are not sharing all or indicative details of this issue.

I submit that what you are championing right now is not the rights of an individual wrongly accused, but your own agenda.

If you don't have all the facts, then your are out of line, in my opinion. If you do have all the facts, and are not presenting them here -- for whatever reason -- then you are out of line, in my opinion.

*Sir.*

[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

Andy Callaway
Unregistered User

posted 06-02-2003 15:17

What are you [redacted], the new Information Minister? My view is the exact same as the one [redacted] posted above.

*There is no agenda here and I am extremely offended by your comment!*

When are you going to spell my name correctly?

*Sir.*

IP: Logged |

[redacted]
Moderator
[redacted]

posted 06-02-2003 15:59

CPT Callaway:

I don't buy it: you don't strike me as someone who would be offended by my comments.

**CAL 0298**

I have been an advocate for you. You may not know or believe this. But one thing that I have never done -- and will never do -- is share your name or specifics of your issues with *anyone* not absolutely vested or otherwise included in the outcome. *I certainly wouldn't use prejudicial bits of your issues to further my own.*

Now, I think that you do not have all the facts, and are sharing inappropriate bits of information. Or you do have all the facts, and are sharing prejudicial bits of what you know. Either way, I think you're out of line.

Every pilot who sits in the enviable position of service as a SAPA Rep. has a vested interest in the fair treatment of pilots. We will make the best case for any pilot who needs our assistance. It is in our best interest as individuals, as Reps., and as SkyWest pilots.

*I'll go back and correct every unintentional misspelling of your name. I apologize* for that.

[redacted]

Posts: [redacted] Registered: **Jun 2000** | IP: Logged |

Andy Callaway
Unregistered User

posted 06-02-2003 19:17

Dave,

*I simply responded to the first post* [redacted] posted the details. Why are you *slamming me when he posted the specifics?*

IP: Logged |

[redacted]
Moderator
[redacted]

posted 06-02-2003 19:31

[redacted]

I may have missed a turn in this thread, but I thought that you and I were saying 'he said/she said' in this thread. [redacted] kinda jumped into the middle of us, and I bit you.

I do apologize for the edge in my tone: I think that some rumors need to be stomped out feverishly, or supported carefully and openly by only the principals in the issue.

[redacted]

Posts: **1695** | From: **san diego** | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 06-20-2003 16:39

I am pleased to inform all concerned that [redacted] was reinstated to his position as [redacted] On behalf of the United Pilots Assc, I would like to thank all the pilots who wrote letters on [redacted] behalf.

Peace

[redacted]

[redacted] | Registered: **Jun 2000** | IP: Logged |

CAL 0299

[redacted]
Member
[redacted]

posted 06-20-2003 18:36

Good work on the part of the SAPA Board members that participated on the SP 325 Employee Disciplinary Appeal Board.

*Edited 24 June at suggestion* [redacted]

Posts: [redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
[redacted]

Icon 28 posted 06-21-2003 22:20

Retro pay?

Posts [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 06-24-2003 13:53

[redacted]

SAPA board did not go to bat fo[redacted] was him and his out of pocket attorney!!!

Posts: [redacted] | Registered: **Sep 2000** | IP: Logged |

[redacted]
Member
[redacted]

posted 06-24-2003 14:36

> quote:
>
> Originally posted by [redacted]
>
> **SAPA board did not go to bat fo[redacted]it was him and his out of pocket attorney!!!**

I just got off the phone with [redacted]. Your statement is incorrect. Call[redacted]or email him if you have any questions.

Posts [redacted] | Registered: **Aug 2000** | IP: Logged |

[redacted]
Member
[redacted]

Icon 2 posted 06-24-2003 15:13

Originally posted by jon brayman:

SAPA board did not go to bat fo[redacted]it was him and his out of pocket attorney!!!

[redacted]

*I just got off the phone with* [redacted]. Your statement is *incorrect! Call*[redacted]*or email him if you have any questions.*

** Dave,

SAPA did not represent[redacted] or get him off the hook. SAPA does not represent or *speak on a pilots behalf during appeals boards. SAPA may have done something*

CAL 0300

without [redacted] knowledge. No representation is allowed. Ca[redacted]r email him if YOU have questions.

I don't usually speak up on these post and believe it wrong to post on this matter - but you are out of line promoting SAPA at [redacted] expense. I have [redacted] permission to post this information.

[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]

posted 06-24-2003 15:32

[redacted]

quote:

... but you are out of line promoting SAPA a[redacted] expense.

*At what point is [redacted] promoting SAPA a[redacted] expense?* I believe he was referring to the SAPA jury members on the reveiw board.

[redacted]

Posts [redacted] | Registered: Nov 2000 | IP: Logged |

[redacted]

Member

[redacted]

posted 06-24-2003 15:40

[redacted]

All I know is that there was an appeal of the termination and that SAPA reps are part of that process per SP 325. Here are some excerpts from SP 325:

1. A. 4)"The appeals hearing committee will be made up of the following individuals........."

a)provides for an HR person to serve as non-voting moderator

b)provides for 2 management reps

c)2 crewmember peer **representatives** will be selected .....by SAPA/SIA

Our policy manual clearly refers to the SAPA appeals board members as representatives. Now I agree with you that they cannot represent the crewmember in the same fashion as an attorney however I don't think your statement is well worded.

*One of the reasons I'm advocating for a legal plan* is to provide expert legal representation for all matters, both company and FAA/NTSB. The legal plan will require a change in the way the company does things in terms of allowing an attorney present at the review hearing. However if the SP 325 rewrite comes off as planned we'll be taking these matters to third party arbitration that could be funded through the legal plan.

I had [redacted] permission to post what I said. If he didn't tell me what he told me I wouldn't have said a thing.

CAL 0301

Posts[redacted]) | Registered: Aug 2000 | IP: Logged |

[redacted]

Member [redacted]

posted 06-24-2003 15:42

quote:

Originally posted by [redacted]

quote:

**... but you are out of line promoting SAPA at [redacted] expense.**

**At what point is [redacted] promoting SAPA at [redacted] expense? I believe he was referring to the SAPA jury members on the reveiw board.**

[redacted]

[redacted]s correct.

Posts[redacted] | Registered: Aug 2000 | IP: Logged |

[redacted]

Member [redacted]

posted 06-24-2003 15:47

[redacted]

"Good work on the part of the SAPA Review Board members that went to bat. "

By the way. SAPA should pick appeals boards from the pilot population at random as stated in the Crew Policy Manual.

TT

Posts[redacted]Registered: Jun 2000 | IP: Logged |

[redacted]

Moderator [redacted]

posted 06-24-2003 17:25

Unless the principals in this issue are willing to share *all* the details openly, then this thread is *He Said/She Said*, based on bits of second-hand information. You can spin those bits of information however you see fit.

I don't think that the peer (pilot) representatives can or will address this issue with anyone outside of the process.

[redacted]

*Posts[redacted] Registered: Jun 2000 | IP: Logged |*

CAL 0302

[redacted] posted 06-24-2003 19:14

Member
Member [redacted]

[QUOTE]
I don't think that the peer (pilot) representatives can or will address this issue with anyone outside of the process.
[QUOTE]

That is irrelevant since the fact remains that the accused pilot is on his or her own during this process. The accused cannot provide his or her own council since that is prohibited according to the policy manual. This entire process is based on he said she said and it is up to the accused to obtain and produce evidence that will vindicate them. There is no guarantee that this evidence will be considered since the appeals board findings or recommendations are not binding or final. A sole individual makes the ultimate decision.

Many pilots are under the impression that we are somehow represented by SAPA. SAPA is simply a formal avenue for management pilot communications period. Any perceived representation is illusionary in nature. SAPA cannot establish a defense on your behalf during FAA, NTSB or for medical certification issues. SAPA cannot dispatch representatives to accident or incident scenes on your behalf. SAPA is an entity conceived by management to placate this pilot group after an ALPA vote that failed by a very narrow margin. If you want representation you have to soldier up and get it your self.

Peace
[redacted]

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted] posted 06-24-2003 19:55

[redacted]

You're not saying that what the pilot representatives did in this case is irrelevant, are you?

[redacted]

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted] posted 06-24-2003 21:47

Avatar Image

Member
Memb [redacted]

I'll state right up front that I don't have any first hand knowledge of the details here, and I hate to get between [redacted] and [redacted]. But somebody is stretching the truth just a bit. so my question is: Did the SAPA board actually represent [redacted] in this situation, or did a member merely sit as part of the review board as required by the agreement?

I think the answer to that question will shed some light as to who is stretching the truth.

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted] posted 06-24-2003 22:45

Member [redacted]

What [redacted] said.

CAL 0303

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
Member [redacted]

posted 06-25-2003 08:31

[redacted]

You're not saying that what the pilot representatives did in this case is irrelevant, are you?

[redacted]

No I never said that. The statement you made opining whether representatives can or will address this issue with anyone outside this process is irrelevant. The point we are desperately trying to make is SAPAs involvement during the appeals process is simply to see and observe. Pilots have the false impression that SAPA will actually represent or aggressively defend them during this process. This is simply not true and there are no provisions in the policy manual allowing pilots to obtain outside representation. Unfortunately the accused pilot doesn't figure this out until they are actually sitting in the conference room on their own with no one to bat for them except themselves. There is no stretching of truths here.

The company fires you and you have five days to contact SAPA and request an appeals board to dispute the termination. SAPA in their capacity of formal communicators for pilots forwards the request to management. A date is set, representatives chosen (two pilots, two management reps and a HR individual.) and a hearing is conducted. The management types present their case and you are on your own if you wish to plead your innocence and question the evidence the company provided. If you attempt to record the proceedings with a tape recorder they will stop the process. If you attempt to call your attorney on a cell phone for assistance the process will be stopped. You are expected to go into these proceedings and beg for forgiveness if you want your job back. Management makes the ultimate decision, not SAPA. SAPA does not represent or go to bat for pilots during these hearings. Their presence is merely to see and observe.

The one good thing that SAPA can and have done for our pilots is offer guidance on appropriate courses of action on how to handle various disciplinary issues. I am certain our SAPA reps would like nothing more but to adopt a more aggressive posture on behalf of our pilots. Sadly they are bound by their by laws and company policy manual and are prohibited from taking such action on our behalf. This is not the fault of SAPA and we must understand what they can and cannot do. They operate under the auspices of management and as a result have limited maneuverability and resources. UPA wants to assist SAPA with altering this arrangement.

Peace
[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Avatar Image
Member [redacted]

posted 06-29-2003 18:21

Funny how a couple of direct, no BS questions can kill a thread. Was it something I said?

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

CAL 0304

[redacted]
Moderator
Memb[redacted]

posted 06-29-2003 21:40

I think that o[redacted]an answer your question.

[redacted]

Posts: 1695 | From: san diego | Registered: Jun 2000 | IP: Logged |

[redacted]
Avatar Image
Member [redacted]

posted 06-29-2003 23:08

Dave,

To rephrase[redacted]estion: Does SAPA represent pilots in these situations, or does a member merely sit as part of the review board as required by the agreement?

[redacted]

Posts:[redacted] From: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
[redacted]

posted 06-30-2003 11:14

Hey[redacted]responded. The thread died after my response.

Peace

[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member
Me[redacted]

posted 06-30-2003 12:55

> quote:
>
> SAPA does not represent or go to bat for pilots during these hearings. Their presence is merely to see and observe

[redacted]

You are incorrect as to the role of the peer members of the jury on a review board. The jury hears the arguments of both sides and attempts to distill the truth and judge the case accordingly. The peer members are not there simply to see and observe, that is ridiculous.

[redacted]

Posts[redacted] rom:[redacted] Registered: Nov 2000 | IP: Logged |

Printer-friendly view of this topic

**Hop To:** SAPA Forum

**CAL 0305**

Contact Us | SkyWest Forums

SkyWestForums.Com *is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.*
© 2003 BoNo Communications
All Rights Reserved

UBB.classic™ 6.6.1

SkyWest Forums

my profile login | register | search | faq | forum home

Jump to new posts

» Hello [redacted] log out ] SkyWest Forums » Flight Ops » SAPA Forum » **1 Final Consideration**

**Author** **Topic: 1 Final Consideration**

[redacted]
Member
Member [redacted]

posted 06-06-2003 23:35

A little story, Bear with me, I think youll get the point.

*Say for a moment you are flying down the freeway* (pilots licence in hand) at about 85 or so. (gotta get there on time you know) when out of the blue..... red and blue anyway.... you meet your friendly local highway patrol... You know you were doing 85, he says... I was??? playing dumb... Tell you what, Ill only write you up for 69... that will save you a bunch! You, nervous and in a hurry say OK... you sign the ticket and go. You decide to challenge it later to protect your future possible interviews and find out from the Judge.... **You admitted your guilt.. weren't you doing 85??? You Lose!**

Case & Point

[redacted] posted this and I believe there are plenty of references to the same:

> quote:
>
> When we signed our current 50-seat agreement, **SkyWest was insulated by contracts that covered our costs and provided a margin. Fee per departure contracts allowed us to agree to rates that were near the highest in the industry.** Additionally, RJ growth has offset some overhead costs. **Today, competitive bids from new carriers with lower hourly rates and less overhead have made our 50-seat product high priced and difficult to sell.**
>
> ***The TA will give us the ability to underwrite our 50-seat product with an extremely competitive 70-seat production line.***

CAL 0306

[redacted]

The profits of the 70 to offset the losses of the 50?

Case & Point

If we agree to this payscale, in 18 months when we return to the table for higher 70 / 90 rates... we will have accepted their argument that the 50s costs are too high and the 70 is the offset.

We will hear: The 50s pilots are overpaid for their production, We are offsetting it with the 70s. If you want to seperate and raise the 70s/90s, the 50s pay must come down. (which would divide the pilot group more)

Has anyone heard me say "A Shifting of Funds?
I am a fairly junior Captain in the RJ.. however I have seen 5 different payscales...
It Happens!

**Company benefit to keep them the same....**

Seperating the scales will give the more senior pilots a reason to fly it.( More Money) thereby increasing costs to the company. (senior payscale vs jr payscales.)
Also, if as [redacted] stated, we will all be trained and qualified, and could fly both in the sa[redacted]ay... How easy will that be to change once it is built into the lines and schedules???

Regards,
[redacted]

PS
Our promise to keep us "At or About" industry leading pay came BEFORE Fee per Departure did.
It came after pay cuts in I believe it was 92, with record profits at the time that led to the strongest Union drive Ive seen... It was our Promise fro[redacted] to "Make it right" (the pay cuts imposed on us) if we would just [redacted] give him one more chance and vote NO!

I personally dont believe we should take this much risk... I guarantee it wont be easy to return once a precedent has been set.

Posts: **157** | From: **SBP** | Registered: **Feb 2001** | IP: Logged |

Andy Callaway
Unregistered User

posted 06-07-2003 02:14

Well said! However, we have too many 1000 hour wonders here that have NO CLUE about the histroy of our industry and cannot wait to fly "heavy iron" and thus will do whatever it takes to get there, at the expense of our profession!

Sadly, I feel that his piece of shite TA will pass when some of our FO's vote 'yes' so they can fly larger jets! Yet, shortly after they start flying them, they will realize that its all the same up front. Who will be the arse then?

Has anyone realized that the company EXPECTS union representation soon!

CAL 0307

Once this gets voted in, it will take forever to get a damn raise!

Thanks SAPA for selling us out!

IP: Logged |

[redacted]
Member [redacted]

posted 06-07-2003 06:05

> quote:
>
> Well said! However, we have too many 1000 hour wonders here that have NO CLUE about the histroy of our industry and cannot wait to fly "heavy iron" and thus will do whatever it takes to get there, at the expense of our profession!
>
> Sadly, I feel that his piece of shite TA will pass when some of our FO dinks vote 'yes' so they can fly larger jets! Yet, shortly after they start flying them, they will realize that its all the same up front. Who will be the arse then?

[redacted]

Our FOs are intelligent pilots too, capable of making informed choices. Alienating them won't help.

[redacted]

Posts[redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]
Member [redacted]

posted 06-07-2003 07:59

Well said! However, we have too many 1000 hour wonders here that have NO CLUE about the histroy of our industry and cannot wait to fly "heavy iron" and thus will do whatever it takes to get there, at the expense of our profession!

"Sadly, I feel that his piece of shite TA will pass when some of our FO dinks vote 'yes' so they can fly larger jets! Yet, shortly after they start flying them, they will realize that its all the same up front. Who will be the arse then?

Has anyone realized that the company EXPECTS union representation soon! Once this gets voted in, it will take forever to get a damn raise!

Thanks SAPA for selling us out! "

B[redacted]

I sure wish I could come fly in the right seat for you. It sounds like it would be a real treat.

[redacted]

Post[redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]

posted 06-07-2003 08:17

These damn F.O.'s are going to ruin this company.

CAL 0308

Am I still a "Dink" if I passed on upgrade for quality of life?

Hopefully someday I can upgrade out of "Dink" status.

Time to go tell the wife and kid I'm just a "Dink" F.O.

Posts[redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]

posted 06-07-2003 08:50

> quote:
>
> *Originally posted b*[redacted]
> **These damn F.O.'s are going to ruin this company.**
>
> **Am I still a "Dink" if I passed on upgrade for quality of life?**
>
> **Hopefully someday I can upgrade out of "Dink" status.**
>
> **Time to go tell the wife and kid I'm just a "Dink" F.O.**

[redacted] to know we're held in such high esteem by Andy Calloway, isn't it? Funny thing is I always thought of my wife and I as dinks - Double Income No Kids. You don't match that criteria so you may have already made it out of "dink" status.

[redacted] raises a good point. If management wouldn't budge on giving higher [redacted] pay , even a buck or so, it could be for the purposes of setting a new precedent. It would cost them little or nothing to say 71-99 seats pays a few bucks more when you consider the fact that we will not see any of those airplanes on the property during the duration of the TA.

Posts: [redacted]) | Registered: **Aug 2000** | IP: Logged |

[redacted]

posted 06-07-2003 08:58

[redacted] you hit the nail squarely on the head. I wish more would listen to your reasoning.

[redacted] Registered: **Jan 2002** | IP: Logged |

[redacted]

posted 06-07-2003 09:42

> quote:
>
> Funny thing is I always thought of my wife and I as dinks - Double Income No Kids.

That's pretty funny.

Thanks,

**CAL 0309**

[redacted]

Posts: 244 | From: Fresno, CA, USA | Registered: Jun 2000 | IP: Logged |

[redacted] posted 06-07-2003 09:53

Avatar Image

Member [redacted]

Andy,

A little tact please...this rational was mistakenly used when the last union drive failed. Going after fellow coworkers is not only a poor way to get others on your side, its a poor reflection on you.

I voted for the TA because all bets are off. United doesn't have to abide by the contract they signed with SkyWest until they get out of bankruptcy. Hopefully that will happen sooner than later...until then, we need to keep our flying. In my opinion, that's what all this stuff boils down to. There is no point in lowering 50 seat payscales for an aircraft we may or may not see. This opinion is based on reality (at least my reality) and not on the lofty goal of flying bigger iron.

Respectfully,

[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted] posted 06-07-2003 12:15

Member [redacted]

[redacted]

I guess the worst would be "Sink". Single Income Nine Kids. Wouldn't want to be on that boat.

[redacted]

Posts: [redacted] | Registered: Jun 2000 | IP: Logged |

[redacted]

Icon 999 posted 06-07-2003 14:39

Avatar Image

Member [redacted]

Two words -- Oh brother. (whoops that's four)

Cheers

[redacted]

Posts: [redacted] | Registered: Aug 2000 | IP: Logged |

[redacted] posted 06-07-2003 17:05

Member [redacted]

[redacted]

quote:

There is no point in lowering 50 seat payscales for an aircraft we may or may not see.

CAL 0310

Who said anything about lowering 50 seat rates???

*I didn't and wouldn't accept an agreement to do so...* Not as long as we are profitable.

However if we were loosing money and in dire straits, I would do whatever it takes to help return to profitability.

But we aren't. If you haven't checked our financial standing, Check the market ( stocks are continuing to rise) & research the financials. Also read into [redacted] post if you haven't yet.

[redacted] as always been able to provide excellent financial information as well. *Just look into some of his posts.*

> quote:
>
> Here are my views on the current TA; we [the Company] earned $0.23 per share last quarter [Mar 03]. We are projected to earn the same $0.23 per share this quarter [June 03]. Our projected profit for this year [Dec 03] is a total of approximately $1.00 per share; next year [Dec 04] we are projected to earn $1.26 per share.
>
> A careful examination of the data shows that "The doom and gloom" being perpetuated by some individual[s] does not exist. The pilot group is being asked to absorb the cost of expansion to larger equipment [by way of a wage freeze for flying said equipment]; if you believe that this is a viable route to go, then by all means vote yes.

Thanks for the info [redacted] over the years you have always provided great reliable information.

The Stock market seems to believe in our future.
We are *probably the most financially strong airline out there. I* doubt the pilots TA is what will make or break this company.

Regards,
[redacted]

Posts: [redacted] | Registered: **Feb 2001** | IP: Logged |

[redacted]
Member
Member [redacted]

posted 06-07-2003 17:52

I also have read alot of posts regarding 70 seat pay being ok to match the 50... just not more
(71-99)

Bad choice....

What is the difference between a 50 & 70.... 20 seats.... A 70 & 90...... is it *16 seats or 20 more....? Don't sell yourselves half out for the 70s...* The 70s will make the company substantially more than the 50s... We will regret agreeing to merge even the 70s & 50s into the same category.

**CAL 0311**

There are more places than Pilots Pay to reduce expenses.

Posts: [redacted] | Registered: **Feb 2001** | IP: Logged |

[redacted]
Member
Member [redacted]

posted 06-08-2003 09:01

Thanks for sticking up for the "dink fo's" [redacted] It's nice to know we don't just warm a seat all the time.

[redacted]

Posts: **7** | Registered: **Oct 2000** | IP: Logged |

[redacted]
Avatar Image
Member
Member [redacted]

posted 06-08-2003 10:41

[redacted]

Call me [redacted]. I agree with you completely...my opinion stems from the last pay package. If I remember correctly, and I may be mistaken, didn't Brad say during our last pay package negotiations that "this is our budgeted amount for flight ops...divide it as you like, but I can't give you a dime more?" Ok...maybe it's a near quote but I think the jist of the message was we have X amount of dollars, if you want to raise first year pay we need to lower someone elses rate. This was the argument for leaving first year pay at $19/hr.

Thanks for not blasting me

[redacted]

Posts: [redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted]
Member
Member [redacted]

posted 06-08-2003 13:55

[redacted]

Your statement is accurate. That has been my arguement all along. The "SHIFTING OF FUNDS".

Why don't we know that "Budget" for this package?

Take from some to give to others. Always has been, in our current situation, will remain.

The reason most of us fly for Skywest is we all know this is the Best Regional Airline to work for. When is the last time you heard someone say "Boy I can't wait to get a job at Chitaqua!?

We have been promised to keep us at or about the Top of the Industry in benefits and pay. (Based on previous pay cuts and a Union Drive, not FEE per Departure as some have implied)

We have the best employees, morale and attitudes because of their commitment to us. In return, they receive the best in us to keep our airline at the TOP!

Why are we now lowering ourselves to be compared with the MESAs and

CAL 0312

Shitaquas of the industry?
Check their Morale.

Regards,
[redacted]

PS.... No Bull = No Bashing

( I really dont bash very often, my blood presure just rose to an extreme level hearing so much misinformation spreading around crew lounges, that led to some pretty intense posts to bring forth the "Facts". Sorry if I offended anyone, it wasnt my intent.)

Post[redacted] Registered: **Feb 2001** | IP: Logged |

[redacted]
Member
Membe[redacted]

posted 06-09-2003 10:30

quote:

Originally posted by Andy Callaway:
**Well said! However, we have too many 1000 hour wonders here that have NO CLUE about the histroy of our industry and cannot wait to fly "heavy iron" and thus will do whatever it takes to get there, at the expense of our profession!**

**Sadly, I feel that his piece of shite TA will pass when some of our FO's vote 'yes' so they can fly larger jets!**

Hey Knuckle-head, I'm an FO who voted NO (hey that rymes) and 80% of the **CAPTAINS** (junior CA's anyway) I have talked to are voting YES. What now, BOY......

-Equal Opportunity Offender

Posts[redacted] Registered: **Jun 2001** | IP: Logged |

[redacted]
Member
Membe[redacted]

posted 06-09-2003 12:24

quote:

*, I'm an FO who voted NO (hey that rymes) and 80% of the CAPTAINS (junior CA's anyway) I have talked to are voting YES. What now, BOY......*

This is not a Captain / FO thing.

It is the difference between those who take pride in the value of their services, and the prices we paid to provide them, and those who will sell themselves out for the so
called "opportunity" to fly bigger jets.

We are not in the "Time Building" buisness anymore. We are in a profession providing our services to an employer.

CAL 0313

Value your services, Value your profession, The larger jets will come and we should be paid accordingly.

[redacted]

Po[redacted]egistered: **Feb 2001** | IP: Logged |

[redacted]

Member

Membe[redacted]

posted 06-09-2003 13:15

quote:

Originally posted b[redacted]

**This is not a Ca[redacted] thing.**

**It is the difference between those who take pride in the value of their services, and the prices we paid to provide them, and those who will sell themselves out for the so called "opportunity" to fly bigger jets.**

**We are not in the "Time Building" buisness anymore. We are in a profession providing our services to an employer.**

**Value your services, Value your profession, The larger jets will come and we should be paid accordingly.**

[redacted]

[redacted]gree with you and if you think I said otherwise you are mistaken. You [redacted]ching to the choir man.

[redacted]

Po[redacted]| Registered: **Jun 2001** | IP: Logged |

[redacted]

Memb[redacted]

posted 06-09-2003 14:27

Warren,
Sorry if it sounded that way.
Voting the way you said you did and standing up for it shows you obviously value your services and training as a True Professional and stand behind it.

[redacted]

Posts[redacted]Registered: **Feb 2001** | IP: Logged |

[redacted]

Membe[redacted]

posted 06-09-2003 16:32

*"It is the difference between those who take pride in the value of their services, and the prices we paid to provide them, and those who will sell themselves out for the so called "opportunity" to fly bigger jets."* -[redacted]

Do you mean to say that every pilot who voted other than the way you voted does not take pride in the value of their services, and has sold themselves out?

**CAL 0314**

[redacted]

Pos[redacted]Registered: Jun 2000 | IP: Logged |

[redacted] posted 06-09-2003 17:57

Member
Member[redacted]

[redacted]

I take it you agree with the company that the 50s are loosing money, and it will require 70s at the same rate just to survive?

Are you implying we should vote yes for a paypackage that does not compare to industry standards? That lowers us to the levels or below of Mesa & Chitaqua??

If you think it does, why were airlines like Comair (New Payscales) and Horizon not included in the equation? (Dont give me the Wholly Owned crap either. The majors arent Underwriting their Regionals, Its the other way around) And who has better financing rates? (lower costs)

You think the company should make substantially more revenue for each time the AC leaves the ground, and not share the wealth with the pilots?

Can you tell me the VERIFIED financial standing of the company via open books?

Did the company agree to an independent audit of the books from an outside source to verify our financial standing.... Or will they??
Or do you just believe everything you hear?

Do you think everyone should vote yes just because YOU seem to think its a good idea?

Were you here last time the pilot group had paycuts during excellent profits??

Where is all the VERIFIABLE information that was used to conclude we are overpaid on the 50s and dont deserve more pay for the 70s?

Bye the way, How do YOU know I voted or how for that matter??

[redacted]

PS If you can answer these with verifiable information, And that information shows the company is in dire straits, and cannot survive if they pay us comparable wages with the top regionals out there, Im sure we would all do what is necessary to survive.

Only problem is paycuts would have already been implemented if that were the case.

Just like the TA stated about how paycuts would have already been **implemented** by january.... if the BUCKET sustem didnt get negotiated.
Yes "Implemented" Not negotiated.

Posts: 157 | From: SBP | Registered: Feb 2001 | IP: Logged |

CAL 0315

[redacted] Memb[redacted]

posted 06-09-2003 18:17

Wow-

Those were a lot of questions in response to my one question.

I don't have all the answers. I am not sure that anyone does, right now.

*"It is the difference between those who take pride in the value of their services, and the prices we paid to provide them, and those who will sell themselves out for the so called "opportunity" to fly bigger jets."* [redacted] Brewster

Do you mean to say that those who voted in favor of this TA do not take pride in the value of their services, and have sold themselves out?

[redacted]

Post[redacted] | Registered: **Jun 2000** | IP: Logged |

[redacted] Memb[redacted]

posted 06-09-2003 18:35

[redacted] I believe[redacted] already said what he wanted and meant to say. Why is it that you attempt to inject your own creative spin into his statements? How about declaring this "survey" null and void since decisions are being made based on miss-information and your supporting data is saturated with errors, omissions and half-truths. How about providing us with credible and verifiable data in a new TA so we can make a decision based on facts and not rhetoric. You may be faced with widespread opposition and protests should this thing pass. You can be accused of influencing a yes vote by the use of flawed or misleading data. This should be corrected and a new survey conducted immediately.

[redacted]

Posts[redacted] From:[redacted] Registered: **Jun 2000** | IP: Logged |

[redacted] Membe[redacted]

posted 06-09-2003 19:47

[redacted]

My hats off to you gentlemen:

Soon it will be over, then we can sit and enjoy whatever we get.

I hope that Jblu throughs a monkey wrench tomorrow. It would be nice to secure our future, because UAL and DAL are slowly but surely leading us into a deep, black hole from which there is no return.

Thanks.

Posts:[redacted] | Registered: **Mar 2001** | IP: Logged |

CAL 0316

Printer-friendly view of this topic

Hop To: SAPA Forum Go

Contact Us | SkyWest Forums

SkyWestForums.Com is for the use of SkyWest Airlines employees and has no affiliation with SkyWest Airlines of St. George, UT.
© 2003 BoNo Communications
All Rights Reserved

UBB.classic™ 6.6.1

UBB.classic™ 6.6.1

CAL 0317

# Exhibit "C"

C

**Briefs and Other Related Documents**

This case was not selected for publication in the Federal Reporter.

Please use FIND to look at the applicable circuit court rule before citing this opinion. Tenth Circuit Rule 36.3. (FIND CTA10 Rule 36.3.)

United States Court of Appeals,
Tenth Circuit.
Carrie BATEMAN, Plaintiff-Appellant,
v.
UNITED PARCEL SERVICE, INC.,
Defendant-Appellee.
**No. 01-6136.**

Feb. 20, 2002.

Female employee brought action against employer, alleging harassment based on her sex and gender and creation of hostile work environment in violation of Title VII. The United States District Court for the Western District of Oklahoma granted summary judgment for employer, and employee appealed. The Court of Appeals, Baldock, Circuit Judge, held that: (1) employee failed to establish prima facie case of gender-based hostile work environment under Title VII; (2) two male co-workers' statements to employee that they had never been written up for failure to complete work in a timely manner was hearsay when offered to prove that male employees were treated differently than female employee, in that, they were not written up; and (3) employee's testimony, which was based solely on what union steward told her, not on anything she heard, that she was disciplined for using curse word while supervisor was not, could not be considered by court in reviewing grant of employer's summary judgment motion on gender-based hostile work environment claim.

Affirmed.

West Headnotes

**[1] Federal Civil Procedure ⇐2546**
170Ak2546 Most Cited Cases
Plaintiff's allegations alone will not defeat summary judgment. Fed.Rules Civ.Proc.Rule 56, 28 U.S.C.A.

**[2] Civil Rights ⇐1185**
78k1185 Most Cited Cases
Frequency.
(Formerly 78k167)
Claim of gender discrimination under Title VII can be based upon sexual harassment or hostile work environment. Civil Rights Act of 1964, § 701 et seq., 42 U.S.C.A. § 2000e et seq.

**[3] Civil Rights ⇐1185**
78k1185 Most Cited Cases
(Formerly 78k167)
Whether environment is hostile, as required for gender-based hostile work environment claim under Title VII, is determined by examining totality of the circumstances, and critical issue is whether members of one sex are exposed to disadvantageous terms or conditions of employment to which members of the other sex are not exposed. Civil Rights Act of 1964, § 701 et seq., 42 U.S.C.A. § 2000e et seq.

**[4] Civil Rights ⇐1185**
78k1185 Most Cited Cases
Frequency.
(Formerly 78k167)
Gender-based conduct not severe or pervasive enough to create environment that reasonable person would find hostile is beyond purview of Title VII. Civil Rights Act of 1964, § 701 et seq., 42 U.S.C.A. § 2000e et seq.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

**[5] Civil Rights 🔑1185**
78k1185 Most Cited Cases
(Formerly 78k167)
If nature of an employee's environment, however unpleasant, is not due to her gender, she has not been victim of sex discrimination in violation of Title VII as result of that environment. Civil Rights Act of 1964, § 701 et seq., 42 U.S.C.A. § 2000e et seq.

**[6] Civil Rights 🔑1147**
78k1147 Most Cited Cases
(Formerly 78k145)
Normal job stress does not constitute hostile or abusive work environment in violation of Title VII. Civil Rights Act of 1964, § 701 et seq., 42 U.S.C.A. § 2000e et seq.

**[7] Civil Rights 🔑1549**
78k1549 Most Cited Cases
(Formerly 78k387)
Female employee failed to establish that employer's alleged negative treatment of her was based on her sex, as required for prima facie case of gender-based hostile work environment; evidence submitted to support employee's claim was either unsubstantiated, speculative, or inadmissible. Civil Rights Act of 1964, § 701 et seq., 42 U.S.C.A. § 2000e et seq.

**[8] Evidence 🔑317(2)**
157k317(2) Most Cited Cases
Two male co-workers' statements to female employee that they had never been written up for failure to complete work in a timely manner was hearsay when offered to prove that male employees were treated differently than female employee, in that, they were not written up, for purposes of Title VII gender discrimination claim. Civil Rights Act of 1964, § 701 et seq., 42 U.S.C.A. § 2000e et seq.

**[9] Federal Courts 🔑752**
170Bk752 Most Cited Cases
Female employee's testimony, which was based solely on what union steward told her, not on anything she heard, that she was disciplined for using curse word while supervisor was not, could not be considered by Court of Appeals in reviewing grant of employer's summary judgment motion on gender-based hostile work environment claim; testimony was not based on employee's personal knowledge. Fed.Rules Civ.Proc.Rule 56, 28 U.S.C.A.

***595** Before MURPHY, McKAY, and BALDOCK, Circuit Judges.

**ORDER AND JUDGMENT** [FN*]

FN* This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. The court generally disfavors the citation of orders and judgments; nevertheless, an order and judgment may be cited under the terms and conditions of 10th Cir. R. 36.3.

BALDOCK, Circuit Judge.

After examining the briefs and appellate record, this panel has determined unanimously to grant the parties' request for a decision on the briefs without oral argument. *See* Fed. R.App. P. 34(f); 10th Cir. R. 34.1(G). The case is therefore ordered submitted without oral argument.

Plaintiff filed a complaint against her employer, United Parcel Service, Inc. (UPS), alleging harassment based on her sex and gender and the creation of a hostile work environment, all in violation of 42 U.S.C. § 2000e through § 2000e-17 (Title VII). She alleged that the incidents forming the basis of the action occurred between August and September of 1999 and were caused primarily by her then-supervisor Marc Cortez. Plaintiff alleged she was treated more harshly than the male UPS drivers because of her gender.

Following discovery and in particular the taking of plaintiff's deposition, UPS moved for summary judgment for lack of any admissible evidence to support either a gender discrimination or hostile environment claim. Plaintiff replied, challenging defendant's undisputed facts and offering her own, a number of which UPS challenged as incorrect, irrelevant, and/or inadmissible. The district court

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

granted summary judgment for UPS, framing plaintiff's allegations as follows:

> Plaintiff filed this action alleging violation of 42 U.S.C. § 2003, *et seq.* ("Title VII"). According to Plaintiff, her employer treated her differently because of her gender. Plaintiff alleges that her supervisor sexually harassed her and subjected her to a hostile work environment. Plaintiff argues Defendant's decision to terminate her for violations of company policy is pretextual. Defendant denies Plaintiff's allegations and asserts she was treated the same as other employees. Defendant denies Plaintiff's claim of pretext and argues she was terminated for legitimate, nondiscriminatory reasons. Defendant brought the present motion, alleging there are no disputed material facts regarding Plaintiff's claims and it is entitled to judgment as a matter of law.

Aplt.App. at 273.

At the outset, we note that the alleged sexual harassment from her supervisor was not by Marc Cortez, her supervisor during the relevant time period, Aplt.App. at 71, but by previous supervisors Brian Schmidt and Rob Stone, both of whom apparently asked her out on dates in the ***596** late 1980s. These events occurred more than 300 days prior to the filing of plaintiff's EEOC complaint. *See Martin v. Nannie & The Newborns, Inc.,* 3 F.3d 1410, 1414 (10th Cir.1993) (claims based on incidents occurring more than 300 days prior to complaint are time barred). Further, the alleged incidents with Schmidt and Stone were nowhere mentioned in either the EEOC complaint, Aplt.App. at 157, the complaint filed in district court, Aplee. Supp.App. at 1-3, or in plaintiff's combined objection to defendant's motion for summary judgment/cross motion for summary judgment, Aplt.App. at 217-28. In fact, references to these incidents with Schmidt and Stone did not surface until her statement of facts on appeal. Aplt. Br. at 6. UPS listed plaintiff's allegations of harassment by Schmidt and Stone in its motion for summary judgment; however, this does not convert these allegations into undisputed factual occurrences submitted by UPS. *See* Aplt. Br. at 21.

[1] Moreover, plaintiff's attempt to portray Schmidt's alleged harassment as continuing is quite vague ("[Schmidt] has reappeared as my supervisor in various areas and has just not really been that professional when it comes to dealing with me on the job."). Aplt.App. at 38. Schmidt is not plaintiff's current supervisor, *id.,* and although plaintiff believed Schmidt has said things about her to UPS management, she did not know to whom he may have spoken or what he may have said. *Id.* at 38-40. "[A] plaintiff's allegations alone will not defeat summary judgment." *Morgan v. Hilti, Inc.,* 108 F.3d 1319, 1324 (10th Cir.1997).

In addition, we note that plaintiff was not terminated in the traditional sense of being fired. At least when her deposition was taken in November of 2000, she was still working for UPS. The termination referred to is called a "working termination," a status for employees whose potential terminations are in the contract grievance process. In her deposition plaintiff referred to at least three working terminations she had had, none of which resulted in her permanent termination from UPS employment, although one apparently resulted in a brief suspension. Aplt.App. at 102. Indeed, at the time of her deposition she was under yet another working termination. *Id.* at 103.

We review the district court's grant of summary judgment de novo, applying the same legal standards under Fed.R.Civ.P. 56(c), as did the district court, and examining the factual record in the light most favoring the party opposing summary judgment. *See Gunnell v. Utah Valley State Coll.,* 152 F.3d 1253, 1259 (10th Cir.1998). "Summary judgment is appropriate 'if the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any, show that there is no genuine issue as to any material fact and that the moving party is entitled to a judgment as a matter of law.' " *Munoz v. St. Mary-Corwin Hosp.,* 221 F.3d 1160, 1164 (10th Cir.2000) (quoting Rule 56(c)). The movant has the initial burden to show the absence of evidence to support the nonmovant's case. *Id.* Once this burden has been met, however, the nonmoving party must go beyond the pleadings and present

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

"evidence sufficient to establish the existence, as a triable issue, of any essential and contested element of her case." *Perry v. Woodward,* 199 F.3d 1126, 1131 (10th Cir.1999). In addition, the district court may not consider hearsay evidence in a deposition submitted to defeat summary judgment. *Starr v. Pearle Vision, Inc.,* 54 F.3d 1548, 1555 (10th Cir.1995); *see also Pastran v. K-Mart Corp.,* 210 F.3d 1201, 1203 n. 1 (10th Cir.2000) ("When reviewing an order granting summary judgment, we may only ***597** consider admissible evidence."). Thus, it matters not that defendant made reference to portions of plaintiff's deposition or that the district court disregarded portions considered speculative or inadmissible hearsay.

[2][3][4][5][6] The district court determined that plaintiff failed to establish a prima facie case based on either gender discrimination or a hostile work environment. We agree. We have held that "[g]ender discrimination can be based upon sexual harassment or a hostile work environment." *See Gross v. Burggraf Constr. Co.,* 53 F.3d 1531, 1535 (10th Cir.1995) (citing *Meritor Savs. Bank, FSB v. Vinson,* 477 U.S. 57, 65, 106 S.Ct. 2399, 91 L.Ed.2d 49 (1986)). Notwithstanding plaintiff's general assertions of sexual harassment, she specifically denied that her supervisor, Marc Cortez, sexually harassed her. Aplt.App. at 71. Thus, the issue is whether the district court erred in granting summary judgment because a genuine issue of material fact exists as to whether Cortez's conduct and/or statements created a hostile working environment for plaintiff because of her gender. *Gross,* 53 F.3d at 1535. Whether an environment is hostile is determined by examining the totality of the circumstances. *See Harris v. Forklift Sys., Inc.,* 510 U.S. 17, 23, 114 S.Ct. 367, 126 L.Ed.2d 295 (1993). "The critical issue ... is whether members of one sex are exposed to disadvantageous terms or conditions of employment to which members of the other sex are not exposed." *Id.* at 25 (Ginsberg, J., concurring). Conduct not severe or pervasive enough to create an environment that a reasonable person would find hostile is simply beyond the purview of Title VII. *Id.* at 21. " 'If the nature of an employee's environment, however unpleasant, is *not due to her gender,* she has *not* been the victim of sex discrimination as a result of that environment.' " *Gross,* 53 F.3d at 1537 (quoting *Stahl v. Sun Microsystems, Inc.,* 19 F.3d 533, 538 (10th Cir.1994))(emphasis in *Gross* ). "Normal job stress does not constitute a hostile or abusive work environment," nor are personality conflicts between employees the business of federal courts. *Trujillo v. Univ. of Colo. Health Sciences Ctr.,* 157 F.3d 1211, 1214 (10th Cir.1998). "We cannot vilify every supervisor that implements a policy with which an employee disagrees or that monitors [the] employees' conduct." *Id.*

[7][8][9] The district court held that plaintiff had failed to establish a prima facie case because she did not supply "evidence, admissible at trial, to demonstrate [d]efendant's treatment of her, even if it is assumed to be negative, was based on her sex." Aplt.App. at 276. This was due in the main because plaintiff's evidence was "either speculative or based on inadmissible evidence." *Id.* at 277. Again we agree. Plaintiff's testimony regarding the different treatment of her male co-workers was not based on personal knowledge but on what she was told by others. For example, her knowledge that no other drivers had been written up for "overalloweds," [FN1] was based on her having asked the other drivers and being told by two of them that they had not. This is hearsay, notwithstanding plaintiff's attempt to characterize it as "relevant to not [sic] to prove the truth of the matter asserted but to prove that such statements were made to [plaintiff]." Aplt. Br. at 13. Contrary to plaintiff's claim, she in fact offered this testimony for the truth of what they told her, i.e., that they did not receive write-***598** ups for overalloweds. Likewise, with respect to her contention that she was disciplined for using a curse word while a supervisor was not, her knowledge of the incident with the supervisor is based solely on what a union steward told her, not on anything she heard. *See* Aplt.App. at 51-52. Plaintiff's testimony as to "what [the union steward] allegedly heard was not based on [plaintiff's] personal knowledge of the facts," and the alleged statement of the steward cannot be considered in reviewing the order granting summary judgment. *Gross,* 53 F.3d at 1541.

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.

FN1. An "overallowed" is a failure to complete the prescribed delivery route in a timely manner.

Although she claimed to have been subjected to more "ride alongs" [FN2] than any other worker, by her own admission, she was overallowed on the days her supervisor said she was. Aplt.App. at 57. Indeed, she submitted documentary evidence reflecting that she had the highest average of overalloweds in a group of twenty-five drivers. *Id.* at 265. In any event, she filed a grievance regarding her claim of excessive ride alongs and was informed that there was no violation of the collective bargaining agreement (CBA). *See* Aplt.App. at 176-78. Other than plaintiff's disagreement with the meaning of the CBA, the facts as alleged amount to no more than routine employee monitoring or a disagreement with her supervisor. *See Trujillo,* 157 F.3d at 1214.

FN2. A "ride along" consists of a supervisor accompanying a driver on the route primarily to advise the driver on more efficient time management to help avoid overalloweds.

She also alleges that she was written up for dress code violations while male drivers were not. Again, the statement that "she knows the other drivers were not written up for similar violations" is simply unsubstantiated.

Next, she argues that Marc Cortez told her she could not do her job because she was a woman. However, she did not know when he said this to her except to note that "[i]t could be in a grievance." Aplt.App. at 249. When questioned further as to whether she was going on her own subjective belief she thought he was making such comments because she was female, she could not remember if Cortez had ever used words like " '[b]ecause you're a woman, you can't do the job.' " *Id.* at 72. This claim is therefore too speculative to withstand summary judgment.

Finally, she disputes the district court's grant of summary judgment based on complaints of rudeness received against her, which the district court ruled plaintiff could not demonstrate were gender related. In her brief, plaintiff contends that the working termination based on rudeness complaints constituted a "tangible employment action." Aplt.App. at 15. This, of course, is beside the point, as is plaintiff's subsequent reference to other working terminations based on rudeness complaints. *See id.* at 16. Plaintiff has totally failed to point to anything in the record suggesting that she was subjected to disciplinary action for rudeness complaints because of her gender.

We conclude that plaintiff has failed to demonstrate a genuine issue of material fact and that the district court's grant of summary judgment for defendant was proper.

The judgment of the United States District Court for the Western District of Oklahoma is AFFIRMED.

31 Fed.Appx. 593

**Briefs and Other Related Documents (Back to top)**

• 01-6136 (Docket) (Apr. 26, 2001)

END OF DOCUMENT

© 2006 Thomson/West. No Claim to Orig. U.S. Govt. Works.